# EXHIBIT 1

August 9, 2024


Kevin Allen
42 8th Street, Unit 2512
Charlestown, MA, 02129
█████████████████████

To the Honorable Judge Hearing this Case and the U.S. Probation Office:


My name is Kevin Allen, and I am writing this letter to provide insight into my relationship to Jake Soberal, and my view into the person that he is as I know him.

Following his guilty plea, Jake and I spoke at length regarding the situation he finds himself in today. During this conversation, he expressed in no uncertain terms that he was fully responsible for the actions taken that lead to these criminal charges. Two things became readily apparent following this conversation: 1. There was no excuse-making to be had on his end as to why he finds himself in this position and 2. Despite him making a series of very regrettable decisions, I still find him to be the same person of high character that I have come to know over the years, despite this lapse in judgment.

Jake and I went to law school at Western State University College of Law in Fullerton, CA beginning in 2008 for one year and remained in close contact after I transferred to a different law school nearby for the remaining two years. During our first year in law school, we had the same class schedule and formed a study group that met 6-7 days a week. As anyone who has gone to law school can attest, you generally spend more time with the people in your classes/study groups than you do with your loved ones during that time. It is during this time that I got a view into the person that I believe Jake to be. Law school can generally bring out the competitive, and sometimes worst, side of people and creates an environment where it seems everyone is out for themselves. This was never more apparent than during the moot court competition at the tail end of our first year in law school. During this time, each member of the class would have to argue and be judged against each other to move forward to our second year. Suffice to say, the environment quickly became very competitive. Having spent so much time with Jake, I confided in him my nerves as we approached our argument dates. Rather than use this against me or help him feel relieved that he might have a "leg up" on the competition, he made sure to still work collaboratively (taking time away from his own preparation) and help me practice my argument and it is with Jake's help that I was able to find success. He was under no obligation to help, and most study groups disbanded during this time, but I have never found Jake to be the kind of person to let what others do dictate how he treats people.

Outside of a law school context, I have known Jake to be of equally high character. I am from Massachusetts and moved to California for law school without any support system. I found myself in a predicament right before our second semester was to begin where my current apartment lease ended, and I had yet to find suitable housing. It was a very low point in my life – embarrassed that I did not have the foresight to find new housing and stressed about where I would live while knowing the second semester of an extremely stressful school year was to begin. Without hesitation, Jake offered me a room in the house where he was staying. Having solved one issue, I now needed to find a bed and other furniture.

Without being asked, Jake had a bed and bureau in my room when I moved in. The offering of a room and furniture I am sure was a small gesture to Jake but is an action and feeling that I will never forget.

I relay those two personal stories to help illustrate the person that I know Jake to be. The decisions that Jake has made have led him to the position he finds himself in today and he has acknowledged as such, but I feel strongly that this is an isolated incident and out of character from the person I know. I feel compelled to write this letter on his behalf to provide a perspective outside of the facts and circumstances of this criminal matter.

I am not an expert on federal sentencing guidelines and do not wish to convey my opinion on what may be fair or appropriate in this case. I am certain that I speak for Jake, his wife, children, and family, when I say that if a view into his character can be grounds to help support a reduction in sentencing, then I hope this letter will be helpful to aide in that determination. I am confident in the person that Jake is and look forward to further productive contributions he can make to society having learned from these events.

Thank you very much for your time and attention to this letter. Please do not hesitate to reach out to me if you need additional information.


Sincerely,

Kevin Allen

# EXHIBIT 2

7/26/2024

Anthony "AP" Armour
CEO
Neighborhood Industries
1535 E. Olive Ave,  Suite 101
Fresno, CA 93728

████████████████

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

My name is Anthony Armour, and I've known Jake for over 12 years. Our relationship has spanned from general acquaintances, professional colleagues, community leaders, dear friends and everything in between. I have feel blessed that I have been able to walk with Jake in a small way through this difficult time. I can feel his remorse and guilt through our conversations together. I am incredibly proud of him for taking his actions seriously and acknowledging the pain he has caused so many. I would be lying if I said it was easy to maintain relationship with him. My family and organization have also had to navigate the consequences of his actions, both financially and relationally. I hope to share a little bit about how Jake has helped me both as a professional and as a human. Jake is a good man, who has made some terrible mistakes.

I first met Jake when he was a lawyer. I co-founded a non-profit nearly 20 years ago. We provide work force development services for several non-profit and government agencies here in Fresno County. We operate a small portfolio of businesses and operate as 2nd chance employers. In the early years, some company from the East Coast tried to essentially steal our identity, through branding, catch phrases and vision statements. Jake offered his services to put a stop to this, pro bono. We were small at time and had no resources to protect ourselves from these types of situations and had no understanding of how copyrights work. Who we are and what our brand stands for today, exists only because of the work Jake did for us, all those years ago.

Jake and I share the same faith community here in Fresno. While I came from a seemingly different planet, and my theology might be a little more progressive than others within our community, I always felt embraced. Jake was a big part of that. How he carried himself and treated others was always with humility and grace. I asked Jake to sit on my Board of Directors, which he did and eventually sat as our Board President. Jake was an integral asset to our organization, and a great friend. He helped us navigate some rocky waters and was always quick to use whatever resources at his disposal to support us. We work with some of the most financially and socially vulnerable populations in our city. Jake has helped us navigate some financially

precarious situations through fundraising and creative problem solving so that we never had to cease services to our people. He always had their best interest in mind.

As a leader, I understand the pressures that come with carrying the weight of an organization and community. I personally went through one of my biggest moral failures in recent years, one that nearly costed my marriage. Jake was there, walking beside me in one of my most difficult seasons of life. I felt the need to share with him, not only as a friend, but as my Board President. I knew that I needed to submit myself to whatever due process necessary to maintain the integrity of our work. I knew I potentially compromised the trust of those I worked most closely with. Jake helped establish a process in which we hired outside consultants to review my failure and mentored me through the process. He helped usher an effective, transparent path of communication with my Board and key staff. The process was meaningful as a friend, but tremendously important to the organization.

As a person who has made incredible mistakes, I can only hope that Jake can experience the same amount of grace that I have. As far as I am concerned, Jake is a good man, one of the best among us. I believe he knows that he as made incredible mistakes, and I believe he understands that he may spend the rest of his life learning from them. He has been active in embracing his community for accountability and is actively seeking to reconcile with those he has hurt. Luckily, Jake is still a young man, with so much still to offer. I can only be so lucky if Jake needed work after his release, I would hire him with no hesitation. He is a rare breed of person with both exceptional skills and compassion for his fellow man.

Thank you, Honorable Judge and U.S. Probation Office, for your careful consideration of this matter and taking the time to read my letter.

Please don't hesitate to reach out with any questions in regard to what I have shared in this letter.

Anthony "AP" Armour

# EXHIBIT 3

July 24, 2024

Evan Baird
Social Science Teacher
Clovis Unified School District

1810 N. Duke Ave. Clovis, CA 93619

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

I have known Jake Soberal since 1999, when in 8th grade we first met attending Clark Intermediate School in Clovis, California. Jake and I developed a greater friendship at Clovis High School where we shared a number of classes and friend groups. We bonded over a love of sports and an appreciation for what the future offered each of us as constituted by our efforts in school at the time. We shared a number of friends who have become lifelong connections and I believe Jake to be the source of many of those relationships. I am aware that Jake Soberal has pled guilty to a crime regarding his involvement with Bitwise and he has expressed his full responsibility as it pertains to that wrongdoing. My goal in writing this letter is to create a more complete picture of who Jake Soberal is outside the more recent public events of his life these past few years.

Jake has always been a great connector of people. Throughout our 20-plus years of friendship, I believe he has always had a genuine desire to make people feel welcome and been able to draw out the best in people. When we were in high school, he took charge in organizing our friends into study groups from Advanced Placement courses, seeking the success of the entirety of our class rather than just his own.

His effort, in my experience, to ensure the benefit of the group rather than simply looking out for himself was evident to degrees uncommon in our peers. During the spring of our junior year, his dance date was struck in the head by a discus during a track meet. Rather than simply passing on the experience with the group and sitting the dance out, Jake coordinated an effort with the entire group of 16 or so of us to visit Sarah in the hospital and make sure she was included in an event that was very significant to her at the time.

Jake and I remained in touch throughout years spent in college across the country from one another. In recent years we reconnected back at home in Fresno with a group Jake spent time cultivating relationships with for a Bible study that met weekly and drew men from a multitude of backgrounds and circumstances. I have and continue to admire his desire generally to grow as an individual and help the community around him do the same.

My experience with Jake through many stages of life has always led me to believe that his heart is for the success of the group. While he is human and has, like all of us, made mistakes, I appreciate the humility in his willingness to own those mistakes. I am confident that Jake knows right from wrong and that he will accept the consequences for decisions he's made. I am confident that he knows the purpose God has for his life, no matter where he is or what he is doing. I believe Jake to be a husband who adores his wife, a father who loves his kids, and a friend that has consistently fostered community amongst those by whom he surrounds himself. I am prayerful that he will take steps each day, making the most of every opportunity to grow in his understanding of that purpose no matter where this next season takes him.

I greatly appreciate, Honorable Judge and the U.S. Probation Office, your willingness to consider my experience with Jake in any degree as it relates as a reference to his character. Please do not hesitate to contact me if you have any further questions.

Sincerely,

Evan Baird

7/24/2024

# EXHIBIT 4

**Date**

CJ Banks
Founder & President of the KORP Foundation, Inc.
VP of Career Advancement and Strategic Partnerships
Villa Maria College



To the Honorable Judge & U.S. Probation Office:

I am writing to provide a character reference for Irma Olguin Jr. and Jake Soberal, whom I have known through my work as the Vice President of the Buffalo area for Bitwise Industries. I understand that Irma and Jake have pled guilty to financial crimes and take full responsibility for their actions.

I first met Irma and Jake when Bitwise was expanding to Buffalo. From the outset, their dedication to transforming underdog cities into tech hubs was evident. They had already achieved significant success in California and other cities, where they provided invaluable tech training and created numerous job opportunities for underserved populations. This success laid the groundwork for the positive impact they hoped to bring to Buffalo.

The reason I decided to join Bitwise was deeply personal. Irma's story resonated with me because, like her and many others from my community, I am a Black male that grew up in traditionally overlooked communities and had to work through numerous stereotypes to achieve my current position. I am the Founder and President of the KORP Foundation, a nonprofit organization focusing on workforce development and educational opportunities for underserved individuals, and I also serve as the Vice President of Career Advancement and Strategic Partnerships at Villa Maria College. Irma's journey and dedication to breaking barriers were a significant inspiration for my decision to join Bitwise and further my mission through the KORP Foundation.

One particular instance that stands out is when Bitwise decided to expand to Buffalo. Irma and Jake worked tirelessly to ensure that local residents would have received training and employment opportunities in the tech industry. Their heartfelt approach demonstrated their sincere intention to uplift the communities they served. For example, they invested in ailing real estate in downtown Fresno, transforming it into vibrant tech spaces that became a beacon of hope and progress for the local community. This commitment was not limited to Fresno but was replicated in other cities, showcasing their genuine dedication to community development.

During my tenure, I seen several successful initiatives led by Irma and Jake. One memorable project involved launching a coding academy in Fresno that provided free training to thousands of individuals, many of whom secured well-paying jobs in the tech industry upon graduation.

This initiative not only empowered individuals but also stimulated the local economy, proving the effectiveness of their mission.

Despite the challenges that arose after the pandemic, including financial strains and difficult decisions, Irma and Jake's leadership remained focused on their core values. Their efforts to keep people employed and continue their mission, even when facing insurmountable obstacles, spoke volumes about their commitment to the communities they served.

The passion and knowledge that Irma and Jake have for helping individuals overcome barriers to success is invaluable. I am truly disappointed, surprised, but more so saddened by the mistakes they made but also believe, knowing them, that they will use this experience as a powerful testimonial for others who have made mistakes. When they have completed their sentences, they will have my guaranteed support in helping them get back on track and continue their work in the communities that are in need.

Irma and Jake are supported by a strong network of family, friends, and community members who believe in their potential to contribute positively to society post-sentence. I am confident that, given the opportunity, they will use their talents and experiences to continue helping underserved communities.

Thank you for considering my perspective on Irma and Jake's character. Please feel free to contact me if you need any further information or clarification.

Sincerely,

CJ Banks

# EXHIBIT 5

8/28/2024

Vinny Banuelos

Math Teacher

Clovis High School


4454 N Duke Ave Fresno, CA 93727

████████████

████████████


To the honorable Judge hearing this case and the US Probation Office:


My name is Vinny Banuelos, and I have known Jake Soberal going on 25 years now. We met when both of our families lived in the San Fernando Valley area. I played on the same little league team as his younger brother Jed. Jake's father, Mario, was the coach of the team, and it was during that season our two families would grow close. The Soberals wound up moving to Clovis not too long after we met, and a year later we would follow them. Our fathers began working together and would continue to work together for the next 20 years. During this time, I came to know Jake and his family well; I spent countless days at the Soberal residence and over the years we shared many great memories. I must admit, Jake and his family hold a special place in my heart. I am not sure if they know it, but I learned a great deal from being around them so much. They have helped me develop into the man I am today, and I am very appreciative of that. I understand Jake has plead guilty to the crime he has been accused of. He has explained his responsibility in the matter to me and the truthfulness of his involvement. I hope in writing this letter I can show you there is a lot more to who Jake Soberal is as a person than the crime he has pleaded guilty to. Growing up with him, and even now, I always considered Jake to be in a remarkable class of people who can show much love and compassion to those around him.

As I mentioned, I played on a little league team with Jake's younger brother Jed. He and I still hold a close relationship, and I would consider him one of my best friends. We spent a lot of time together in our adolescence, and much of that time was spent with Jake. We both looked up to him and would often talk about how we strived to be like him in many facets of life. I don't think we looked up to him just because of the way we perceived him around others, but also because of the way he would make us feel when we were around him. I felt he was truly interested in who I was, but he was also interested in helping me advance in life in a positive direction.  I think he knows I sort of saw him as an older brother. There was never a time I felt like a burden trying to be around him and his friends or trying to learn from him. He was always willing to pass down knowledge about absolutely anything he knew, and I am forever grateful for that.

My favorite part about who Jake is as a person comes from what I witnessed him go through as a teenager. I don't want to be rude, but I must tell you Jake was overweight when he was a young teenager. I can't explain to the extent of the ridicule he would have to deal with as I don't know everything, but going to the same schools as he did, I know how rough it could have been. Now the shortest version of the story is jake not only got skinny, but in my opinion became much more popular amongst his peers. Now I hate to tell this high school type story, but it's not about how hard he worked to be physically fit or about the social transformation I witnessed that came with it. I want to tell this story, because there was never a point in time in this transformation that jake stopped being the same caring, loving, and hard-working person he is. He didn't seek revenge on those that ridiculed him, and he didn't care to ever prove anything to anyone but himself. He would go on to graduate near the top of his class, deliver one truly inspiring graduation speech, and eventually attend the University of North Carolina. He would even invite myself and his brother Jed to Chapel Hill to see what a great college it was. Even there I saw what a great influence he had on his peers and how they held him in high regard for his kindness and hard work. Watching Jake be such a great person truly inspired me to strive for greatness in myself. It is with a heavy heart I tell you I am very sad for the employees, families, and anyone who was affected by Jake's actions. I have expressed this to him and would like to express to you, I know Jake is much more than his wrong doings. He has always been one of the best people I have known, and it has been an honor to have the relationship we have had together.

Thank you, honorable Judge and US Probation Office for your consideration and taking the time to read my letter. I am frightened at the amount of time my dear friend faces. I can only pray for the most leniency you see fit as I know he wishes to be in society contributing in the positive way he has always contributed. Please reach out to me at any point in time with any questions you may have.

Sincerely,

Vinny Banuelos

# EXHIBIT 6

August 16, 2024

Christian Beltran-Johnson
Executive Assistant
County of Fresno

1525 Van Ness Ave, Apt 116
Fresno, CA 93721
██████████████

To the Honorable Judge Hearing this Case and the U.S. Probation Office,

My name is Christian Beltran-Johnson, and I am writing this letter on behalf of Jake Soberal. I had the pleasure of working closely with Jake for nearly a year while serving as his Executive Assistant at Bitwise Industries, a company I was a part of for three years. I fully understand that Jake has pled guilty to crimes for which he has acknowledged and accepted responsibility. Still, I hope to offer a broader perspective on who Jake is as a person beyond his actions during this challenging time.

At Bitwise Industries, we were dedicated to creating pathways into the tech industry for those from underrepresented backgrounds. Jake was passionately committed to this mission, not just in words but in action. As his assistant, I witnessed firsthand his deep concern for the well-being of every member of our team. Jake made it a priority to take care of those around him, whether it was through small gestures like buying lunch or simply taking the time to ask how our day was going. His leadership style was rooted in kindness, respect, and grace, especially when things didn't go as planned.

One of the most significant aspects of Jake's character was his willingness to mentor and support others. Despite his demanding schedule, filled with back-to-back meetings, Jake always made time to meet with employees who sought his guidance. I remember countless instances where he would spend an hour with someone who looked up to him, sharing his knowledge and encouraging their growth. His dedication to the success of others was unwavering, even at the expense of his own time and energy.

Jake's commitment to Bitwise and its mission was unparalleled. He often sacrificed personal and family time, starting his work early and finishing late, to ensure that the company continued to move forward. I vividly recall our first meeting when he explained the importance of creating opportunities for those who didn't have easy access to them. This was not just a job for Jake; it was a calling. He approached every day with the belief that we were doing important work that had the potential to change lives.

Throughout my time working with Jake, he consistently demonstrated a deep understanding of the human aspect of our work. He knew that we all make mistakes and always treated others

with the grace that he hoped to receive in return. It is this grace, understanding, and dedication to helping others that I hope can be shown to him now.

I, along with many others, acquired invaluable professional experience working at Bitwise Industries. Many former employees now hold jobs in the tech industry, having gained internships and firsthand knowledge of what it takes to build software. Bitwise Industries provided many of us with the chance to develop a career, and I am thankful for the time I spent there. Due to my experience at Bitwise, I now hold a position with the County of Fresno as Executive Assistant to the Director of Human Resources. I am proud to have been part of something so meaningful for our city.

In closing, I want to express my deep gratitude for your careful consideration of this letter and for taking the time to understand the full scope of Jake's character. While I understand that he must face the consequences of his actions, I respectfully ask for leniency in his sentencing, with the hope that Jake will be able to continue contributing to society in positive and meaningful ways in the future.

Should you need any further information or wish to discuss anything I've shared here, please feel free to reach out to me at ███████████████████████

Thank you for your time and consideration.

Sincerely,
Christian Beltran-Johnson

# EXHIBIT 7

August 7, 2024

Amelia Bennett
Small Business Owner
Ampersand Ice Cream

702 E. Home Ave.
Fresno, CA 93728

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

My name is Amelia Bennett and I have had the privilege of knowing Jake Soberal for over 12 years. We originally met in a church Life Group made up of young couples when we were just starting family life. We did Bible Studies but also shared life together, supporting one another as we navigated what God might have in store for us, our neighborhood and our city. Just as my husband and I were starting to create Ampersand Ice Cream, Jake was there giving feedback on my recipes while also preparing and launching BitWise Industries. It was evident then his passion for our city and its underserved communities was going to be the fuel that would propel BitWise into existence and success. Since those early days, we have also had the joy of becoming nearby neighbors for the past 8 years, living just two doors down. The Soberal home has been a loving hub for our neighborhood families over the years and continues to be a gathering place.

I sat next to Sarah Soberal at Jake's most recent court hearing where he pled guilty to his misconduct and accepted responsibility for the actions that led to his charges. I know Jake to be a man of high character and this is only more so supported by his admission of guilt to the justice system. He has publicly shown deep remorse to those close to him and the people affected by his crimes.

In support of Jake, Sarah and their children, I am honored to tell you more about who I know Jake to be. Jake is a gracious friend and neighbor. Becoming a single mother in recent months, Jake has been an invaluable support to both myself and my two sons who refer to him as "Uncle Jake." He has been generous with his time, opening his home to all of us but especially to my eldest son Roscoe who is good buddies with Jake's son Huxley. Jake is always speaking words of affirmation to Roscoe, about his kind heart and sharp intellect, while also encouraging him to be brave and strong. Jake has led a group of dads and their kids on an annual camping trip for years now. I was unsure if my ex-husband would be invited this summer, but without hesitation Jake informed me that he would find a way to make sure Roscoe would be included. In the end Jake convinced the group of men to extend grace to Roscoe's father and got them both on the trip. These formative memories for my sons are the ones that I feared would be lost in divorce, but to be gifted with friends

like Jake is one way I know that God will be providing for me and my boys regardless of a marriage ending.

I recall a moment years ago when I had a baby on my hip and someone stole the tip jar from my ice cream shop. While I rushed to assist my staff and work with the police, I ran into Jake and his two daughters. When I told him what was happening, he asked if he could do anything to help, and without blinking I gave him my little one and said "Thank you!"  I don't remember how long he had my son, but I knew he would be safe and cared for as long as I needed. Jake is a man you want in your corner, one that can swoop in and help without questions or hesitation. A man who finds a way for my son to go camping with his buds.

Jake's good character is evident to anyone who has lived life next to him for a season. He befriends those who are undeserving and serves those of us in need.  Jake has pursued our circle of friends with honesty, vulnerability, transparency, and tenacity, both before and after his life changed forever last year. That kind of consistency is what points to his deep faith. A faith that has sustained him in times of despair and has somehow empowered him continue to love us well in the midst of his world collapsing.  Jake has been consistent, but he has also changed.  It is his new depth of humility that gives me great confidence that Jake will not repeat his past mistakes and he has learned through amends and repentance how to move forward in his life.   It is because of his strength of character, his forthrightness since the fall of BitWise, and the genuine humility I have observed first hand over the last year that I am fully committed to keep supporting him and his family in whatever lies ahead.

I want to extend my deepest gratitude for your serious and careful consideration in the sentencing of my dear friend Jake.  He is a pillar in our circle of friends, neighborhood, and in my own personal life.  I stand with a host of others in praying for leniency in his sentencing so he can be back with us as soon as possible, helping us raise our kids in our little village, and serving our city with his immense giftings.

Thank you very much for taking the time to read this letter. Please do not hesitate to reach out to me with any questions you may have at the contact information listed above.


With much Gratitude,

Amelia Bennett

# EXHIBIT 8

August 26, 2024

Rick Berry
Owner & President of Cal Custom Tile
1128 N Poplar Ave
                728
██████████████

Re:  Character Reference for Jake Soberal

To the Honorable Judge hearing this case and the US Probation Office:

My name is Rick Berry. I have known Jake for approximately 15 years. I first met Jake through my son Anthony Armour, who is Executive Director of the non-profit Neighborhood Thrift in Fresno. Jake was the board President of Neighborhood and I served on the board along side him. I was impressed immediately with Jake. Not only as a leader, but as a person. He was always very humble, he led by example, thought outside the box, was a problem solver and just a likable guy.  As I got to know him, we would have the occasional lunch or coffee meeting. In those times together I became aware of his love and care for others that was prompted by his deep faith. I came to truly trust and respect him as a person and as a businessman.

During the early stages of Bitwise, Jake came to me on 2 or 3 occasions for a quick 1 month long bridge loan. The first one was for $80,000.00 and the second was for $100,000.00. I was paid back in full and was paid interest on these loans.

In March of 2023, Jake called and asked for another loan of $100,000.00 for a month or two, and I agreed. In May, when the bottom fell out of Bitwise, the company was unable to pay me back. I share this so you can better understand how much I value Jake as a friend and a person. I still believe he is the person I described earlier in this letter. A man of honesty, humility, an all around good guy whom I still trust and respect. I believe he/they got in over their heads and were trying to dig out the best they could. I don't believe Jake maliciously or intentionally set out to take advantage or scam me in any way. Things just got out of control. Could Bitwise have been a bit more transparent and communicative? Absolutely.

I'm not sure if you care what my opinion is on Jake's consequences, but I'll share anyway. I believe he has already received and faced multiple consequences. I've been with him when a barista at a local coffee shop wouldn't serve us and asked someone else to take her place. People who don't know him are constantly judging him to me, asking how I could still associate with him. His reputation is shot in this town, but he chooses to stay and is determined to rebuild it. I see that as humility and good character. I do understand where those judging Jake are coming from. What happened was awful and there must be consequences. My opinion is that incarceration may not be the best thing in Jake's case. I truly believe that he has learned and grown through this and can be valuable to our community. He is not a grifter or a con man. I believe this was a one time string of circumstances and bad choices on his part, and that if he is given a chance he can continue to be a great husband, father, friend and contributing member of society.

Respectfully,

Rick Berry

# EXHIBIT 9

PO Box ████
Winston-Salem, NC ████
████████████████████

August 16, 2024

To the honorable judge hearing this case and the US probation officer:

My name is ████████. This letter won't be very long, because our collaboration wasn't long, but I felt moved enough to lend my perspective to this case.

Jake Soberal and I met in the spring of 2019.  We were introduced to each other by ████████
████████████████████████  ████████████████████████████████
████████████████████████████████████████████. At the time, ████████ were engaged in talks with Jake as the co-leader of Bitwise, hoping to replicate the model of community tech entrepreneurship training in ████████. As investors, ████████ were impressed by and enthusiastic about Bitwise. ████████████████████ ████ I was expected to work with the Bitwise team to orient them to ████ by making connections to local contacts who could help them to build out an effective ████ program.

Jake and I hit it off right away, bonding over ████████████████████████████
████████████████ I immediately found him to be personable, eager and energetic, and responsive to my communications. He exuded a "can do" spirit around the possibilities of bringing Bitwise to ████. I saw him to be positive-minded and willing to go the extra mile to meet, to provide information, and to make the case for Bitwise in a variety of contexts. He appeared to be well-respected by his colleagues, with whom I also shared an enjoyable rapport in our collaboration.

Over the course of that year, I thought Jake and I worked well as a duo—he brought a compelling vision and data to our outings while I brought local knowledge and contacts. The best example of this was our visit to the then-chair of the ████ City Council and her two tough community liaisons. By the end of the hour, we had conveyed enough sincerity and confidence in our pursuit to serve ████████████ through this Bitwise and ████████ partnership that we were able to agree on careful next steps with their neighborhood team. In another example, Jake suggested that I be interviewed with him on a podcast for ████████. I felt a little out of my league in a conversation about economic recovery in the pandemic but Jake was encouraging and reassuring throughout the experience. If I'm not mistaken, Jake even shared complimentary remarks at my virtual going-away gathering in the summer of 2020. I was impressed and flattered that Jake, an important leader and entrepreneur in my mind's eye, had taken time from his busy schedule to celebrate our collaboration and specifically me.

Of course it was deeply disappointing to hear about the disintegration of Bitwise and Jake's role in the debacle, for which he has pled guilty. Judging from our work together, I maintain that he was sincere in his desire to serve our communities, to create good jobs, to provide economic opportunities in tech to working class neighbors. I have no doubts about that even today. I believe that he has demonstrated contrition and won't repeat the deep mistakes of that chapter in his life. I understand that even in the face of the (righteous) anger and disdain of former colleagues, Jake benefits from a supportive circle who will hold him to a higher standard going forward. Given these factors, I hope that there is appropriate leniency and balance in the pursuit of justice.

Many thanks for considering the content of this letter; please let me know if I can clarify or elaborate upon anything.

Best regards,



# EXHIBIT 10

August 12, 2024

Gary D. Catron

Catron Contracting Inc., Pres.

4577 N. Wishon Ave.

Fresno, Ca. 93704

████████████████████

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

My name is Gary D. Catron and I have known Jake Soberal approximately two years. I met Jake through a mutual friend, who happens to be his pastor at a local neighborhood church.

I understand that Jake has pled guilty to a crime and that he has taken full responsibility for that wrongdoing. I am writing this letter in order to give you a fuller view of who I know Jake to be, outside of those circumstances.

Jake's friendship with myself, and others in my community, has been nothing but stellar in terms of his commitment to his immediate family, his church family and everyone that I'm acquainted with in my business circle. We have had numerous coffee meetings together and discussed various topics concerning the importance of spending quality and quantity time with his growing young family, and how to separate the busyness of work life from the importance of family time. His depth of commitment to his family was paramount in all of our discussions, especially in how it related to raising young daughters.

We discussed his commitment to the growth of his business and his desire to build that business for the benefit of employees and management alike. He always wanted the best for everyone involved. Jake has come to my office and expressed his remorse for his actions in this case, along any repercussions that have affected me and my family. I believe his apology to be sincere and have forgiven him. I will continue to support he and his family during, and after, his time in custody, as I know this will be a difficult time for them. My prayer for them would be for the court to be as lenient as the law allows, so that the impact would be bearable for his young family.

My feelings about the events that brought Jake to this point are that it is extremely out of character for who I know Jake to be, and that his remorsefulness almost overwhelming to him. I believe Jake has many talents and skills that can be beneficial to his community upon his release and I will do all I can to help him find outlets for those skills.

Thank you for your careful consideration of my thoughts and observations and taking your time to review them. Please feel free to reach out to if you want, or need, further explanation or any questions you may have

Sincerely,

# EXHIBIT 11

**August 9, 2024**

**Vanessa Ceballos**
Digital Marketer
255 N Van Ness Ave.
Fresno, CA 93701
████████████
████████████████████

**To the Honorable Judge Hearing this Case and the U.S. Probation Office:**

There are people you meet in life who leave a lasting impression; shaping who you become in ways you could have never anticipated. For me, that person is Jake Soberal.

I understand that Jake has pled guilty to conspiracy to commit wire fraud and wire fraud, and he has expressed to me his deep remorse for these actions. I am writing this letter to provide a fuller picture of who Jake is as a person, based on my experiences and the impact he has had on my life.

My name is Vanessa Ceballos, and I am currently the Digital Marketing Specialist at Netafim USA. I first met Jake in 2014, at a time when my life was defined by uncertainty. I had just dropped out of college at 19 years old, and I was struggling to find purpose. But from the moment I met Jake, everything began to change.

Jake is someone who has a rare gift—he sees potential in people that may have never seen it in themselves before. When I met him at Geekwise Academy, I was at a low point in my life. I had failed at what I thought was my only path to success—higher education. But Jake looked at my work, and he didn't see failure. He saw promise. He saw someone who could rise to the occasion if given the chance. I still remember the moment he stopped me after our class showcase to express to me how impressed he was by the website I made. He mentioned that he hadn't seen anything like it come out of their classes before and encouraged me to continue. As someone who came from a household where positive reinforcement wasn't common, his words of encouragement were more than just a pat on the back—they were a spark that reignited the belief in myself.

As I progressed through my journey at Bitwise, Jake's influence only grew. When my brother and I were selected for the first Geekwise Academy Cohort, we found ourselves in a room full of seasoned developers. We were the underdogs, but knowing that Jake was rooting for us, was a constant source of strength. I worked harder than I ever had before, staying up late to learn, catch up, and prove that I belonged. By the end of the internship, not only did I catch up, but I had also begun teaching my peers. Jake's faith in me had become the cornerstone of my success.

One of the most powerful moments of my life came when Jake and the leadership team planned an entire tour of Bitwise's new building (South Stadium), just to ask my brother and me if we wanted join their team full-time. Standing in that unfinished space, with Jake pointing out where our future offices would be, I felt a flood of emotions and was immediately brought to tears. Jake

wasn't just offering me a job—he was offering me a future. It was a moment that felt like something out of a movie and it single-handedly changed the course of my life. Securing my first professional job became the foundation for everything else that followed—paying off my student loans, buying and paying off my first car, moving into my first apartment, eventually buying my first home, and meeting my now fiancé. All personal milestones that I never imagined achieving in such a short amount of time.

A few years into working at Bitwise, my brother and I had been met with a new opportunity. One that required us to leave Bitwise and move to Berkley. Jake was one of the first people we sought advice from. His integrity stood out as he encouraged us to follow our hearts, assuring us that no matter what we decided, we could count on his support. We decided to make the leap and he kept his word. Even after we left Bitwise, Jake made sure we stayed connected to our community, inviting us to join Bitwise's all-team meetings. This kind of unconditional support is almost unheard of in the corporate world, where leaving a company often means being forgotten. But not with Jake. His loyalty and empathy ensured that we were never alone in our journey. He never asked for anything in return—he was simply rooting for us, hoping for our dreams to come true.

When the Berkeley venture didn't go as planned, Jake was there, helping us pick up the pieces. He decided to used his personal money to invest in us, giving us the chance to work on a new idea. And even when that venture didn't succeed, Jake never asked for repayment. His humility and compassion were displayed by how he refused to let us see ourselves as failures. Instead, he continued to support us, to encourage us, to believe in us. To this day, even as he faces prison time, Jake continues to extend his hand, referring potential clients to me and offering his support in any way he can. It's in these moments—when most people would be focused on their own challenges—that Jake's true character shines through. His selflessness, resilience, and deep sense of care for others are qualities that have left a mark on my life.

Jake's commitment to his community is another aspect of his character that has profoundly influenced me. One of the most memorable examples of this was his collaboration on an ArtHop series that highlighted individuals who had made significant contributions to Fresno. This project wasn't just about showcasing art; it was about celebrating the people who make a difference, about lifting them up and making them feel appreciated and valued. Through this, Jake taught me the importance of recognizing the efforts of others and how powerful it is to give credit where credit is due—a lesson that has shaped how I interact with and uplift those around me.

This same spirit of recognition and care was evident in the early days of Bitwise, when resources were scarce, and everyone shared a single office. Jake would go out of his way to find opportunities for people to earn a little extra, whether through additional opportunities or even something as simple as dog sitting. These weren't favors—they were reflections of Jake's leadership and his determination to foster a culture of mutual support and care, both within the community and the company.

On a personal level, Jake has shown me what it means to care deeply for family. Over the years, I became close to the Soberal's, participating in some thanksgiving turkey bowls, BBQs, and even weddings. These experiences allowed me to witness the love and respect they have for one

another, something I hadn't seen growing up. My parents, while deeply caring, were not very affectionate, so their relationship never really struck me as being filled with love. But Jake's relationship with his wife, Sarah, and their children has been an exemplary model that one day I hope to achieve. I vividly remember Jake's speech at the grand opening of South Stadium, where he publicly expressed his gratitude to his "Sarah Marie." That moment stuck with me because, for the first time, I saw what it looks like to fully and openly cherish your partner—unreserved, public, and deeply felt. It was then that I realized love is a real, tangible thing, and the way Jake professed his appreciation to Sarah showed me how important it is to openly express affection and acknowledgment. These are values that I have since tried to carry into my own relationship.

As I reflect on the ten years I've known Jake, I realize that he has shaped me in ways I never could have imagined. He has taught me the importance of selflessness, of recognizing and nurturing the potential in others, of caring deeply for family and community, and of giving people a fair shot to become the best version of themselves. Jake has filled gaps in my life that my parents, despite being wonderful role models, simply couldn't fill—providing the kind of mentorship, support, and belief in my abilities that have been pivotal in my development. His guidance and the opportunities he has afforded me have not only influenced my career but have also shaped my character, instilling values that I now carry into every aspect of my life. I am proud of the person I've become, and I owe much of that to Jake's relentless belief in me and the profound impact he has had on my journey.

I know that Jake's actions have led him to this point, but I also know that he is so much more than the mistakes he has made. He has a heart that is driven by a desire to help others, to lift them up, and to see them succeed. As he faces this next chapter of his life, I hope that you will consider the positive impact he has had on so many lives, including mine. If given the opportunity, I would not hesitate to hire Jake, as I have complete trust in him and believe that his extraordinary talent for articulating ideas, creative problem-solving, and turning concepts into actionable plans would make him an invaluable asset to any team. His ability to pitch ideas with such clarity and conviction is a rare and highly-sought after skill that sets him apart in any setting. I believe that Jake still has so much to contribute to society, and I respectfully ask for leniency in his sentencing.

Thank you for taking the time to read this letter and for your careful consideration of this matter. If you have any questions or need further information, please do not hesitate to contact me at the information provided above.

Sincerely,
Vanessa Ceballos

# EXHIBIT 12

8/12/2024

Carter Chavez
Academic Teacher
California Department of Corrections and Rehabilitation (CDCR)

1590 W Roberts Ave, Fresno Ca, 93711



To the Honorable Judge hearing this case and the U.S. Probation Office:

My name is Carter Chavez, and I write this letter to hopefully give you a picture into the life of Jake Soberal the way that I, and my family see him.  I have known Jake for about nine years and throughout those nine years we have become very close friends, and I would consider Jake to be one of my two very best and closest friends. I look at Jake as a brother, as family, and his wife Sarah and kids, Tinsley, Hazel, and Huxley family as well.  I write this letter fully acknowledging Jake's mistakes and the magnitude of the crimes he has plead guilty to and have had many conversations with him where he has admitted and talked about his wrongdoings.  Having said that, I hope this letter can give you a new perspective on the man that he is, not only to me and my family, but to those in his community as well.

As I mentioned earlier, I have known Jake for about 9 years, but we started to get really close about 4-5 years ago.  Me, Jake, and another buddy of ours wanted to be more intention about being in each other's lives and the more we got together the deeper our relationships grew and the more open we became, about our lives, marriages, and relationships with our kids.  To be clear, when I say openness, I do not just mean a simple check in.  We would share our struggles, our fears, our mistakes.  We began to ask deeper questions to find the root of the issue, or offer up encouragement when needed. We would even challenge each other in areas we needed to change or improve upon.  All our friendships strengthened and deepened immensely.

It was during these intimate times that I got to see Jake's heart and his desire to see the people of Bitwise succeed, not just the company of Bitwise.  He talked extensively and had story after story of seeing someone at Bitwise who started off with little to no coding experience, who was poor or marginalized in some sort of a way, learn to code and was able to become successful and take care of their family.  These were the moments that I would see Jake's entire person just light up with joy and fulfillment.  As a Christian, Jake looked at his role at Bitwise as a way to serve the underprivileged and disenfranchised.  He truly sees the best in people and believes their potential is limitless.  I saw him for years live this out and I saw this mission drive him to be incredibly successful.

I believe this mission, and desire to raise up and empower people from all over the country was a massive reason why he made the decisions that he did.   Jake is a very driven person and it made him so joyful to be a part of changing so many lives. This motivated him to adopt the

attitude of doing whatever he needed to do to keep Bitwise going, and the positive impact it was having on so many people.   Unfortunately, that determination led him to making choices that were not ethical and ultimately brought him to the place where he is now.  I am not in any way justifying his decisions, or saying there should not be justice for his actions. However, what I am saying is that knowing Jake, and his passion for people, his wholehearted belief in the mission of Bitwise, all of this played a huge role in the choices he made to keep the company alive.

Knowing Jake as closely as I do, I do not believe that his choices to commit fraud were driven by money, greed, or a pursuit to become wealthy. Yes, he was the CEO of a growing technology company, and his salary is now public knowledge, so we all know he was doing well financially; but I make the previous statement for two reasons.

A month or two after things spiraled with Bitwise, we began to discuss the issues that were happening with Jake. As weeks went by, we helped him process, in generic terms (we didn't know any specifics at that time), why Jake felt he made these bad decisions. We started to uncover some heart issues, pride, and really dug into his inherent need to save everyone that ultimately led him to the position that he is in now, but none of these reasons were pursuit of wealth.   Again, I am not justifying Jake's mistake, I am just pointing out his mistakes stem from a place that many other good people struggle with as well. Secondly when it comes to money, Jake is the most generous person that I have ever seen. For Christmas about 6 years ago, my family and I were in a very tight financial situation and we were not able to get much for our kids for Christmas. Jake and his family found out and all went shopping. They picked out individualized gifts for our whole family.  He then preceded to have someone else deliver all the gifts because, out of humility, he didn't want us knowing it was him. It wasn't until a few years later I found out that it was the Soberal's who blessed us that Christmas. A few years later our dryer broke, with my salary we didn't have the means to purchase another one, and once again, Jake went out of his way and purchased a new dryer for our home. He did not ask or even hesitate, Jake just showed up with the means to solve our problem with no strings attached. I could keep going on and on because there are countless examples of him being selflessly generous with his finances. So much so that I remember confronting him and communicating that he didn't always need to solve every financial problem that came up in my life; and that I was going to start lying to him about our financial state so he wouldn't feel he needed to step in and help.  His response to me blew me away.  Jake told me that God has blessed him financially, and that he looks at his money as not just the Soberal's money, but money that can be used to bless other people in his community. I know for a fact that many of his neighbors, and friends have been on the receiving end of financial help from Jake.  All of this to say, the point that I am trying to make is that Jake was not driven by money, rather he looked at the money as a way to bless those around him.

Another thing that I love about Jake, and it is something that he truly excels at, is being a Dad. Even when he was putting in long hours while building up the company, he made it a point to be done working at 5pm to be home and present for his kids during the evening. Dinner with the family, helping with homework, and playing games was so important to him.  Often times when work was busy he would stay up late to continue working, but 5pm to kids bedtime was sacred. Every single time one of the kids played soccer or softball he was always the coach. Jake is so

good at inspiring kids to do their best and makes games and practices so fun but also makes it so the kids learn the skills and fundamentals of the sport. One time we got to coach our boys soccer team together and it was a blast.

Every year for about 7 years now, a group of about 12 dad's get together and bring all their kids camping.  It is such a memorable time for us dad's to connect with each other and our kids, but also other kids in our community as well. Jake loves to get not only his kids involved, but every other kids as well. He always organizes group baseball games, will gather people to go the creek to fish, is involved with helping every kid make the perfect marshmallow for a s'more.  My kids call him Uncle Jake, and every year after their camping trip somehow their favorite part of the trip will always involve Uncle Jake. My middle child Dean absolutely adores Uncle Jake. One time it was me, my wife and kids at home and we were all being silly and teasing each other and I made a joke that Dean smelled like a shoe.  He jokingly barked back that I smelled like the shoe and then stated everyone else in the family smelled like a shoe.  What he said next made me smile and laugh so hard and I quote "Everyone in the whole world smells like a shoe!.... EXCEPT UNCLE JAKE!"  And keep in mind he has plenty of other aunts, uncles, a grandma and grandpa, but what came to my 5-year-olds mind first when being silly was… Uncle Jake.  That's the kind of person my family sees when it comes to Jake.

I am thankful you have taken the time to hear me tell some stories about my buddy Jake.  I work as a teacher at Valley State Prison, and I know things work differently on the State side as opposed to the Federal side, but I can speak into what things look like with State incarceration. If you read the mission statement of the California Department of Corrections and Rehabilitation it talks about its desire to successfully reintegrate individuals back to their communities through various methods of rehabilitation.  Yes, it is still a correctional entity, but at the end of the day their goal isn't to punish, it is to rehabilitate.  While working with CDCR I got to have a conversation with someone who sits on the Board for Parole Hearings. I asked her what things you look for when are deciding whether or not to release an individual back into society on parole.  She answered saying she looks for true remorse, chances of recidivism, criminal record, family support back home, a positive community to reintegrate with, and behavior and effort during programs while incarcerated.  Again, I know there is no parole on the Federal side and things are not completely parallel but I imagine there may be some similarities when it comes to Jake's case.  Up to this point he has no criminal record, he has a supportive family already in place, and a community who truly has his back and loves him dearly.  He has expressed to me on multiple occasions how sorry he is for his mistakes and how much he truly regrets his actions.  When his legal counsel gave him the green light, he released a public apology to all the former Bitwise employees.  He cooperated fully with the US Attorney's and was honest and open with them from day 1.  I truly believe, and his actions show that he has true remorse.  I do not believe recidivism is likely at all when it comes to Jake. First, there are already agreements in place where he can no longer trade securities. Second, Jake seems so much more at peace not being the Co-CEO of Bitwise Industries.  You can tell the monkey is off back.  The stress and pressure that came with his former job was extremely demanding and it took its toll. He loved his job and loved the mission that Bitwise had, but now that it's gone, he seems much more at peace.   He is already showing he can support his family financially by consulting and

working with local non-profits.  In my opinion, and with other provable facts I believe he has already taken huge necessary steps in the process of rehabilitation.

I am asking for leniency for my good friend Jake Soberal.  Yes, a part of it is selfish. I will dearly miss my buddy. More importantly I ask for leniency for his family. For his wife Sarah and his beautiful kids Tinsley, Hazel, and Huxley.  They will be the ones hurt the most.  Jake has already expressed tears and so much remorse knowing how bad of a spot he has put his family in. Every birthday, every milestone, will be so painful for this family.  Yes, Jake made mistakes, we all make mistakes, and his was on a larger scale than most. But I truly believe he made his decisions with the best of intentions, to continue to change the lives of the disenfranchised. And since his mistakes, he has taken accountability, shown deep amounts of remorse, and changed. I ask that you see Jake as more than his worse moments. That you see him as a father, as a friend, as an UNCLE, as a member of a tight knit community, as someone contributing to non-profits right now, as someone who will continue to make positive contributions to his city and community after incarceration.

I have infinitely more stories I could share about Jake. If you have any questions about anything I wrote please don't hesitate to reach of to me for clarification, or any more information you may desire. Thank you for taking the time to read letter.


Sincerely,

Carter Chavez

# EXHIBIT 13

August 1, 2024
Steve & Ana Raquel("Rocky")Cleary
Retired - CUSD & FUSD

659 E. Home Avenue
Fresno, CA 93728
██████████████
██████████████
██████████████

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

We are Steve & Rocky Cleary. We live in the same neighborhood as Jake and his family.
We met the Soberal family in early 2017.

We both were in attendance at the recent federal court hearing, when Jake & his former business partner, both pleaded guilty to the wire fraud charges. They each acknowledged full responsibility for their wrongdoing.
We did receive Jake's apology letter, in which, he took full responsibility for his wrongdoings.

While, we are not dismissing the seriousness of these charges, we also want to share with you our personal perspective of Jake, and the friendship that we have established, not only with him, but his family as well.
Our neighborhood is unique for several reasons, one of which, is the diverse population that lives here, and the sense of community that permeates this special area.
Jake and his family are one of the wonderful young families that help contribute to our neighborhood.

We have always enjoyed seeing Jake and his children riding by on the their bikes.We have on occasion, visited with them when they have stopped in front of our home while on a bike ride.

Their family has always participated in our annual neighborhood block parties over the years.This event provides the opportunity to visit and get caught up with one another.We would visit with Jake & Sarah.

Every Christmas, Jake helps to decorate the intersection  ( their house is on a corner,) where their house is. The result is a beautiful Holiday decoration to our neighborhood!

Our area also participates in the Porch Fest activities every Spring. Jake and his family have offered their porch and lawn for people to gather and listen to music.

We have appreciated Jake's friendly attitude and his overall positive demeanor,and willingness to be a
helpful neighbor.

He always has a smile, and  ready to listen.

We have so enjoyed watching his children grow-up. It's quite apparent to us that Jake's children are loved and deeply cared for as he interacts with them.

We are one of the older couples that live in our neighborhood. Having younger families live close by is such a delight for us!  Jake's family certainly helps to keep us in touch with the happenings of their generation.

I,(Steve,) have walked through Jake's yard on several occasions. He's very proud of his vegetable garden and fruit trees that he has planted. We have benefited by receiving some of Jake's homemade salsa & fig jam!

We have observed that Jake is supported by several of our neighbors and their families.

They share meals, they share their pool with these families, share child care.

We would be very willing to be of any support that Jake would need when he re-enters our community.

Our plan is to continue to be of support to Sarah and their children while Jake is absent.

We want to thank the Honorable Judge and US Probation officer for your careful consideration of this matter.

Also thank you for taking the time to read this letter.

Please feel free to reach out to us at the contact information provided.

Sincerely,
Steve Cleary
Ana Raquel Cleary

# EXHIBIT 14

August 12, 2024

Chris Collins
Executive Director
West African Vocational Schools (WAVS)

1420 E Englewood Ave, Fresno, CA 93728

█████████████

█████████████████

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

My name is Chris Collins. I live in Fresno with my wife and two children. My wife is a pediatric physical therapist at Valley Childrens' Hospital and I work as the executive director of the Fresno-based nonprofit West African Vocational Schools.

I'm writing this letter to offer a more rounded perspective of my friend Jake Soberal.

I first met Jake about 8 years ago when we were introduced by a mutual friend. Several years later, Jake and his family began attending our local church. Recently, our kids have started attending the same school. I've also been on several camping trips with a group of friends, including Jake.

On these "dads and kids" camping trips, I've seen the way Jake invests intentionally into the lives of his kids and his friends' kids. He takes time to participate in what the kids are excited about – whether it's going on a hike, playing catch, or roasting marshmallows. He takes the time to encourage them and cheer them on, whatever they're doing.

When I recently told my 11-year-old son that Jake may have to spend some time away from his family because of a mistake he made (for which he has owned up to and taken responsibility for), my son said: "No! I really hope that doesn't happen. He's such a good guy!"

Similarly, Jake goes out of his way to check in with people, ask them how they're doing, and include them in whatever's going on at the time.

I've seen Jake get involved at his daughter's school, participating in several school functions with his family. I've also seen Jake show up for his friends, helping them on moving day and pitching in on home improvement projects. Jake and his family have hosted large neighborhood events and church events at their house. Jake has also supported WAVS (the nonprofit I work for) by sponsoring our fundraiser events.

I know Jake takes his family, his faith, and his community seriously. I know that this experience has instilled in him a commitment to never make a mistake like this in the future. I have seen how his community – through our church and through friendships – has surrounded him to support him and his family at this time, and will continue to do so after incarceration.

I would like to thank the Honorable Judge and US Probation Office for taking the time to read this letter. If there is any room for leniency in his sentence, I know that it will be a benefit to our community and society. Because of Jake's sincere and long-held desire to do good in the world, serve his community and

support those around him, I'm confident that his post-incarceration life will be marked by serving those in need and helping others' find fulfillment in their lives and careers.

I have no doubt Jake will find a meaningful and rewarding career post-incarceration. Because of his ability to think strategically, relate well with others, and encourage those around him, I know that nonprofits like WAVS and any other organization would benefit from him on their team.

Thank you again for your time and consideration.

Sincerely,

Chris Collins

# EXHIBIT 15

August 19th, 2024

Adam Cottrell
Analytical Consultant



To the Honorable Judge Hearing this Case and the US Probation Office:

Jake is my friend.  My life is better because of our friendship.  It grieves me to see the situation he's in, and while I think I understand what motivated him to do what he did, I'm still confused and feel regret that he chose to try to solve Bitwise's problems in the way that he did.  Jake is not a selfish person, and he's not reckless or inconsiderate.  I think he got stuck and knew a lot of people were going to get hurt, and made some bad choices to try to save things.  Throughout this process, I have never heard him offer up excuses, blame anyone else, or minimize his wrongdoing.  He knows he broke laws, acted dishonestly, and let people down.

I met Jake in 2005 when he transferred to UNC-Chapel Hill, where we were both on the rowing team.  Jake became one of my closest friends.  We were groomsmen in each other's weddings. I cannot understate the degree to which he has helped me grow as an individual, in my work, in my marriage, and as a dad.  He encourages with humor and positivity.  He's patient, forgiving, and see's the best in people.  He is gifted at helping others believe in their dreams.

At UNC, rowing is a club sport, not funded through the university's athletic department. Students fund their own operating budget, hire their own coaches, and establish their own team norms.  In the best of times, this is a profoundly empowering experience for rowers and leads to immense personal growth.  At its worst, it can be physically dangerous and a breeding ground for the worst kinds of attitudes and behaviors.  Jake arrived at UNC to find our very talented head coach had resigned.  There was a vacuum of leadership, and we spent that fall semester looking for a suitable replacement.  By the time Jake graduated in 2008, he had found the team stable coaching, initiated a network of 40-years of alumni, raised tens of thousands of dollars for operating expenses, and held the team to high standards in how they rowed and in how they treated each other.

While all of that is remarkable, there are a few small things that I remember that remind me of who Jake really is at heart.

In the fall of 2005, we traveled to Boston, MA for the Head of the Charles regatta.  A parent had booked our 4-man boat an expensive room at a sold-out downtown hotel right next to the race course.  The issue was that 4-man boats actually have five people – the fifth person being the coxswain who steers the boat.  In this case, the rowers were male and the coxswain was female, and the poorly construed plan of the temporary coach was to have the cox sleep on the floor of this room.  Given the risk for harassment, the team had a policy of giving female coxswains their own rooms, and I brought this up to Jake.  The coach dismissed our objections outright, as did some of our teammates – too expensive and complicated to do anything about it.  But I continued, and not in the most level-headed way, to press Jake on the matter.  He figured out how to get the coxswain a space of her own, and shouldered the extra burden of making the logistics work.

Another seemingly trivial example happened the fall of 2007.  After several seasons of aimless apparel orders, Jake had solidified arrangements for printing the team's uniforms.  I was not sold on his choice of vendor, but he assured me the specific requests I had made would be fulfilled.  When the uniforms arrived, my requests had not, in fact, been fulfilled.  Jake was initially dismissive, until we laid the example I had given him side-by-side with the order we received.  I still vividly remember the change in his expression and body language, and the apology he gave me not just for the bad results but for the failed assurances he had given me.

These are stupid examples – a hotel room and essentially a bunch of t-shirts.  But to me, the endings of these situations are who Jake is and why I still believe in him despite all that has gone on.  Jake isn't a person who doesn't listen, gets defensive, and hangs people out to dry.  He thinks deeply about what his obligations are to others around him, and changes course when what is right demands it.  He is CONTRITE when he lets people down, not self-righteous.  We couldn't fix the uniforms – we were stuck with them.  But he didn't try to distance himself from the result or just tell me to get over it.  He knew what the mistake meant, both practically for the people who had to wear the shirts, and for our working relationship as well.  What made these situations OK was that Jake intently looked to do the right thing when he was able, and when the right thing had passed us by, Jake owned the shortcoming and used the experience to do better the next time.

There are more examples I could tell about Jake that would show his humility and empathy for others.  Briefly…
- His patience and humor with me after I threw a deck of cards in his face when I visited him for Thanksgiving and didn't like the outcome of a game we were playing
- His patience at the next Thanksgiving when I accidentally broke his 13-year-old brother-in-law's sunglasses during flag football, again when I didn't like the outcome of the game we were playing – and his willingness to help his in-laws see that I am not 100%-asshole
- Driving me to the emergency room the night before my wedding because I stepped on a nail… at 3 am… after he patiently waited in a parking lot for hours as my future-wife and I argued out our pre-wedding jitters after the rehearsal dinner… and his compassion for both of us as he helped me navigate that mess emotionally

In any situation where a leader lies to get something, it is natural to wonder about that person, what their motives are, and what they're willing to do for their own self.  And I completely understand how it's hard to square Jake's true character with the facts of this case.  But Jake is not about himself!  He is about others!  His leadership of the rowing team was not about his own greatness, it was about making the team great and helping people on the team believe in their greatness individually.  I believe whole-heartedly that in every situation, in the best way that he knows how to, Jake will put the success of others ahead of his own.

I thank Your Honor and the US Probation Office for reading my words and being willing to build a more complete picture of Jake.  I love Jake, as does his family, and I know he is struggling with the impact that his punishment will have on them.  I imagine that most of these letter writers will say similar things – not that Jake is uniquely gifted or a great achiever – but rather that Jake has cared for them and made them better people with his friendship.  Regardless of what his future roles are, I know this will continue to be true of Jake – that he will encourage, support, and care deeply for the people around him.  If you have any questions about anything I have

written here, or desire to ask me more about my experiences with Jake, please do not hesitate to reach out.

Thank you again.

Sincerely,

Adam Cottrell

# EXHIBIT 16

08/10/2024
Carl Henry Deese
Designer at Carl Henry Designs
Self Employed
650 E Hampton Way
            704
███████████████

To the Honorable Judge Hearing this Case and the U.S. Probation Office:
My name is Carl Deese and I am married, with 2 kids, and we live in the Central Valley of CA.
I've known Jake Soberal over a decade through our church community, as a co-worker and as
a friend. We've worked on projects together from helping local families in need during the 2020
pandemic to working together on design of new a office space for a local community non-
profit. I understand that Jake has plead guilty to the crime and he's expressed to me that he is
fully responsible for the wrongdoing.
My intention in writing this letter is to give you a picture as to who Jake is as a person and
friend to me. From the first time I met Jake, to today, I've always recognized a man who is a
generous member of his community, a kind friend who would go out of his way to help anyone
that needs it, and a loving father and husband who recognizes the value of being present and
available to his family. Our town of half a million people can sometimes feel small and I've
heard for years now how friends and people in my community have been directly affected in a
positive way by his friendship and generosity.
Jake is an ACTIVE member in his church and neighborhood. I'm impressed with how large of a
community Jake has around him that I know will support him and help him integrate back into
our community after his punishment. I'm excited to see his continued contributions to our
community and look forward to hopefully working with Jake on future projects.
One particular example of Jake's kindness is when a mutual friend and colleague suddenly
passed away. Jake did not hesitate to gather mourning friends and family at his home and have
a full celebration of JP's life and friendship. VERY generous and kind to a community (including
himself) that was HEAVILY grieving.
Another example, working on a new office project together for a local non-profit, Jake
displayed a HIGH level of leadership and management that went above and beyond
expectations for them to get into their new space quick and in budget. Always putting the
clients needs and wants first and making sure that they are happy and taken care of. Seeing
him excited to bring joy to others is inspiring to me.
In 2018 because of Jake trusting me and vouching for me was I able to start a new career path
that has now become one of my most exciting creative passions. I'll forever be thankful to him
for that.
Thank you Honorable Judge and US Probation Office for your careful consideration of this
matter and taking the time to read my letter.
I ask for leniency in Jakes sentencing. I understand that Jake has plead guilty to these crimes
and also understand that he has so much more to give.
I believe it would benefit myself, my family, and our community to have Jake again as a
continued active member of this community I live in, am directly involved with, and work along
side.
Please feel free to reach out to me at the contact information provided above to verify the
contents of this letter or any follow up questions you may have.

Sincerely,

Carl Henry Deese

# EXHIBIT 17

August 7, 2024

Elizabeth DeNicholas
Retired
16937 Gault St
Van Nuys, CA

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

My name is Elizabeth DeNicholas, but I am often called Libby. I have known Jake Soberal since he was about six years old. Jake is the son of my dear friend Marlee Soberal, who attended the Van Nuys Church of Christ located in the San Fernando Valley. I am writing this letter to offer a fuller picture of who Jake is as a person beyond his recent legal troubles.

I have observed Jake in a variety of settings, including Sunday School, worship services, friends and family socialization events, and play group activities. I have seen Jake interact with other children, his siblings, his parents, and other adults. Through these interactions, I noted that Jake was an obedient and compliant child relative to other children in his peer group. He followed instructions and often reminded other children to follow instructions. Jake was respectful of adult authority and supervision.

Jake was proud of his involvement in various sports and would share his experiences with others in ways that were balanced with confidence and humility, appropriate for a primary schooler. He was interactive with adults and other children. I observed that Jake was a responsible child relative to his peers. He performed household chores and assisted others with setup and cleanup, whether at a family meal, vacation bible school, Sunday School, or shared outings where I was able to observe Jake.

Jake exhibited empathy and compassion for adults and other children. I recall an event where the Soberal family and my family were at the beach together, and I was not able to locate my youngest daughter. Jake, approximately 10 years old at the time, could see that I was distressed. He immediately responded by stopping what he was doing and began to search for my daughter. He was the one who found my daughter a distance away from where we were all sitting on the beach.

After Marlee relocated her family to Fresno when Jake was about 12 years old, my interactions with Jake continued in the context of visiting Marlee and the family. During those years, I continued to observe that Jake was respectful with everyone present, balancing his interactions with those of others. I observed him continuing to have a lot of responsibility for contributing to the family through performing his assigned chores. He was respectful in conversation, choosing words that communicated respect for my faith, my views, and opinions.

I understand that Jake has pled guilty to conspiracy to commit wire fraud. He has expressed to me, and I believe to others, that he is fully responsible for his actions and deeply regrets the mistakes he made. I firmly believe that these actions do not define the entirety of Jake's character. He has a supportive community and a strong moral foundation that I believe will guide him to make better choices in the future.

In closing, I ask for leniency in Jake's sentencing. I look forward to seeing Jake reintegrate into society and contribute positively, as he has the potential to do so. If you need any further information or wish to verify the contents of this letter, please feel free to contact me at the information provided above.

Thank you for your time and consideration.

Sincerely,

Elizabeth DeNicholas

# EXHIBIT 18

November 29, 2024

John Dodson
Original CFO of Bitwise Industries

2504 19th Avenue, Kingsburg, CA

████████████████

Re:  Sentencing of Jake Soberal and Irma Olguin, Jr.

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

I first met Jake Soberal in the Spring of 2013. The meeting was at the offices of Walter and Wilhelm Law Group, where Jake was employed at the time to develop an IP practice.

I was invited to the meeting because of contacts I had with Irma Olguin. At the time I was a 70 year old serial tech entrepreneur planning to wrap up my career. I owned a mostly empty office building at the corner of San Joaquin and L Streets in downtown Fresno. I wanted to fill the building with startup tech firms who could use some help with rent and other start up expenses, and possibly my mentoring help. In the Fall of 2012, I attended the 90 Days of Code annual contest organized by Irma to showcase local tech talent and ideas. I met people I wanted to help. I learned Irma was on a mission to build the Fresno tech community. I sought her out to learn if there was a way to work with her to pursue our mutual objective. I was unaware of Irma's work with Jake and others until invited to the meeting.

A month or so after the law office meeting, I received a call from Jake asking me to meet with him and Irma, which I agreed to. I learned from Jake that his goal was to revitalize downtown Fresno. (He originally contemplated achieving this through the world of politics, but after working with Irma decided business would be a better way to achieve his goal.) Jake combined his goal with Irma's to revitalize downtown Fresno through the business of technology. When they communicated how quickly this could happen, I told them they were crazy. Jake asked permission to make a protype of my building. That is what brought us together, so I told them to have at it. They started the remodel of the building and had it filled with tech startups within thirty days. I no longer doubted the possibilities and speed with which they could operate.

During the early years, I observed Jake presenting the vision to business and political leaders of Fresno. He presented with a charisma and confidence rarely seen.

I was CFO of the rapidly growing Bitwise venture. By the end of the third year, my ability to help financially and inability to maintain financial discipline was exhausted. I sold most of my ownership shares to the company so they could use it to attract new investors, and I stepped aside.

Jake's first child Tinsley was born shortly after I met him. Over the years I worked with him and stayed in contact, Jake's family has always been a priority. Based on my observations, Jake and his wife Sarah adore each other, and he made time to be involved in his children's activities. In a lunch meeting a few weeks ago, Jake shared that he was making plans for taking care of his family if he has to spend time in prison.

Jake and I share a common faith in that the gift of Jesus is God's greatest gift to us. We recognize that we don't always understand what He is doing, but we can trust God loves us. At various times, Jake and I have encouraged each other with scripture that helps deal with the speed bumps of life. I will continue to pray for Jake, Irma and their families that God's love will be evident and real to them in this difficult time of their lives.

In my career I have had the opportunity to give people second chances. I think about Jake the same way. I doubt I have enough years left to start something new; but I wouldn't hesitate to involve Jake if an opportunity arises. He has unusual God-given gifts that will serve him, and whomever joins with him, well the next time around.

Thank you for your consideration of this matter and taking time to read my letter. Because I can't imagine Jake ever repeating mistakes he made with Bitwise, and because his talents will make him a valuable community member when his punishment is complete, I trust you will show leniency in setting his punishment.

Please contact me if I can answer questions or provide additional insights into my experiences with Jake.

Sincerely,

John Dodson

# EXHIBIT 19

Andrew Feil
743 E Floradora Ave
Fresno, CA, 93728
███████████████

8/11/24

U.S. Probations Office
2500 Tulare Street
Fresno, CA 93721

Dear Sir or Madam,

I am writing this character reference letter on behalf of Jake Soberal, whom I have had the privilege of knowing for over a decade as a friend, neighbor, and colleague.

I first met Jake at Le Parisien Cafe, a French bakery in Fresno, in the fall of 2013. From our first conversation, I was struck by his ambition, his passion for our city, and his desire to make a positive impact through innovative strategies. At the time, as a pastor at The Well Community Church and leader of a small group, I invited Jake and his wife to join our group. Over the years, our relationship has deepened, and I have had the privilege of witnessing Jake's character and commitment to serving others firsthand.

Jake's character and dedication to service have been evident in numerous ways. Four specific examples stand out: his work with Neighborhood Industries, his involvement at Hamilton Elementary, his support for my family, and his stewardship of his home.

**Neighborhood Industries**: I served on the board of Neighborhood Industries (NI) from 2010-2017 and 2019-2023, where their mission is to create employment opportunities and provide job training for people facing barriers such as homelessness, incarceration, or substance abuse. Jake served alongside me on the board for five of those years, during which he was also CEO of Bitwise and the board chair of NI. His leadership on the board was a testament to his genuine care for those on the margins and his dedication to giving them a second chance at life. Unlike many CEOs who might focus on boards that enhance their prestige, Jake dedicated his time to serving the most vulnerable.

**Hamilton Elementary**: Jake and his family made an intentional choice to enroll their children in Hamilton Elementary, an underperforming Fresno Unified School, and to invest not only in their children's education but in the school community as well. They were instrumental in organizing school events, participating in the School Site Council, and bringing resources like a Coding Club to the school. While many in Jake's position might seek out the best schools for their children, he used his connections to bring resources to Hamilton Elementary and build relationships with the staff and students.

**My Family**: Jake has been a constant source of support for me, my wife, and my children. He has invested in my four boys by picking them up from school, babysitting when needed, and volunteering at our church's youth events. During a mental health crisis my wife experienced, Jake provided unwavering support, offering his presence, gifts, and time to help us through. Jake has also been a trusted friend and advisor, encouraging and challenging me in my leadership roles.

**His Home**: As a neighbor, I have seen Jake and his family transform a neglected property in the Tower District into a vibrant community space. The way they have rebuilt their home and opened it up to others reflects their belief that their resources are meant to benefit others. Their home—complete with a pool, yard, trampoline, and garage—is always open, providing a safe and welcoming space for friends, neighbors, and community members.

Jake has openly shared with me, as he has with many others, that he made serious mistakes at Bitwise and fully accepts responsibility for his actions. He has expressed genuine remorse and demonstrated a deep understanding of the consequences of his behavior. I believe that Jake's character, which I have witnessed over the past decade, will endure and guide him as he moves forward, despite the moral lapse in decision-making.

As a friend and neighbor, I am committed to walking alongside Jake's family during his absence. These consequences are real, and the community around Jake, of which I am a part, will be supporting him and his family in the coming years. Jake's willingness to confront his mistakes head-on and his commitment to personal growth give me confidence that he will not repeat these errors in the future.

I am also committed to supporting Jake as he reenters the community following his time in custody. I believe in his ability to contribute meaningfully to society and look forward to seeing him continue the work he has started in our community. I am praying for leniency in Jake's sentencing because I believe he has much to offer once he has served his time. I anticipate his continued contributions, particularly in areas requiring vision, collaboration, and execution—skills in which he excels.

Moreover, should the opportunity arise, I would gladly consider Jake for a role in any future projects my company undertakes, as his unique talents and experience would be invaluable. My confidence in Jake's ability to find meaningful employment post-sentencing is based on his demonstrated leadership, vision, and commitment to community service. I am certain that Jake will be able to support himself and his family lawfully and productively.

Thank you for taking the time to consider this letter as part of your evaluation of Jake Soberal. I hope that it provides a fuller picture of the person Jake is beyond the mistakes he has made.


Sincerely,

Andrew Feil

# EXHIBIT 20

Bryan Feil
Owner - Caddis Consulting
430 N Calaveras
Fresno CA 93701



To the Honorable Judge Hearing this Case and the U.S. Probation Office:

I am writing on behalf of one of my best friends Jake Soberal. We have been in each others lives for over 12 years. Initially meeting at a house church group. We met Jake and Sarah as Sarah was pregnant and about to give birth to their first child. That was the beginning of our relationship but has grown into a deep and long lasting friendship. Our friendship then moved us to become fellow board members of a local non profit organization called Neighborhood Industries in which I was co-directing at the time. Later I would become an employee of Bitwise Industries and continue in developing a deep relationship with Jake.

I understand that Jake has pled guilty to the crimes that he has been accused of culminating in the Bankruptcy and closure of Bitwise Industries. In being in relationship with him during Bitwise and post Bitwise he has expressed his responsibility and the path that he had taken the business in leading to the furloughing of hundreds of employees. Acknowledging his responsibility and actions that he took and being regretful for those actions has continued to show me his heart. Being misguided to take those actions in order to keep the business operating is an action he has taken in trying to grow and develop as a better leader for the future.

I am writing this letter to you Judge to share a more robust picture of who Jake Soberal is and how he interacts with the world on a regular basis.

I believe Jake to be an individual that regularly places others in front of himself. In being in life with him and our families together he seeks to be a generous person with not only his resources but his time and attention.

When I was running Neighborhood Industries and Jake was a lawyer at the time there were multiple times that I had called out to him needing his expertise and insight (and potentially some pro bono time). One being an event in which our logo and brand was being taken from another organization across the country. Jake went to bat for our organization when I am sure that he had many other priorities that ranked much higher on his list. Another time being when we had a disgruntled employee who was filing labor claims against our

organization he gathered connections and resources that were available to him to help clarify our stance and avoid us getting taken advantage of.

When there were community needs, for example a local non profit coffee shop that needed assistance in refreshing their space so that they could create a vibrant environment for women who have in the past struggled with substance abuse. Jake helped to lead the charge in obtaining financial donations and alongside myself putting in physical work to rehab their space to make an impact in our community.

There is and has always been a consistent character trait that Jake naturally obtains to look out for those around him and use any influence or opportunity to create a version for that individual that is better tomorrow than it is today. I have grown as an individual in significant ways by being so close to Jake in this way and am thankful for that.

I would like to thank you Honorable Judge and US Probation Office for taking the time to read this letter and I hope that my sentiments and experience come across clearly for the individual that I know Jake to be. I would ask you to be considerate in the amount of time that he is subject to serve and know that our world is better for him being in the community than separated from.

Within the consulting business that I operate, I would very much look forward to the opportunity to provide employment for him upon his release. Knowing that he has a heart to serve our community to allow organizations to benefit greatly from his skills that he has gained in his professional career. I believe him to be aware of his past mistakes and be careful and wise to not put him into any situations of professional negative consequence.

If you have any further questions or want clarity on any of the information I have provided, please feel free to reach out and I'd be happy to assist.


Sincerely,


Bryan Feil

# EXHIBIT 21

August 31, 2024

Carley Feil
Product Manager
Workwell Technologies

2235 N Vagedes Ave
Fresno, CA 93705
████████████

To the Honorable Judge & U.S. Probation Office:

My name is Carley Feil, and I am writing to share my experiences and understanding of Jake Soberal. I am fully aware that Jake has pleaded guilty to the crimes that led to the bankruptcy and closure of Bitwise Industries. I also know that he has taken full responsibility for these actions and is committed to making amends.

I first met Jake during a brief encounter at a restaurant where I was working. We struck up a conversation about new music, and though I didn't realize it at the time, Jake was a close friend of my brother. I was nearing graduation from college and preparing to enter the "adult" phase of my life. During that small interaction, Jake saw potential in me that I had not yet recognized in myself. A few months later, I was hired at Bitwise, a pivotal opportunity that profoundly changed the course of my life. It allowed me to achieve milestones I never thought possible, such as purchasing my first home at the age of 25.

Last year, Jake once again made a significant impact on my family. My father, who had been running a small business that had been in our family for 50 years, was preparing to retire and was considering simply closing the doors. Jake recognized the value, reputation, and trustworthiness my father had built in that business. Instead of letting it end quietly, Jake helped my father find a buyer, allowing him to preserve his legacy.

Jake consistently puts others before himself and is deeply passionate about his community. He is generous, attentive, and always fully present in his interactions. I've observed this not only in our conversations but also in how he engages with his family. As a father, Jake is exceptional. My brother and Jake are best friends. Their kids are around the same. I've watched Jake cheer on and coach 7-year-olds on the soccer field, encouraging them to simply run in the right direction. His belief in people, regardless of age, is unwavering.

I firmly believe that Jake has much more good to contribute to the world and our community. He has a genuine commitment to helping others realize their potential and take the next step in their lives. Jake's dedication to uplifting those around him is steady, and I am confident that he will continue to make a positive impact wherever he goes.

Thank you Honorable Judge and U.S. Probation Office for taking the time to read my letter. If you have any further questions or need clarity on any of the information I provided. Please feel free to reach out.

Sincerely,

Carley Feil

# EXHIBIT 22

Kimberly Feil
Lactation Specialist
430 N Calaveras
Fresno CA 93701



To the Honorable Judge Hearing this Case and the U.S. Probation Office:

I am writing to you on behalf of Jake Soberal. I met Jake in 2013 at a small group for a church. Jake and his wife Sarah quickly became some of me and my husband's closest friends. Jake and I have gone to church together for over a decade and have been close family friends for just as long.

In writing this letter I am hoping to give a full picture of who Jake is. One of my earliest memories of Jake is when my son had an accident. My husband and I spent the day in the hospital and when we got home Jake was one of the first people to come over and give us dinner and check on us. Jake is always someone we can call on if we ever need help. He will do anything to help his friends and those closest to him.

Another example of this is when a mutual friend of ours was going through some mental health struggles. Jake helped to organize a day to care for their yard when our friend was unable too. Jake is so incredibly generous with his time when it comes to helping his friends and community.

I fully understand the poor decisions Jake made when working at Bitwise but I have to say those decisions are not who Jake is. The Jake I know and experience in our family and friend community is kind, selfless, thoughtful, follower of Jesus, and loves his community fiercely. I am so grateful to have Jake as a friend.

Thank you Honorable Judge and US Probation Office for taking the time to read this letter and I hope that my sentiments and experience come across clearly for the individual that I know Jake to be.


Sincerely,
Kimberly Feil

# EXHIBIT 23

August 8, 2024

Rod Feil
Retired - Arlys Appliance
13520 Smoke Creek Ave
Bakersfield, CA 93314

█████████

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

My name is Rod Feil. My relationship with Jake Soberal initially started 10-15 years ago through his relationship with my two sons. When it came time for birthdays for my kids, grandkids, fathers day, or just a one-off barbeque, Jake and his family were always there. We feel that he is a part of our family and that we are a part of his.

Jake hired one of my sons to work on the construction side of Bitwise. He also was instrumental in hiring my daughter to be on staff in management as well.

After the failure of Bitwise, Jake and I developed a business friendship. In this period of time, I felt like it was time that I retire. I was fully content to just close my business after 65 years of hard work. When Jake heard this, he reached out to me asking if I ever thought about trying to sell my business. I immediately thought, no way, who would want it? He asked me if I would trust him to see if we could find a buyer. He believed that the business that I had built up over the last 65 years was of value. He was confident that we could come together and be successful in passing it on to another individual. His assurance made retirement feel that it could become more of a gift rather than feeling like I was closing up shop.

Jake and I worked together over a period of 6 months through negotiations and discussions until an agreement was reached with a buyer. Without Jake's efforts and wisdom, I know that my business would not have continued and the doors would have fully closed.

Jake has admitted to making the mistakes that caused the demise of Bitwise. By pleading guilty to his mistakes and choices, he has accepted responsibility.

I am confident with all that is in my heart, that Jake's God given abilities could go a long way in helping and serving others. I am respectfully asking and praying for leniency in sentencing for Jake Soberal. My heart knows that he would be able to help in facilitating others in their pursuit of their dreams just as he helped me.

Sincerely,


Rod Feil

# EXHIBIT 24

August 11, 2024

Kyle Guess
Senior Mechanical Designer
Currently looking for work in my new city

104 Jason's Way
Somerset, KY 42503

████████████████████

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

In 2016, my family and I joined what our church called Life Groups, and that is how we met the Soberal family. The purpose of these groups was to create spaces for people to get to know each other outside of Sunday mornings or evenings. Our Life Group had at times over 8 families and at least a dozen and a half kids between us. The beauty of these groups is that together we shared life. We gathered to celebrate personal growth, births of each other's children, mourn with each other any losses, and encourage one another in all of it.

When details were beginning to come out concerning Jake's actions and the impending fall of Bitwise, I turned to my wife and told her that I wasn't sure if Jake was guilty, but I intended to continue supporting Jake and his family regardless of the outcome. Although we have relocated to Kentucky this month, my commitment of friendship with Jake is still true. This commitment was grounded in the larger community we made in Fresno, CA and is still grounded in the love that the Soberals specifically have shown to us. I have made mistakes in life and nonetheless been loved and shown mercy and grace beyond reason. In supporting Jake, I am in no way making light of the impact of his actions on communities, families, and individuals. I am disappointed in his actions, but I am steadfast in believing that even a good man can lose his way and by God's grace he can be restored.

I had experienced a very long time of steady, albeit up and down, mental health until the pandemic hit. The pandemic, combined with a variety of other factors, sent me into a tailspin that couldn't be recovered without professional help. I can recall that although I had come home, I was still in a pretty fragile state where even gathering with people I had known for years set my nerves on fire. During this time, we were invited to join the Soberals at their home to celebrate one of their children's birthdays. Jake warmly welcomed me. After some time had passed at the party and the kids were busy playing, Jake came and sat next to me. He spoke gently, and said that he had made no expectations of me being there and was simply glad that I was present. Although I couldn't do much at that time other than nod, my heart was flooded with feelings of gratitude, and I am even misty eyed recalling this expression of love from my dear friend.

Although Jake has accomplished great things, he has shown himself to be a humble and down to earth person. I have listened as someone introduced themselves, told a bit about their family,

and what they do for work. I have heard Jake explain that he's a husband and father who works at a tech company. It always amazed me that he did not say, "Friends and I co-founded a local tech company that trains hundreds of people to use tech to improve their communities and personal lives." Another example is Jake and Sarah's hospitality. I have never seen differences of social status alter the way in which they love people. We visited each other's homes to share meals and play games. Jake's business professional suit with fun socks was just his job while jeans, sneakers, and a t-shirt were mine. Jake has taught me that all people have value and are deserving of love and respect.

Even in the wake of his mistakes, Jake has demonstrated honesty, humility, and authentic desire for reconciliation. He mourns not just the impact that his consequences have on his marriage and kids, but on his larger community, city, and cities where Bitwise was involved. I honestly believe that Jake can continue to be a positive part of the community and a person who acts with great passion to bring about positive change and improvements to individuals and cities.

Should you need anything further from me regarding Jake Soberal, please reach out.

Sincerely,
Kyle Guess

# EXHIBIT 25

8/7/24

Tasha Guess
Reading Support Specialist
Jackson Community Development Corporation

104 Jason's Way
Somerset, Ky 42503
██████████████

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

Our family met Jake Soberal and his family at a church gathering for several families with young children in 2016. We were new to the church we went to at the time, and Jake and the other people from the group were very welcoming. For several years Jake and other people weekly opened their homes so that we could share a meal, talk about our week, and what we were learning from the Bible. When we joined that life group, I found a group of people I could be honest and transparent with.  They taught me that community was about sharing the joys and hard times together.

In 2018, Jake and the other fathers of our group encouraged myself and the other moms to take a trip to the beach. Jake and the other fathers were aware of the challenges that the women in our group faced, and they chose to invest in us by taking care of the children for the weekend so that we could rest and connect. The compassion of the men in our group brought me comfort, strength, and joy.

For many years, Jake and other men have gathered their kids and gone camping. Something that really impressed me by this is that my girls came back with rocks that had positive affirmations specific to each child. The intentionality of Jake and the men to pour time, creativity, and value into the next generation is remarkable.

In 2020 and 2021, everyone everywhere was having a hard time. A member of my family had a mental health crisis that included hospitalization. Jake and our community kept showing up and caring for us well. That included Jake helping to mow our lawns. Jake and our community collectively provided meals, gift cards for groceries, and gift cards for gas. They continued to support us when our family member returned home from hospitalization. Jake could have chosen to separate himself from our troubles, but instead we shared meals together. During one of Jake's daughter's birthdays, Jake made sure to let my family member know that he was welcome and supported. Jake chose to be honest about times he has felt anxiety, and I felt that our family was cared for and supported during a very difficult season.

A lot happened in May and June of 2023 for Jake. He supported us during our crisis, and we have been honored to support him and his family during this difficult season.

In September of 2023, Jake and his family were happy to let us use their backyard for a gathering for my birthday. Jake had said when he put the pool in his backyard, that the investment would only be worth it if the community got to come and enjoy the pool as well. Even if Jake and his family are unavailable, his family has welcomed people to use their backyard.

We spent part of July 4th this year in Jake's backyard.  We were so grateful to gather with friends, share food, and watch fireworks.  Jake understands that community is important, and he has a way of making people feel welcome and valued.  On our way home, my husband and I talked about how that was the best 4th of July we have had in years.

Recently, Jake and Irma wrote an apology letter that was sent out publicly in the newspaper and digitally in several locations. It is one thing to admit guilt in a courtroom among a small group of people. It is an entirely different thing to apologize publicly, and I was grateful that Jake and Irma took the time to acknowledge their mistakes.

Thank you Honorable Judge and U.S. Probation Office for taking the time to read this letter and others. My hope is that Jake will be able to return to the Fresno community as soon as possible after sentencing.  Jake is a great asset to his family and community.

Feel free to reach out to me with any follow up questions.


Respectfully,
Tasha Guess

# EXHIBIT 26

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

Andy Hansen-Smith
Office Manager
Wesley United Methodist Church

3335 E. Kerckhoff Ave
Fresno, CA 93702

███████████████

I have known Jake since around 2007 from our time on the local non-profit Creative Fresno's Board, I as Chair and Jake as a Board Member, and later, Vice Chair. I understand that Jake has pled guilty to a crime and that I expressed to you that he is fully responsible for the wrongdoing. I am writing this letter to offer a fuller picture of who Jake is as a person.

Creative Fresno has been in existence for twenty-years and among its focus is supporting the arts with a festival of short films called Manhattan Shorts,and improving the Downtown area in Fresno. Some of these efforts included fundraising to create local murals by connecting building owners and muralists and developing a digital mural map.

We also had a music festival event called Fresno Urban Sound Experience or FUSE for short. After a few years of that event a television company called FUSE TV contacted Creative Fresno requesting we stop using the name FUSE. They felt it was a copyright violation as attendees would erroneously assume a connection to FUSE TV.

With Jake's experience as an attorney, he was able to negotiate, pro bono, on Creative Fresno's behalf, and that resulted in an agreement that allowed Creative Fresno to continue using the acronym FUSE for our music festival but on the grounds we added periods between the letters. Thus, we solved the problem with the newly named F.U.S.E. Fest being re-born.

This was a much better solution than Creative Fresno's Board could have ever hoped for or afforded financially as a non-profit organization without Jake's excellent work.

For many years Jake provided free meeting space for Creative Fresno even after he had left the Board. He worked hard on another project in which we tried to connect Fresnans who had moved away for college or career. We had hoped the candidates would be more willing to return to the Fresno area as they already had connections to the region such as family and friends. These so-called "boomerangs", having moved away for university and career, would bring home valuable training that is often hard to find or attract to the Central Valley with the traditional outreach. Sometimes they would bring home a talented spouse or significant other, giving the area a much needed double economic bonus. Unfortunately, this project was stymied by the 2008 economic downturn and many job offers dried up. Jake's efforts were, however, much appreciated.

When Jake stepped down from Creative Fresno he invited me to lunch to discuss the reasons for the move. I appreciated the gesture as no other past Board Member before or after had gone that extra mile.

I have been praying for Jake and his family and will continue to do so. I am willing to support Jake in reentering the community following his being in custody.

Thank you Honorable Judge and US Probation Office for your careful consideration of this matter and taking the time to read my letter. If you have any questions, please reach out to me at ███████████████

Thank you,
Andy Hansen-Smith

# EXHIBIT 27

07/30/2024

█████████████

Retired
███████████████████

██████████████████

Retired
████████████████████

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

We are ██████████████████████ and have known Jake personally since 2013.  However, we have known of him and his family longer as our daughter and her husband had various social interactions with them including Bible study/life group and father/child camping trips.  We've seen lots of pictures from those outings that included our grandchildren.

It may be helpful for you to know that we lost ███████ and an expected ████████ ROI with our investment into Bitwise.  This occurred at a time when ████ ████████████████████ ████████████████.  We fully understand how Jake's actions have harmed us and others and that he has pled guilty.  However, we are writing this letter to offer you a broader understanding of who Jake is as a person.  When it was appropriate and he was free to do so, he met with us and offered a no excuse apology taking full responsibility for his actions and explaining how deliberate he was in his guilt.

████████████████ is a ██████████████████████████████████████████. ████████████████████ has served the valley for 20 + years.  He also served at the █████████████████████████████████████ athletic teams and has served on the ████████████████████████ for many years.  In addition, he was a █████████████████████████████████████, a nonprofit serving inner city Fresno.

████████████████████████ and has spent time serving inner city schools, volunteering in various capacities including mentoring young women, classroom helper and homework centers.  ██████████████████████████████, ████████████████████████████████████.

████████ met Jake in 2013 after Bitwise opened its first venue.  A mutual friend of ours took █████ to the Bitwise building and introduced her to Jake who then gave a tour and shared the vision of

Bitwise. ████ remembers being impressed with Jake's heart for the downtown area of Fresno and his desire to serve and help infuse life into it by providing spaces for businesses and job opportunities in the tech sector.

██ had also been aware of this new company, Bitwise, and met with Jake early on to talk over his strategic plans, business culture and other issues relevant to a startup. ██ remembers Jake for his passion, energy, optimism, and dedication to making a difference in Fresno.

We appreciated from a distance the growth and expansion of Bitwise. We also knew a lot of people who were employed there and satisfied with their work experience.

We believe Jake has a full and complete understanding of how his actions have hurt people in our community as well as his friends and family. With regards to his communication with us regarding the way we have been harmed, he has demonstrated humility and honesty in owning up to his egregious behavior. We feel that Jake will spend the rest of his life regretting his mistakes and will do his best to make up for it through service and deeds to others, recognizing the impossibility of making his victims financially whole. We are convinced that his criminal behavior will never be repeated.

████ was engaged with his mother in a program at our church. Her conversations with ████ helped to reassure us that he has a supportive family and church.

Based on the whole of our experience and relationship with Jake Soberal, we feel that it is appropriate for us to ask for leniency in his sentencing. Following his punishment, we anticipate and expect that he will use his unique skills of communication and leadership along with the story that he has to tell to positively influence others and further pay his debt to society.

We thank the Honorable Judge and U.S. Probation Office for your consideration of leniency as you review our comments and opinions. We are available if there are any follow up questions or conversations to be had.

Sincerely,

████████

████████

# EXHIBIT 28



**THE WELL**

August 12, 2024

Josh Hawley
Campus Pastor | Campus Life Director
The Well Community Church

4364 Almond Dr.
Clovis, CA 93612

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

I have known Jake Soberal since early 2016, when I joined the staff of the Well
Community Church as the Campus Pastor at the Fig Garden campus. Jake and his
family were very involved at the Fig Garden campus and connected with many families.
I can recall several church members telling me that Jake was someone who loved to
serve others and our city; that he was a person I would definitely want to get to know.

Early in my time at the Fig Garden campus Jake helped me to feel very welcome. Jake
took time to encourage me in what I was doing, to introduce me to others, and to sit
down and talk about his life along with being a great listener. Specifically, I remember
Jake telling me that he could see our Fig Garden campus connecting more in
community and becoming more diverse ethnically; which he saw as a direct result of my
leadership.

Jake also shared his vision for Fresno becoming a great place which I appreciated and
was inspired by. Over the years, Jake would open his facility to our Staff team for tours
and/or meetings of various sizes. I remember him taking the time out of his busy
schedule to personally give myself and a few staff members a tour and to answer our
questions.

Jake has shared with me that he made some terrible mistakes and is fully responsible
for his actions. In light of this, and of the man I know him to be, I ask for leniency in his
sentencing. There are many friends and family that have been supported Jake over the



**THE WELL**

years and who will stand by his side through this season of his life and as he re-enters society. I count myself as one of them.

Thank you for your attention to this matter and for taking the time to read my letter.

Sincerely,


Josh Hawley

# EXHIBIT 29

08/07/2024

Jamie Hogue
Registered Dietitian, Lactation Specialist
Community Regional Medical Center

640 E. Pine Ave. Fresno, CA 93728



To The Honorable Judge Hearing this Case and the U.S. Probation Office:

My name is Jamie Hogue, and I have known Jake Soberal in a small home-based Bible study setting since 2012. He and our families have been close and interdependent since. We currently have the joy and privilege of living directly next door to Jake and his beautiful family, and our 5-year-old son endearingly calls him "Uncle Ice Cream". Our 2-year-old daughter cries to go "say hi to Uncle Jake!" most days when we pull into our driveway. He is beloved by our entire family and has been since we met him years ago.

I am under full understanding that Jake has plead guilty to a crime that he knows he is responsible for. This does not lessen mine or my husband's admiration for him as a friend, so I am willing to write this letter to offer a fuller picture of who Jake Soberal is.

Jake is and always has been a catalyst and glue to community. He helps orchestrate connection. His love for others and specific giftings in his personality help create spaces where people can come together to be known and create deeper rifts of connection. If a neighbor or friend needs something or someone, Jake helps bridge that gap and meet needs. He always dreamed of a symbiotic neighborhood and is one of the biggest reasons why our neighborhood is so special, loving and vibrant.

To think of ways Jake has demonstrated his high character to myself and my family, I would need to list most days of the last three years of being next-door neighbors. Before that, our families grew in friendship enough to want to live directly next door to each other. His devotion and curiosity for our Christian faith was and is an inspiration to those around him.

I thank the Honorable Judge and US Probation Office for their careful consideration of this matter and taking the time to read these truths about Jake Soberal. As next-door neighbor, spouse of Jake's best friend, and parent to two young children who wait to see their "Uncle Jake!" every single day, I sincerely ask for your leniency in how long he will be away from us.

I invite any questions or concerns from my letter. Please contact me via the information provided above.

Sincerely,

Jamie Erin Hogue

# EXHIBIT 30

08/15/2024

Jordan Hogue
Next Gen Pastor/Executive Team Director
The Well Community Church

640 E. Pine Ave. Fresno, CA 93728

To The Honorable Judge Hearing this Case and the U.S. Probation Office:

My name is Jordan Hogue, and I have known Jake Soberal for 12 years. We first got to know each other in the context of a bible study that our families were both in that met until the spring of 2020. After this group dissolved Jake, another friend, and I met as a prayer and community group since the summer of 2020. I have walked with him through most of our adult lives now in intimate friendship and spiritual community. I must admit it is difficult to write something that encompasses all of how important Jake is to me and my family, but I want to contribute to the effort of your understanding of who he is as best I can.

I understand that my friend made decisions in his business that he has since plead guilty for and is accepting the consequences of his actions. The man I know him to be is not the sum of the worst decisions he has made. As a minister of the Gospel, I am deeply acquainted with my sin and the sin of all those that God has called me to walk along side. What I have seen since his confession of guilt is deep contrition and repentance at a true level of ownership that acknowledges that he is accountable to God who has created him, this world, and ordered everything within it. It is often rare to see someone in my line of work that is so willing to take responsibility for their wrongdoing and face the very real-world consequences, even after experiencing the forgiveness of our gracious God.

Over the last 12 years I have seen Jake grow into a man that values community, kindness, grace, generosity, justice, and love in ways that are uncountable. When my family was searching for a new home in 2021 and wanted to live in the same neighborhood as many of our closest friends the house next door to the Soberal family became available. They quickly bought it with the dream of living next door to some of their family and they updated it to live in. This house had been a dream home for my family and when it did not work for their family to buy it Jake sold the house to us at a loss in a market where he could have received much more, because he knew that living close to the ones you love and seeing their dreams come true cannot have a price tag. In a world that values everything above self-sacrifice he did just that to see my family thrive and be included in the fold of our wonderful neighborhood.

This is who Jake is. He is about people flourishing. He is a champion of people and their dreams. In our weekly meetings I have so often recounted how I do not feel like I am either worthy of my position of influence or like somehow someone else better should be sitting in my seat. With

patient understanding Jake has continued to walk me into a fuller view of myself, my giftings, and the ways that I am uniquely designed to make an impact in my community and the unique work I do. I have been able to see more fully how God views me by the way that Jake speaks to me and loves me. He is generous in everything. Love and affirmation pour out of him and lifts the people around him up. I believe it is this spirit that led Jake to make the terrible decisions he did in his business. He wanted to see those who were being lifted out of the margins of our community continue to thrive and he allowed this very beautiful desire to guide him into making those wrong decisions.

It is safe to say that Jake is at the center of my community. I have never met someone who loved people with such longsuffering a grace. His heart for bringing people into that center is what makes him unique and irreplaceable. I can't recall how many times I have met people sitting on the side of his pool who I would have maybe never crossed paths with if it weren't for Jakes invitation to come and spend time with "His people." When we have a gathering as friends it is at Jakes house and organized by him. I have walked over to borrow or grab something from him and around his table are people who don't look like him, think like him, and maybe don't even speak the same language. They were brought in because they found a heart of generosity and hospitality in Jake that made that possible. I admire his ability to see past differences to the commonalities in others and in that, to affirm their dignity as neighbors, friends, and humans.

There was a season last year where my marriage felt impossible. Nothing felt right or worked. I sat with Jake many nights as we processed, and he fought for me to fight for my marriage. I will always remember his advice that, "This is going to feel like such a short and small time at your 50 year anniversary." It helped me understand that what I am feeling today will not last forever and the difficulty I feel now is nothing compared to a long a fulfilling life with my wife and family. Over the years I have been able to witness his ability to hold his own marriage together while raising 3 very different children with remarkably kind and specific love. I have learned so much by watching his patient and specific love for his children. He is a wonderful father to each of them and a great uncle to my kids. I will forever be grateful for how he has always helped me be a better husband, father, and neighbor.

I thank you, Honorable Judge and US Probation Office, for your careful consideration of this matter and taking the time to read my letter. I know that my friend has to face the consequences of his actions, but if you see it fit, I ask for your leniency in the duration of time he has to spend away from us. It is difficult to imagine my world without him and I hope I have conveyed why that is here in this letter. If you need any clarification or verification of the contents of this letter, I would invite you to reach out to me in any of the forms of contact provided above.


Sincerely,

Jordan Hogue

# EXHIBIT 31

September 4, 2024

Pamela J Holliday, EA
Business Owner, Enrolled Agent
Hollidays Bookkeeping and Taxes

5208 N Lead Ave.
Fresno, CA 93711

To the Honorable Judge & U.S. Probation Office:

My name is Pamela J Holliday, I have known Jake since March of 2017. I started working at
Bitwise Industries, Inc. on March 1, 2017. I was actually brought in on the recommendation of a
former CPA that I had worked with prior on a contract basis.

I understand that Jake pled guilty to a crime and that he is taking full responsibility for this
action. I'm writing this so that you may see the Jake that I know. I know him to be very kind,
very generous, very respectful, always encouraging and ready to back a good idea.

In the beginning I mostly knew Jake from the Monthly company meetings that were held. Then
when covid hit, we all worked from home and Irma, Jake and Beth's answer to keep everyone
informed about the business was to have a weekly Zoom Meeting instead of monthly, with
everyone. This was very informal, they talked about what each of them was going through, on
all levels, personal and business related. This reminded me that I was not the only one going
through emotional hard times during shelter in place, they were too. During these meetings
Jake was always the first to admit that he made a mistake and made sure that everyone knew
he, as well as the rest of us, were not perfect. He always said there was pretty much someone
that could do everything better than himself. I always found this admirable.

The accounting office was in a single room of desks without partitions and when he would come
into the office he would only address the Controller and allow her to delegate as needed, that
way there were no unnecessary interruptions. After a few months the Finance Team figured out
what each person was responsible for, and this was shared with him. Whenever he asked me
for something directly it was always prefaced by something like, "It's ok to say "no", or "This can
wait until you are finished with what you are doing". Nothing inappropriate was ever expected,
or demanded in any way. If there was something urgent, like payroll that needed to be done at
the last minute, he was always there to bring treats or dinner to the finance office, to make sure
that we were taken care of and felt appreciated.

When JP, one of the salespeople in the company, passed away suddenly, Jake put together a
last minute gathering at his home, so that the employees that knew JP were allowed to mourn
or celebrate his life together. This was very healing for us as employees and appreciated.

He was also very open about being of the Christian Faith, during the weekly meetings, never in any demanding or inappropriate way. After the Shelter in Place was lifted I asked him where and when he went to church. When I visited he went out of his way to make sure to say "Hi" when he saw me there, and to introduce me to a few people there.

The three of them were a great team, together, they balanced each other out, and as a company they took it upon themselves to hire a wellness advocate for the employees. This person made various wellness meetings available to all the employees, nationwide. The meetings were run similar to an AA Meeting, in that what is shared, doesn't go anywhere, it was a safe place to share. She was always sending encouraging reminders about mental health and checking in on employees that she had not heard from in awhile.

I really appreciate you, Honorable Judge and US Probation Office, for your careful consideration of this matter and taking the time to read this letter.

Please let me know if you have any questions or need to confirm anything. I am happy to respond. You may reach me at the above provided contact info.

Sincerely,

Pamela J Holliday

# EXHIBIT 32

August 12th 2024

Bryanna Hornor
Licensed Marriage and Family Therapist
Fresno County Office of Education: All 4 Youth
355 W Sierra Ave apt. 119
Fresno, CA 93704
█████████████

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

My name is Bryanna Hornor, I am a friend of Jake Soberal. I have been a friend of Jake Soberal for about 7 years, in which our families have grown closer over time through family dinners, play dates for kids, birthday parties, life group/ church, social gatherings, etc. I understand Jake Soberal has pled guilty to a crime and he has expressed he is fully responsible for the wrongdoing. The reason I write this letter is to provide a fuller picture of who Jake Soberal is as a person and active member of the community. I have always known Jake to be welcoming and inviting to others, by acknowledging everyone who walks in the door by name and genuinely asking how they are. Jake is someone who has been an active member of the community, who moves to compassion when needs arise in his community around him.

Initially, I met Jake Soberal through his wife Sarah Soberal, and other mutual friends (as the Soberal's often opened their home for family events, social gatherings, life group, etc.). About 5 years ago, I met my husband who was friends with Jake Soberal and our families continued to become closer (as our daughters have been friends since preschool). In 2019 when I was dating my now husband, Jake Soberal welcomed me into his family's home where he hosted a Life Group with his wife. I remember walking into Soberal's home and Jake welcoming me by name, with a smile on his face expressing the gratitude of my presence. The Soberal's home had 6+ couples, plus 15+ children and Jake did not think twice about welcoming others in. Jake has been someone who over the years has offered continuous hospitality which created a space for community to be built amongst families. For example, Jake and his wife allowed for my surprise engagement party to be hosted in their backyard in 2020. I still hold the memories of that evening close to my heart as all the couples attending gave advise and well wishes to my upcoming marriage. When my husband and I got married in March of 2021, my husband reached out to ask Jake to use his projector. Jake in his generosity and kindness brought his projector, set-it up, and played our wedding slideshow during our cold outside reception. Later in December of 2021, Jake unexpectedly stopped by our apartment with his family, surprising my daughter with a Christmas gift. Jake had encouraged each of his children to think of someone to buy a gift for and surprise them with it for Christmas. It was an incredibly thoughtful gesture to my daughter who adores the Soberal family.

Without question, I could reach out to Jake knowing I would get a response back in a timely manner, with thought and consideration. Jake has been and continues to be someone who is a reliable, consistent support to my family and I. In April of 2024, I needed some advice regarding a situation with my apartment complex. Jake not only was willing to take the time to discuss the options regarding my apartment complex, but he took time out of his day to write up a sample letter of what I could provide to my apartment complex regarding my concerns. Jake has been a friend who shows up for others in the mess of their life and continues to show up for others, even amid his own mess. Jake has frequently over the past few years offered to have my daughter over for playdates the entire day when I was struggling to find childcare and needing to work. Just this past summer (June 2024) my daughter returned home from a playdate at the Soberal home telling me how "kind" Mr. Jake is and often asks to go to their home to play. Over the past year, I have witnessed Jake walk in humility with his community, owning his wrongdoing and doing all he can to make his wrongs right. Jake is someone I see taking full responsibility for his actions and moving forward in positive actions to be a better person, a better friend, and a better member of our community.

To the Honorable Judge and US Probation Office, I truly thank you for your careful consideration of this matter and your time in reading this letter. I do ask and pray for leniency in this matter, as the type of person you are looking at here is far more than his wrongdoings and willing to continue to make his wrongs right. I see Jake willing to make his wrongs right as he leans into his community with humility, he works diligently, volunteers his time, continues to be a present father to his children, a loving husband to his wife, and a caring friend to many. Jake and his family are dear to me, and I will continue to be here as a support to Jake as he walks out the consequences of his wrongdoings.

If you have any further follow-up questions regarding the information provided in this letter, please feel free to reach out at the contact information above.

Sincerely,

*Bryanna Hornor*

# EXHIBIT 33

To whom it may concern:

In order for me to accurately portray the qualities of Jake Soberal and the intricacies of the man I know him to be, I feel it is important to first share with you at least in part, who I am. If you were to look up my record, you would find a fairly extensive criminal history that range from convictions of misdemeanors to felonies in the forms of possession of a controlled narcotic, possession with intent to sell, petty theft, and even as far as commercial burglary. You see, I have made some incredible and defiantly poor decisions throughout my life, most of them as an immature young adult attempting to traverse a world that always seemed to be against me. There was no good reasoning for my actions, and I have paid my debt in full. But one could argue that circumstances might allow for at least an understanding of how one could fall as far as I had. However, my history is not a stain on my life or that of my family, or even of society. Rather it has become a testimony of encouragement and success that if given the right opportunity, at the right time and with the right type of help, a person can accomplish anything. A little over ten years ago I was released from Fresno County Jail into the custody of Teen Challenge. From there I would go on to become employed by Teen Challenge and slowly integrate myself back into society as well as the lives of my family. I had a strong realization of the need to surround myself with not solely men and women of good repute, but also proverbial pillars of our community.

Jake Soberal and his family were one of the very first to befriend me with open arms as I struggled to navigate the seemingly impossible task of societal reintegration as a single father and a convicted felon. He invited my child and I into their already full bible study group where we were welcomed with a pure and unrivaled acceptance and brought into the warm embrace of a new community of prominent business owners, teachers and pastors, who treated us like family with a complete lack of judgement. This was during the height of BitWise, when everything was running smoothly with the company. During the first year of our friendship, Jake never mentioned that he was the CEO and cofounder of the rapidly growing company. We had bible study every Thursday, attended church together on Sundays, and our kids were in school together and had playdates together. And the whole time, I thought Jake was just a "run of the mill" business owner. At that time, I did not have a full understanding of the scope and mission that was his company. Jake never flaunted his position, and even though his personality can be presented as somewhat brash as times, his humility, honesty, and sincerity of heart were proven in his actions toward me. Here was the CEO and cofounder of one of the fastest growing companies on the west coast choosing to not just be kind, but to befriend and welcome me, a man with a broken past, who once literally called the street his home.

Over the years of our friendship, Jake never failed to deliver on anything he promised. If he said he was going to do something, he did it. If he said he was going to be there to help, even during his very important free time, he was there. The fathers of our bible study go camping every year together, no wives, just dads and kids. Our first camping trip together was very important to me because this was the first group of people who I felt were honorable and that I could trust. The first group that I had really moved forward in getting to know more personally, and them getting to know me. Keep in mind that my time on the streets was anything but simple. And the people who I called "friends" were anything but. I have been stolen from more times that I can count. Jumped by gangs (I am not, nor ever have been, "affiliated"). Attacked in the middle of the night while sleeping in an abandoned shed. I have been lied to, illicitly persuaded into wrong actions, and physically/emotionally abused. While you would think that my standard of what good friends are, should be low, It was the exact opposite. Like I said, I sought out "pillars" that I could lean on and learn to become one myself.  When I arrived at camp, my

anxiety was through the roof. Just a few short (but long) years prior, I was eating food out of a dumpster, but here I was, building positive, lifelong relationships with people I could actually trust. I began setting up my tent and out of the 11 dads who were there, Jake was the only one to offer his help. And over the years, I have never seen or known Jake to not be one of the first to lend his hand or offer support for any need. Not only was he always willing to help, but he also had attracted a large community of outstanding and honorable people. One such woman would later become my wife and my bride. Had it literally not been for Jake, I would never have met her. And my life and this letter would never have existed.

These words and these stories are but a small picture of the life I have experienced with Jake Soberal. And I am aware that Irma Olguin's name is not mentioned in this letter. On her behalf, I cannot say much for I do not know her well, except that if the man I know Jake to be, if he chose to partner with Irma, then it was for the enigmatic dream they both shared in the pursuance of what BitWise was known for and hoped to become. Jake has played a vital and pivotal role in my life over the years, and I would undoubtedly not be the man, husband and father I am today without him. Whatever decisions were made which led to this trial, I know that his character of will and actions were always focused towards the betterment of our community and all of us who live in it. And No matter what the result is in this situation, my family and I will always remain by his side and that of his family.


Sincerely,
Shawn Hornor

# EXHIBIT 34

1717 S. Chestnut Ave.
Fresno, CA 93702

**CENTER FOR**
**COMMUNITY**
**TRANSFORMATION**
FRESNO PACIFIC UNIVERSITY

08/09/2024
Carlos Huerta
Executive Director
FPU Center for Community Transformation
1717 S. Chestnut, Fresno, CA 93702
Box #12

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

My name is Carlos Huerta, and I've known Jake Soberal now for 8 years since I started my work here at Fresno Pacific University. Due to much of my work listening to community, in our community engagement work, as well as workforce and entrepreneurship development, especially in the social entrepreneurship space, I found myself connecting with Jake a lot with his passion for creating opportunities for the underserved and often marginalized communities.

When I first heard the devastating news of Bitwise, my heart was broken for our city, and other communities impacted by this news. However, when I learned more about the decisions Jake and Irma took, I was even more heartbroken. While I know that Jake has pled guilty and that the justice system has a process for addressing the harms of his decisions, I note that these miscalculated and poor decisions are not who Jake are at his essence. Jake's decisions, to me, were not to commit fraud or harm people. In his heart of hearts, he made these unethical choices to not let a vision die, one that inspired thousands in various cities, one that invigorated growth and hope for the future of what could be in Fresno. It was made to keep hundreds of individuals employed, to continue to support and catalyze the revitalization of the central valley and downtown of Fresno that was, for so long, downtrodden and ignored. Our valley is a much more hopeful and vibrant valley because of Jake's care and passion, and while many investors were hurt by his unethical decision making in his lapse of judgment, I do not believe this negates the amazing impact and long-lasting change Jake left in our valley, which cannot always be quantified in dollars and cents.

For the last 12 years, our center has run a pitch competition called Spark Tank. It is a competition for people and institutions who have social enterprise ideas to hire people with barriers to employment or to address other social issues in our valley. We often say community members solving community problems through business. Jake, for many years, served a judge in

that competition. I saw the way Jake would work 1-on-1 with entrepreneurs, giving them catalytic feedback and encouragement. I saw the way he would connect with other judges and co-create on other beautiful projects in our city. To this day, our social entrepreneurship work would not be what it is in our state, valley and city if it were not for Jake Soberal.

I also saw how Jake was committed to serving the least, the last and the lost, where he would create training programs for marginalized communities. At the time, Geekwise, was creating a monumental shift not just in the job opportunities available to our valley, but in the mindset of a region that while Fresno may not be silicon valley or San Diego, that we too were capable of achieving high paying tech and coding jobs. I know two very close people to me, my brother, Steven, and my friend Thom, who were completely transformed through these programs and now are contributing to society in such a rich way.

With a deep care and conviction to serve out marginalized communities, I have continued to equitably create pipelines, tables and spaces for our neighbors in our valley to have access to. Jake also shares this care and passion and at his core, his character is just that, someone who cares for people and communities. I want to thank you, the reader, Honorable Judge and likely a US Probation Office to carefully consider this letter written on behalf of my dear friend, Jake Soberal. I do not believe that his great work for Fresno and the central valley is done yet, and for this, I ask for leniency in whatever punishment Jake may face as we know he is indeed guilty as he has pleaded, his character is one that is deserving of a second chance to redeem both him, his work and the good he can offer our communities and beyond. If there are questions or further dialogue, I am happy to correspond as appropriate to my contact information above.

Sincerely,

Carlos Huerta

# EXHIBIT 35

August 6, 2024

Jeremy Isch
Engineering Manager
Sinclair Systems International

1332 North Del Mar Ave
Fresno CA 937284
████████████

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

I have known Jake Soberal since the spring of 2013 when he was promoting the I Believe in Downtown Fresno campaign to spur redevelopment and investment in the urban core of Fresno. Since then, Jake and I have become close friends.  Our families have led Bible study groups together, we served on the School Site Council together at Hamilton Elementary school, and we live in the same neighborhood.  I understand that Jake has pled guilty to a crime.  In private conversations with me he has admitted the same and I have never heard him blame anyone else, blame the process, the Justice system, or say anything other than to take full responsibility for his wrongdoing.  I'm grieved by his behavior, but I'm writing this letter to offer a fuller picture of who I know Jake to be.  Jake is generous, responsible, self-reflective and open-minded, and he's demonstrated these traits to me over years of interactions in a variety of ways.

When I first met Jake in 2013, he was starting his family, he was a successful young lawyer, and was effective in local advocacy efforts.  Despite his early accomplishments Jake was also open-minded, curious, and eager to engage in self-reflection.  He joined a Bible Study that I co-led and asked a lot of questions.  He sought out mentors, and wrestled with questions of identity and purpose, he learned how to read and study the Bible for faith and wisdom, and he practiced the spiritual discipline of confession.  He has deliberately invited close friends, including myself, to examine his actions and attitudes and offer honest criticism and guidance. He looked for ways to practice humility by serving others in practical ways.  Time and again I have seen Jake eager to get hands-on, personally involved to solve problems for others.  He hosted Porchfest venues on his front lawn.  He loaned me his car for a week when mine was in the shop.   He helped me demo and remodel my kitchen.  Jake and I moved one of his employees to help her get away from an unsafe living situation.  When he and I have had personal quarrels over the years as can happen to close friends, Jake has always been intentional to take responsibility, apologize and seek reconciliation.

From 2018 through 2020, Jake and I served on the School Site Council at Hamilton Elementary School - a low-income, poor-performing public school in our neighborhood in Fresno.  In 2016, Jake had helped rally a half dozen friends to commit to sending our kids to this school, and to support the school administration, faculty and community however we could.  Jake was generous with his time and money and personally invested in a struggling school in a way that benefited the entire school community.  Jake joined the School Site Council and helped organize school community events like Family Craft Night, Breakfast with Loved Ones, Science

Nights, Teacher Appreciation meals, and service projects.  He and I built an info booth for the school PTA.  He never did these acts of service for credit or recognition, but because of a genuine desire to see the school thrive.  On the School Site Council, Jake continuously advocated for equitable school policies and pushed for academic excellence.  When the school Principal said she had no money for new headphones for student testing, Jake used his personal and professional contacts to ensure that Hamilton was able to replace headphones for the entire school.  Jake consistently demonstrated his generosity and his willingness to take responsibility for the success of this neighborhood school.

Despite the mistakes that he has made, Jake is still surrounded by a by community of people who love him and his family and desperately want the best for him.  I am willing and eager to do whatever I am able to do to support Jake's re-entry into the community.  As an engineering manager at Sinclair Systems International I would absolutely recommend Jake as a candidate for employment at my place of work.  He has an incredible ability to cast vision and build partnerships and would be invaluable to any team in need of marketing, sales, consulting, or managerial leadership, just to name a few fields.  Given the opportunity, I would use my personal and professional contacts to help Jake reestablish honest, productive employment.

Honorable Judge and U.S. Probation Officer, I appreciate your careful consideration in this matter and would be deeply grateful for mercy and leniency in sentencing.  I am just one piece of a big community of friends, families, and neighbors, who are anxious to see Jake restored to society as soon as possible – not to paper over or absolve his misdeeds, but to give him a chance for redemption.  I know he will want to use his freedom to continue being a good father, a rec sports coach, a mentor and consultant to small business owners, a school volunteer, a generous neighbor, and a compassionate friend.  He will not be doing this alone, and I will be honored to support him in his process of redemption.

I'd invite you to contact me at the phone number or email listed at the top and I'd be happy to assist.  Again, I thank you for your time and consideration.


Sincerely,


Jeremy Isch

# EXHIBIT 36

August 2, 2024

Aaron Kelley

Firefighter City of Fresno

717 E Floradora Ave Fresno California 93728



To the Honorable Judge Hearing this Case and the U.S. Probation Office:
My name is Aaron Kelley, and I have known Mr. Soberal for 7 years. We originally meet socially at The Well Community Church through mutual acquaintances. More recently, about 5 years ago my family moved into the same neighborhood as the Soberal family. In that time I have had the opportunity to see Mr. Soberal and his family on a regular basis.

I would like to acknowledge that I'm aware Mr. Soberal has pled guilty to the charges brought against him. I have talked to Jake about this on multiple occasions and he expressed his responsibility for the wrongdoing. I believe this to be one of Jake's  positive traits, not only the ability to celebrate success but the ability to admit and take responsibility for wrongdoing.

I'm writing this letter to help the court have a better understanding and picture of Mr. Soberal's character. Over the years I have been able to stand shoulder to shoulder with Jake during neighborhood and community events. During this time I have witnessed a selfless family man. A man who is always willing to give a helping hand to others in need. A man who loves to see the community thrive and others succeed.

 My family and I have experienced Jake's unique qualities numerous times. From encouraging and supporting my children, to advocating for my family when a drunk driver struck our house in December of 2021. Quietly, seeking no acknowledgements, Jake reached out to city officials asking them to help provide solutions to protect not only my family but other community members that could also possibly be affected by intoxicated drivers leaving the Tower district area. The next morning we had two council members knocking on our door.  When I asked what brought them out so quickly, they said they received a phone call from Jake expressing his concerns for a family located in their district. In addition to the phone call, Jake also asked if he could bring the community together to build a barrier to protect the sidewalk and our house to prevent a similar incident from happening.

On multiple occasions my wife and I have witnessed Jake support and encourage our children. He has supported and encouraged their entrepreneurial spirit. He has encouraged them in their educational opportunities but more importantly he has been an example of what it means to be a person of strong character. Showing compassion, respecting others, having courage to stand up for your beliefs, having a strong sense of responsibility, and showing what it means to care for the community.

It's in the day to day interactions that I have with Jake, not just the big incidents, where I can confidently say that I feel Jake is a man of strong character. He has taken responsibility for his actions and I think that should also attest to his character. I believe that he made a judgment error but that does not define who he is as a man.

On behalf of myself and family I would like to thank the Honorable Judge and US Probation Office for their time and consideration In this matter.

I along with other members of our neighborhood and community are praying for leniency in his sentencing as Jake is such a pillar in our community.

Please reach out to me with the contact information listed above with any follow up questions or to verify the contents of this letter.

Sincerely,


Aaron Kelley

# EXHIBIT 37

August 15th, 2024
Ryan Kenny
Lead Pastor
Midtown Vineyard Church
652 E Cornell Ave Fresno CA 93704



To the Honorable Judge Hearing this Case and the U.S. Probation Office:

My name is Ryan Kenny, Lead Pastor of Midtown Vineyard Church in the Tower District of Fresno, CA. Through my role as Lead Pastor, I have known Jake Soberal and his family for the past 5 years through mutual circles of city engagement and friends, though most formally as congregants of our church the past 3 years.

I find myself in a unique seat as I lead a congregation which Jake and his family call home, as do a number of former Bitwise employees, investors and community members who were negatively impacted by Jake's actions. From the beginning and along the way, this has presented both great challenges and great opportunities for our church. The overarching great challenge being that on any given Sunday morning and through various activities, some who have been harmed by Jake's wrongdoing find themselves in the same room with the very person who caused that harm, and visa-versa. From my position, for all involved, this has been very challenging to navigate in determining the course of action for Jake to be held accountable and caring for all involved toward reconciliation.

What may seem counterintuitive and countercultural, is that at the same time, this has presented us with great opportunity. From my position, I view the church as a place that works out (not perfectly) the best and the worst of moments and the best and worst of people in real time, fostering a place of reconciliation, grace, forgiveness and healing from the belief that in and through the grace of Jesus, all things are being made new and all people are being made new as we open ourselves to this work, which is terribly difficult.

I say these things to say this:
- I have been clear with our congregation that the church will be the church and the legal system will be the legal system. Meaning, we are here to do what we are called to do as a local congregation as we see in the scriptures and the life of Jesus, allowing the legal system to determine charges and sentencing of criminality.
- I have been clear with our congregation from the beginning, we do not change who we are as a church when moments of crisis hit. Meaning, if we have always proclaimed that we are a church for every person to find life in God and redemption when we are at our worst, then we will continue to be a people of mercy for those that have made a complete mess of things (though, not without sound boundaries that protect and care for any who are harmed or actively being harmed).

- I have been clear with our congregation from the beginning, we are also a people of compassion and justice for those who are harmed and marginalized. We view God as one who draws near to the broken hearted, comforts those who weep while at the same time is working toward an end in which all things will be made new when He will wipe every tear from their eyes and there will be no more death or mourning or crying or pain. Until then, we work with great courage and patience toward this end with one another.
- From this posture, I have walked closely with those who have been hurt and harmed by Jake's actions within our congregation (former employees, friends, community members and his family), as well as walking with Jake who has caused the hurt and harm. This has been a tension of naming that the actions taken by Jake in the role in which he was entrusted are unacceptable and consequential, and that there is great work ahead for him to repair and make right to the best of his ability while also inviting those hurt and harmed to take on the grace and mercy of Jesus to their best of their ability with no expectation of when and how they arrive at that.

Again I share all of this to best display the unique position from which I write this letter and to best articulate the posture from which I write the following positive characteristics I have seen in Jake while knowing him and most specifically while seeing him respond to the hurt and harm he has admitted to. At this time, I understand that he has pleaded guilty to crimes which he committed and to me personally, he has expressed both responsibility and remorse for his actions as well as willingness to repair what's been broken. While his crimes are great, and he will pay the legal and relational consequences to those crimes, I don't believe he can be defined as a person only by these crimes.

Over my time knowing him, I have seen and experienced personally him to be a great husband and father, a caring and committed friend to many, generous with his life, someone who seeks and engages for his neighborhood and city to flourish, and in the hardest of times desiring to humbly repair the damage caused and to make things right to the best of his ability.

Upon Jake's actions becoming public, Jake realized the impact this would have on our congregation and from the beginning has offered to me and to those he harmed that at whatever point this impact means that he could not participate in the life of our church, he would rather not participate than to further the hurt and harm caused. First and foremost, this led to me having many conversations with former victims to gauge the impact directly to them and their openness to Jake participating or not in the life of our church. Along the way, this impact has ebbed and flowed, and as needed, Jake has been responsive to any requests and corrections, showing a willingness to listen and respond to those he has harmed and for the betterment of our congregation at large. I would also add that more often than not, our congregants directly impacted have offered mercy toward Jake, posturing and openness to walk through this with him which I could never have forced let alone asked them to do so.

Also, within the parameters of what he was allowed to talk about with others, we had a conversation in his living room on how to go about asking for forgiveness with each and every person that would allow him to. We talked through what forgiveness is and isn't, what is his to

own and what is his to allow, and the ways to ask for forgiveness that best create space for true reconciliation. Through this process, I saw him face the very people he hurt with humility and great courage, asking each individual the impact of his actions so that he could apologize directly to the specific hurt and harm caused, allowing the offended to determine the steps of reconciliation if there are any, which gives Jake the best chance at truly changing as he faces the reality of pain his actions have caused. Too often, we offer a simple apology to the action without checking for impact and facing the true pain, and missing out on our own ability to repair and grow. This route takes great courage, a fierce commitment to reconciliation and a true pursuit of making things right to the best of his ability to ensure he does not repeat the hurt and harm caused.

In other subtle ways, his character has been on display by how I have watched and walked with those who have been hurt and harmed by his actions, choosing to press into forgiveness and peaceable relationship with Jake within our church. This I believe says most about who they are in character and the very hard ways they are committed to healing and redemption, yet at the same time communicates the type of person they see Jake to be, worthy of forgiveness, friendship, and belonging.

Along the way, I have seen him engage his neighborhood and city for its betterment through his participation in our church and local non-profits, being generous to a multitude of local organizations to support the great work they are doing in our city and has built deep relationships with neighbors to foster a sense of community and belonging to those he doesn't know. I believe through this time, in the way he is responding to his actions which he is guilty for, we will continue to see Jake grow more into the best of who he is, not repeating his errors, and continue to work toward contributing fully to the betterment of others.

Honorable Judge and US Probation Office, thank you for your careful consideration of this matter and taking the time to read my letter.

At any point, if helpful in verifying the contents of this letter or to ask any follow-up questions, my contact information is above.

Sincerely,

# EXHIBIT 38

Matt Koller
17381 Eucalyptus Ln
Huntington Beach CA 92649


To whom it may concern,

My name is Matt Koller and I had the pleasure of not only attending law schools with Jake, but he and I were Moot Court Partners for our whole tenure during law school, spending countless hours not only studying for exams and classes, but preparing to compete together as a team in multiple national competitions.

I probably spent more time with Jake than any other individual in law school without question. This also includes my then girlfriend and now wife. Our families became friends, traveling to various moot court competitions to watch us compete. I got to really know what kind of person Jake is through our interactions and dependance on one another to succeed in both obtaining our law degrees while still balancing time to compete and be with our loved ones.

I personally keep a very tight group of people I think of as friends and to be in that circle, for me, is not easy. I really try to live by the sentiment that 4 quarters is better than 100 pennies and Jake has and will continue to be a quarter in my group of friends. A high quality good friend is tremendously hard to find.

When I first met Jake, my mind was blown hearing about his love for Fresno. I had never been to the city of Fresno, and here he was, this guy who came down to Orange County for law school from Fresno and from day one, Jake was set on returning to Fresno, where he grew up, to make his home city a place that people remain extremely proud of.

In my head he was now a few miles from the beach, had amazing weather and so much to experience in Orange, County. I thought I would give him 3 years and a law degree, and he isn't going anywhere. But that tune never changed, from the day we met, until graduation, his end goal was to make it back to the city he called home, to bring to life, this vision for the community and the people of Fresno. He never wavered. And it was never about wanting to show 'other people how great Fresno is, but to create a place that the people of Fresno would be extremely proud of. He bled Fresno from day one in my opinion.

In my second year of law school I visited Fresno for the first time. During that summer, I drove up for the sole purpose to visit Jake and his family. He and his wife Sarah welcomed me into their home. It was such a great weekend because I truly saw and felt his excitement about showing me this place he called home. Jake was so filled with pride, driving me

around and giving me the 'tour' of the town. He showed me the bulldogs stadium and college campus, the downtown area, which at that time, he already had ideas of gentrifying and then drove me over to the firm he was working/ interning for. It was at this moment that I knew there was no stopping Jake from leaving Orange County after law school.

It was a bittersweet moment because my girlfriend at the time now wife and mother of our 3 kiddos, and I really loved Jake and Sarah. We were actually very hopeful that it would not only be a life long friendship that had already been forged but one that we would physically get together, raise kids together, and travel together. In that moment, I think I knew that our lifelong friendship would have to be longer distance than expected. But seeing Jake in his element, I knew it was not only inevitable but the best for him and his family.

One of the fondest memories/ experiences I have with Jake is our preparation, competition and completion of the Cardoza School of law Moot Court competition. This was our first competition together. We were a younger team (2L as opposed to a more experienced 3L year in school), and it was a big decision for the school to allow us to attend this competition as they would be paying for us and our coach to go to NY city for 4 days to compete. The school had NEVER even advanced passed the second round at a national competition before, and we were excited about representing our school across the country. We got the green light after writing up our proposal for studying, preparing and briefing.

While we were beyond excited, we also felt the pressure. Jake, from the moment we decided to partner up, was the most accountable and reliable individual I could have asked for. We are both cut from the same cloth in that I knew he was putting in work, even when we were not practicing or researching together. I knew I could count on him to perfect his oral arguments and his section of the brief, not only because that who he is, but because he didn't want to let me down. He would do everything he could, use every minute of his prep time to make this a success.

And when we had oral argument practice together, Jake would be the one pushing to do it again and again until there were no hiccups, no gaps and we both were ready to represent ourselves, our team and the school. Accountable, always. Reliable, always. There was never a doubt that we each pulled our own weight.

The time had come, we flew out to NY and checked into the competition. This was intimidating to say the least. Seeing the list of big law schools from the west coast to the east coast, including some of the top Ivy's, at that time, was very humbling. I think after this experience, we both understood that the name of a law school or the name on the door, is only as good as its people, and we put in our time to be in the arena with those schools.

After 3 days of head to head oral arguments, bracket style, and scoring very well on the appellate brief, we found ourselves sitting in the championships. With our coach, and both of our families in the crowded room, we fell just short of a first place finish, but brought home second place overall! It not only was the first time that our law school had advanced past the quarter finals but nationally placed and brought home second place.

It was clear from our performance that we both put in countless hours sitting in empty class rooms at school, going over our arguments, articulating our legal theories to one another through endless angles but what in my opinion, the invaluable component that Jake and I had, was the confidence in one another, that really compounded to an overall confidence that we as a team had. I knew that Jake had his heart in this, and we pushed each other each step of the way. And looking back today, 14 years later, I expect nothing less from him as person.

After the final competition, our families went out to dinner at the famous Carnegie deli. And while one would think the unforgettable part would be the sandwiches bigger than our heads, it was the smiles and sounds of joy and laughter I'll never forget.

From the moment I met Jake, and through the writing of this letter, I truly, in my heart, feel that he is one of the most well intentioned, stand-up reliable people I know. Nothing that has occurred or which I have heard from anyone else has changed that for me.

The minute I heard about the Bitwise news, before I ever spoke to Jake, I recall vividly speaking with my wife. I am a firm believer that as humans, walking this earth, we all make mistakes, some of us larger than others. But I articulated to Jill the evening I found out, that I truly believe that Jake is not and was not ill willed.

There was no malice, no plot to disappear into the night never to be seen again. His roots are in Fresno, his family is there, and he wants to be there. I believe in my heart of hearts, that while so unfortunate, his choices were always driven and motivated to revive Bitwise to the thriving business for the city and the people. He wanted to not disappoint the community, their employees and investors and as the financial aspect began to faulter, he was making poor decisions with underlying good end goal intentions. As a person who knows Jake, I deeply believe that he has unmeasurable remorse for his actions, and the impact his choices had on the community. He has expressed his sorrow and remorse to me and I don't doubt it for a moment. He would have nothing to gain expressing remorse to me, as he could easily just placed blame on others, pointed fingers or not spoken to me at all. I feel his pain and sorrow when we speak. From someone who has heard him on cloud 9 of joy, I believe he has no words to articulate the amount of regret he has for his actions.

Being a lawyer, I understand that the legal process is based on equity and holding people accountable for their actions. With that in mind, I pray that this letter illustrates the good-natured qualities of Jake as a person and friend outside his role as a public leader at Bitwise, remembering that we all make poor decisions and mistakes. I pray that this court will punish Jake appropriately for his actions while also considering the entire picture of Jake, before Bitwise, while running Bitwise and his candor and remorse, post Bitwise.

In terms of on going impact on society, I operate and own MSKW Law, a southern CA workers comp firm based out of Orange Couty. My firm has long had the idea of starting to take cases in Fresno, but has never found the right attorney. I would love the opportunity to discuss with my 3 other partners, specifically training Jake in the area of Work Comp law and possibly having Jake spearhead the Fresno practice within our firm. I was always heartbroken when Jake got out of the law to start Bitwise because I could absolutely see us working together, and I stand by my desire to explore this avenue when and if the time is right.

As an attorney, member of the bar and officer of the court, I know the final decision is at the mercy and discretion of the court. But I can stand before you and say without any hesitation that Jake Soberal is a good person. Jake has qualities and characteristics which make him a loyal and reliable friend, an understanding and compassionate individual and just an overall quality member of society.

I can also stand her and tell you that I believe Jake is absolutely and unequivocally sorry about the choices and decisions he made. He has erred. He has made choices that have impacted not only himself and his family, but the community which he still loves. I believe this hurt him just as much. I cannot recommend or have an opinion on the appropriate punishment for this crime. All that I ask of anyone reading this letter is that you take a step back from the facts here and look at who Jake is as a person, a friend, husband, father, and his impact on life and the pope around him, when considering your final determination in this process.

I appreciate your time and consideration of this letter.


*Matt Koller*

Matt Koller

# EXHIBIT 39

August 12, 2024

Andi Lambert
Executive Pastor
Midtown Vineyard Church

1922 Los Altos Ave Clovis, CA 93611



**To the Honorable Judge Hearing this Case and the U.S. Probation Office:**

My name is Andi Lambert, and I have had the privilege of knowing Jake Soberal for over four years, primarily through our shared involvement in our church community, where I serve as an Executive Pastor. In that time, Jake has become not just a friend, but a trusted member of our church and community.

I am fully aware that Jake has pleaded guilty to a crime and has expressed to me his complete responsibility for his wrongdoing. I am writing this letter to offer a fuller picture of who Jake is as a person beyond the actions for which he has been charged.

Jake is someone who deeply values family, friendship, and community, and he has demonstrated this from the very beginning by intentionally welcoming and including my family in social and community events when we were new to the area. His generosity is evident in the many ways he has offered his home, finances, and time to support our church's mission. Jake has hosted multiple church and community events on his front lawn, always striving to create a warm and welcoming space. He has also been proactive in developing ideas to improve these events, aiming to include and impact even more people—a true reflection of his commitment to serving others.

In our church, Jake's dedication goes beyond just hosting events. He has opened his home for various gatherings, providing an environment that fosters community and connection. His service extends to volunteering as a chef during numerous community events, where he generously gives his time and talents. Moreover, Jake has been a vital member of our kids ministry team, especially during kids camp and other special events. His joyful and intentional spirit has made a lasting impact not only on the children but also on the entire team. Jake's contributions go beyond just participation—he has provided valuable feedback on improving our check-in processes and offered insightful guidance on how to better support a team member struggling with anxiety and overwhelm. His thoughtful approach to both practical and personal challenges demonstrates his deep care for others and his commitment to creating a positive environment for everyone involved.

I have witnessed Jake being a part of a church community group for over 10 years. Jake has built strong and lasting relationships that are a testament to his loyalty, emotional health, and

ability to make genuine reparations when needed. His presence in our community is a reflection of his deep-rooted values, and his commitment to others is unwavering.

Jake has also shown a profound sense of remorse for his past mistakes. I have seen firsthand his humility and willingness to take full responsibility for his actions, coupled with a genuine desire to make amends. These qualities speak to Jake's character and his dedication to personal growth and transformation. I firmly believe that his ability to positively impact our community will only continue to grow as he moves forward.

It is my deep hope that Jake receives leniency in his sentencing. His contributions to the community, especially in Midtown and Fresno, are significant and much needed. Jake's openness, inclusivity, and generosity have not only enriched my life but also the lives of many others within our community.

Thank you, Honorable Judge and U.S. Probation Office, for taking the time to read this letter and for your careful consideration of this matter. Please feel free to reach out to me at the contact information provided above should you require any further information or wish to verify the contents of this letter.

Sincerely,
Andi Lambert

# EXHIBIT 40

August 9, 2024

Tim Lindeman
VP of Operations
Alta FM LLC

1804 S. Pelican Ave.
Meridian, ID 83642

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

My name is Tim Lindeman and I have had the pleasure of knowing Jake Soberal for 13 years.
We met in 2011 when my wife and I relocated from Minnesota to Fresno, California. I
understand Jake recently made poor decisions leading to his guilty plea for conspiracy to
commit wire fraud, and wire fraud. He is taking full responsibility, and my intention is to shed a
little light on who Jake is as a human being.

In 2011, when my wife Katelynn and I were considering a relocation to Fresno, she was told by
one of her clients in Minnesota that we must meet Jake once settled in. The client was adamant
that Jake would be a welcoming individual and one that is an extreme advocate for the City of
Fresno. Within our first few weeks of arrival, we decided to reach out and see if Jake would be
willing to meet us for dinner. Somewhat of a blind double date with him and his wife Sarah, and
the two of us. I was hesitant, to say the least.

We met at a sushi restaurant. Nervous, anticipating a very awkward evening, we walked in the
door. They had already secured a table and were waiting for us with open arms. The evening
was quite enjoyable, and Jake was as welcoming as Katelynn's client portrayed. This was the
beginning of a strong friendship.

Over the course of the next six years, our families and friends spent many days, weekends, trips
and holidays together. I can say that Jake was the most welcoming and inclusive individual I
have met in my life. He hosted Thanksgiving flag football games for us. He planned camping
trips to Big Sur with his longtime high school friend Gabe, and extended an invitation to Kate
and I. The list could go on. He went out of his way repeatedly to include and support us, in
efforts to make our lives better. The six years my wife and I spent in California would not have
been the same without Jake's friendship.

The strongest showing of Jake's character came in 2017. Katelynn and I were planning our
wedding, and with no family in California, we needed support. Without being involved in the
church community, we didn't have a pastor to go to officiate our wedding. Jake immediately
came to our minds. Upon asking him to officiate our wedding, without hesitation, he vehemently

accepted.  He spent time with us, discussing our desires, religious involvement, format and other topics.  Jake and Sarah had a recording of their own wedding ceremony, which he shared with us for ideas.  The thought and planning he spent to make our ceremony special was immense.  Our wedding guests raved about our ceremony, calling out Jake's involvement as a special connection and wonderful delivery of personal touches.  He volunteered days out of his life, taking away time from his family, to plan and execute our ceremony beautifully.  Something we can never repay him for.

It's somewhat of a running joke among our group that one day, Jake was going to run for Mayor of Fresno. He invited us over for dinner one night, saying he had some news to share.  We all envisioned him telling us he was running for Mayor of Fresno.  Instead, it was the night he said he was quitting his job to start a local technology company to promote jobs and grow the Fresno economy.  That was his desire and I would argue that will continue to be his desire.

He is so deeply rooted in this city, an advocate beyond comprehension.  When the state and country have so many negative comments about the City and region, Jake is the biggest supporter.  I have absolutely no doubt that Jake will continue the fight to promote and campaign on behalf of the local community.

I expect him to fully transition back into the community upon his return after punishment.  At Alta FM, I have needs for his skill set in a multitude of ways.  I would place him into an account management or business development role and our operation would be stronger with him as a part of it.  His interpersonal skills enable him to find success in a broad range of situations, with individuals from many different walks of life.

To the Honorable Judge and US Probation Office overseeing this matter, I thank you for taking the time to read my letter.  I kindly ask for leniency in Jake's sentencing as he would seamlessly fit into roles, not only at Alta FM, but other operations within the Fresno community.  I look forward to integrating him back into the community when he is done with his punishment.

My contact information is listed above, and I would welcome hearing from you if there are any questions you may have.  I hope you find this information helpful in your full assessment of Jake.

Sincerely,

# EXHIBIT 41

August 8, 2024

Keith and Gwen Lovejoy

22 High Pastures Court

Ridgefield, CT 06877

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

We are writing to provide a character reference for Jake Soberal, whom we have known since 2004.  We understand that he has willingly pled guilty to two crimes for which he wholeheartedly regrets.  It is our hope that you will consider this letter as a reflection of Jake during the time when we knew him best.

We first met Jake during our time at Hofstra University on Long Island, New York.  He was an exemplary student from the very first day and a dedicated member of the Hofstra Crew team. Over the years, our relationship with Jake (and his family) has grown from a college friendship into a cherished lifelong connection.

During our college years, Jake demonstrated an extraordinary level of discipline and focus. We would wake up at 4 AM every day for early morning rowing practices, followed by a full day of classes. Often times as a freshman in college, a 4 AM wakeup call to row a boat was unappealing. Jake was always there to knock on our doors and get us up. He was committed and wanted to encourage everyone to develop the same level of commitment.  Despite the demanding schedule, Jake never allowed himself to be distracted by the typical social temptations of college life. He consistently prioritized his academics, ensuring that he excelled both in the classroom and on the water.

Jake's friendships were also extremely important to him. In fact, Jake is the reason we are a couple today.  In Spring 2005, Jake encouraged Gwen to invite Keith on a spring break road trip to North Carolina because Keith had no other plans, and Jake didn't want him to feel left out. It was on this trip that our relationship began, and we always say that if it weren't for Jake, we wouldn't be together today. Jake's care for his friends extended beyond just social events. He made it a priority to help another friend who was dealing with an illness, ensuring that she sought the treatment she needed to overcome her battle. As a collective group of friends in college, we all looked up to Jake as the "Patriarch" of the group, as he was always the one making sure everyone was happy, safe, and on top of their responsibilities.

After one year at Hofstra, Jake transferred to the University of North Carolina, seeking greater academic and rowing challenges. Despite the distance, we remained in regular contact and visited each other whenever possible.

As the years have gone by since college, Jake has continued to be an important part of our lives. We attended his wedding in 2009 where we were blessed to witness him say "I do" to his high school sweetheart.  Following his wedding, we both started families around the same time and watched our children get to know one another despite living across the country. He encourages the children to write letters to one another and become pen pals. This ongoing connection is a testament to the strong bonds Jake has fostered over the years.

In the summer of 2015, we traveled from Connecticut to Fresno for a visit, and it was evident that the same values of dedication, integrity, and hard work that Jake exhibited in college have continued to guide his life.  Jake's company, Bitwise, had made remarkable progress.  We were delighted to have a personal tour of the Bitwise facilities while we were visiting. Jake's pride in what the company was doing for Downtown Fresno radiated through him. Jake was the epitome of success in life, love, and work. His dedication to these three areas is what defines who he is and who he has always been.

We will forever know Jake as the man we knew in college and the years that followed—a family man, a dedicated, hard worker, and an individual who wanted nothing more than to leave a legacy of such behind.

Honorable Judge and US Probation Office, we thank you from the bottom of our hearts for taking the time to review this letter.  We wholeheartedly believe that Jake Soberal is a person of deep integrity, compassion, and dedication. While the recent challenges he faces are serious, we have no doubt that Jake will use this experience as an opportunity for growth and redemption. His commitment to his family, friends, and community has always been unwavering, and we are confident that, given the chance, Jake will continue to make meaningful contributions to society. We respectfully ask for leniency in his sentencing, trusting that Jake will prove worthy of this second chance.

Sincerely,

Keith and Gwen Lovejoy

# EXHIBIT 42

August 4, 2024


Salvador Lucatero, Jr.
Coordinator I, Community Schools
Fresno Unified School District


2246 N Vagedes Ave.
Fresno, CA 93705
██████████

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

I am writing to offer a character reference for Jake Soberal, someone I have had the privilege of knowing and working closely with for nearly a decade. My name is Sal Lucatero, and I first met Jake around 2015 when I was part of Downtown Academy through Fresno's Leading Young Professionals (FLYP). During a tour of the under-construction Bitwise Industries South Stadium building in Downtown Fresno, I discovered Jake was a former board member for FLYP. I had just joined the FLYP board myself, eager to engage in revitalizing Downtown Fresno and addressing the brain drain affecting our city. At that time, I was working at Fresno City College and invited Jake to speak at a staff professional development day about his work with Bitwise and his vision for fostering talent in Fresno. His presentation was inspiring, and we maintained professional contact.

A few months later, Jake reached out to me with an offer to join the Bitwise team, believing in my skills and potential to contribute to the organization's mission. After discussing the opportunity with my family, I was honored to join Bitwise in 2016. Over the next seven years, I served in various roles, including Special Assistant to the co-CEO, Community Events Coordinator, Events Manager, M&A Integration Manager, and finally Data Operations Integration Manager. These roles allowed me to grow significantly as a person, professional, and community contributor. The trust Jake placed in me was transformative, and I am immensely grateful for the skills and knowledge I gained, which some might only acquire through expensive university programs.

One particular role stands out as a testament to Jake's belief in my abilities: my position as M&A Integration Manager. This was a pivotal role that required managing the delicate process of merging with other organizations. Jake's decision to trust me with such a critical task speaks volumes about his confidence in my skills and my ability to foster and maintain crucial relationships during these transitions. His exemplary leadership had equipped me with the necessary tools to handle these responsibilities effectively, and I felt deeply honored by the trust he placed in me.

Aside from his supervisory leadership, one of the most striking aspects of Jake's character is his genuine care and empathy, both as a leader and a family man. An example that stands out is a time when my car broke down, leaving me without transportation. Jake, without hesitation, offered me his personal car so I could manage my daily responsibilities. This act of kindness and understanding was unprecedented for me and exemplified the empathy Jake extends to those around him.

Jake's leadership style is something I have carried forward in my career. He demonstrated that effective leadership is not just about making decisions but also about caring for the well-being and development of team members. His approach to hierarchy, emphasizing productivity and teamwork over rigid structures, is a principle I now uphold in my own leadership roles.

Despite our current situation, I would gladly work alongside Jake again in the future. He has an incredible ability to inspire and lead, and I believe he still has much to offer. I am fully aware of the gravity of Jake's situation and his guilty plea. He has expressed to me his deep remorse and full responsibility for his actions. Despite his mistakes, I believe Jake's underlying character, as evidenced by the stories and experiences I have shared, paints a fuller picture of who he is as a person. He has a strong support system and a community that believes in his potential to contribute positively after this chapter.

I am confident that Jake will continue to make meaningful contributions to society, and I am excited to see what that chapter looks like for him. Please do not hesitate to contact me at the provided details if you have any questions or need further information.

Sincerely,

Salvador "Sal" Lucatero, Jr.

# EXHIBIT 43

August 12, 2024

Vikki Luna
P.O.Box 16461
Fresno, CA 93755


To the Honorable Judge Hearing this Case and the U.S. Probation Office:

My name is Vikki Luna and I am a resident of Fresno California. As a community member, I am the Founder and C.E.O. of The Light House Recovery Program Inc. This is where I first came in to contact with Mr. Jake Soberal. I have known Mr. Soberal for approximately eight to ten years. This letter is not specific to the charges against Mr. Soberal, he has admitted his guilt and offered his apology. This letter is to share my personal encounters with him.

In running a small non-profit home for disadvantaged women and their children recovering from substance abuse, our financial resources are limited as we do not receive federal funds. The coffee shop that we utilize to train the ladies was in desperate need of esthetic improvements. When Jake heard of this through others, he gathered his men's group, showed up two nights with supplies in hand and worked well into both nights after their regular day's work. We did not receive any charges for his generosity of material or labor. Our coffee shop looked so much better and more appealing to the customers.

Mr. Soberal also made a generous contribution three years ago following a devastating house fire that left our clients homeless. His generosity provided computers so that the much-needed educational services for the clients were not interrupted.

I have known Jake to be generous and kind. Concerned with the needs of his community. Without having to be asked. He seemed to see needs in our community and then moved to meet some of them. These acts helped to improve the lives of others.

I believe that although he made terrible choices resulting in these charges, the totality and longevity of Jake's good deeds toward our community show that he will once again be a wonderful, contributing member to our society. He seems to have a strong and positive support network, including a loving family, people of faith, and young children to support his re-entry.

Thank you for your time and please feel free to contact me if I can answer any questions.


Warmest Regards,

Vikki Luna

# EXHIBIT 44

Miguel Angel Macias Flores
Student Support Specialist 1
Calbright College
1050 E. Herndon Ave APT 112
Fresno, CA 93720



August 1, 2024

To the Honorable Judge & U.S. Probation Office:

I am writing to offer a character reference for Irma Olguin Jr. and Jake Soberal, whom I have known in a professional capacity for four years. During our time together at Bitwise Industries, I had the opportunity to observe their character and dedication firsthand.

I understand that Irma and Jake have pled guilty to crimes related to the collapse of Bitwise, and they have expressed to me their full responsibility for their actions. My intention in writing this letter is not to challenge the legal process or their accountability but rather to provide a more comprehensive picture of who they are as individuals.

One of the most significant memories I have of Irma and Jake and their unwavering support for my brother-in-law, Homar Cardenas. When Homar was struggling in finding a job in tech, Irma and Jake believed in him when no one else did. He ended up becoming an amazing Marketing Specialist. They went out of their way to help him find his footing and shine in a way that made a lasting impact on our family. This act of kindness and belief in someone's potential is a testament to Irma's character.

Additionally, Irma and Jake were incredibly supportive during a particularly tough time for my friend Floyd Muñoz. Floyd was able to make an amazing impact in our community as a Business Dev Manager for Bitwise Industries. Irma and Jake's empathy and willingness to help, even in small ways, demonstrated their genuine care for the people around them. These gestures, though small, spoke volumes about Irma's and Jake's compassion and their commitment to supporting others in their times of need.

Beyond their professional and personal support, Irma and Jake have shown dedication to broader social causes. On November 23, 2022, the United Farm Workers started a historically significant 335-mile pilgrimage in Delano, California. The goal of this march was to urge Governor Gavin Newsom to sign Assembly Bill 2183, allowing farm workers to vote by mail in union elections. Irma and Jake were proactive in supporting this cause by providing water, food, and snacks to the participants of the march. Their involvement exemplifies their commitment to community support and social justice.

Bitwise Industries provided me with an incredible opportunity to help my community, and the lessons I learned there have been invaluable in both my personal and professional life. It was not just a company; it was a way of life that encouraged genuine connections and community support. Irma's and Jake's vision and leadership were central to this ethos.

I also want to highlight that despite the challenging circumstances, Irma and Jake have always shown a willingness to learn and grow from their mistakes. They have acknowledged their wrongdoings and have taken full responsibility for their actions. I believe that with the support of their family, friends, and community, Irma and Jake will be able to rebuild and contribute positively to society once again.

In closing, I want to thank you, the Honorable Judge and U.S. Probation Office, for taking the time to read this letter and for your careful consideration of this matter. If you require any further information or wish to discuss my letter in more detail, please feel free to contact me at the information provided above.

Sincerely,
Miguel Angel Macias Flores

# EXHIBIT 45

August 6, 2024

David Menendian

English teacher, Orosi High School (1979_1980)

English/Journalism Teacher, Clovis High School (1980_2016)

6036 East Lowe, Fresno, CA 93727

███████████████

████████████      ██████████████

To the Honorable Judge Hearing this Case and the U.S. Probation Office

After 37 years in the high school classroom, 36 at Clovis High School, I retired in June of 2016. In the eight years since, my memories of the multitudes of students who crossed my path have become a bit blurry. I sometimes peek at the names on my old seating charts and the memory vault opens with a clear view of those students I can recall. Other names are familiar, but hard to place, while many names are new to me, as if I'd never seen them to begin with. Jake Soberal is in the first group, and for reasons that should be obvious in a moment.

I've been familiar with the Soberals over the years since Jake first took Advanced Placement Language and Composition from me in 2002_2003. His sister Morgan Soberal also took a couple of classes from me at CHS. Their mother, Marlee Soberal is a member of Ideaworks, a maker-space community in Fresno which I joined in 2017. I've seen Marlee on many occasions in the shop and she has updated me about Jake and Morgan from time to time. Jake invited my wife and me to his wedding, and I made sure to attend even though my wife could not. That wedding was a special occasion for me, because Jake's wife Sarah was a former student of mine as well, and one of our staff photographers on the student newspaper. To this day, I have nothing but fond memories of Sarah Staicer. I admired her as one of those students who could manage any assignment, performed with the competency and skill of an adult.

And since 2013, I've followed, but at a distance, the rise of Bitwise Industries. I would hear remarkable stories of the business's expansion and of the national as well as local mark the computer technology platform was making. I have also followed the news of Bitwise's troubles, from May of 2023 to the present. From what I know, Jake has pled guilty to wire fraud and will be sentenced later this year or soon after. I was shocked and disappointed to read the news of Bitwise's downfall, and Jake and Irma Olguin's involvement in that. I can't begin to imagine the prospect of a prison sentence that Jake is facing, which will include being separated from his wife and three children. In the midst of these difficult circumstances, Jake has asked me to write a letter on his behalf and I am willing to do so.

 I cannot comment on anything regarding Jake and Bitwise. But here's what I do know. In high school Jake was a part of an exclusive group of students who chose the most difficult and demanding academic path. He was among those who took honors classes their freshman and sophomore year, fully intending to take Advanced Placement courses in their junior and senior years. I taught AP Language and

Composition at CHS from 1990 until I retired and Jake took this class from me his junior year. This was the academic environment where Jake belonged. He and students like him challenged me, a sort of reversal of roles if one considers that the class and its teacher must be providing the academic challenge. I invested everything I had in preparing students for college level English standards, which included rigorous preparation for the AP Language test in May. And since 1999, I had become a faculty consultant at the national AP Language and Comp Reading. As a 'scorer' or AP Reader vetted and hired by the College Board, I was in a position to judge our local students' performance against my experience in reading thousands of essays on a national level. Under these circumstances, I evaluated all of my AP students' work. So when I say Jake's grades in AP Language were always "good" and consistently so, this sets him on an exclusive academic level. Anyone who performs this well under these conditions belongs in Advanced Placement and Jake was no exception. It was no surprise to me that he earned a passing score on the AP Language and Composition test. I knew he would.

Besides Advanced Placement and other English classes, I advised the journalism program at Clovis High School. Print media, especially hand-held newspapers, have been on the decline for more than 20 years. But during Jake's time, our journalism program at Clovis High was thriving. We had at least one beginning class which counted as an English elective, as well as the Newspaper Production class. Over the years, Clovis High's student newspaper had won national as well as local recognition. AP students would often join the staff, along with students who had taken the beginning class their junior year. As Jake's junior year ended in AP, he applied for the position of editor. Two girls also applied. I chose the girls as co-editors and invited Jake to join the staff as a reporter. He may well have been disheartened in not being chosen as editor, but he never once exhibited any kind of disappointment. Instead, he emerged in the fall semester of his senior year and embraced the most difficult assignments we had. Covering football was our most important sports assignment and Jake took on this task and performed admirably. He never missed a deadline, wrote excellent articles, and made sure to interview the head coach and at least two players to round out his coverage. Since he seemed to like writing about sports, he also covered tennis and gymnastics. I could tell by mid-September that Jake had dedicated himself to be the best reporter on the staff, even if he wasn't the staff's editor. Jake's involvement with the paper his senior year reached well beyond sports. He collaborated with one of the co-editors on a brilliant, full-page feature called "The Fattening of America's Youth", a 2000-word piece that explored teens' compulsion for fast food. That article could have appeared in any daily newspaper. He also combined with another staff writer on a superb piece about the Scholastic Aptitude Test, headlined: "Three and-a-half-hours plus 12 years equals…? The 'measuring stick' of American education as we know it, the SAT is responsible for college admissions around the nation, yet hordes of critics believe it to be a bitter injustice to our youth". This superb example of student writing explored the SAT and its consequences, with a range of interviews that reflected the highest standards of journalism. Jake also didn't shy away from expressing himself in opinion pieces, including a brilliant two-part satiric commentary that targeted student behavior at athletic events. I could give other examples, but make no mistake about this: I've reviewed the student newspaper archive from Jake's senior year, and along with the co-editors, he proved to be the most valuable writer we had on what was an excellent staff. He punctuated his senior year by receiving a prestigious journalism scholarship as a result of his stellar efforts.

In February of 2019, almost 15 years after he graduated, Jake was instrumental in nominating me as an honoree for "Unmasked", an Arthop portrait series that paid tribute to teachers, artists, organizers and other workers who "helped make Fresno better." I was interviewed at Bitwise and sat for a formal

portrait session. That Jake and his committee made me one of the only 26 Fresnans honored is something I've never forgotten.

As educators, we might never be sure about the impact we have on the lives of the students sitting in front of us. I've remained connected to a few of the hundreds of names of high school students on my seating charts, and I have letters and emails from many of them who have said some pleasant things about me. On days when I wonder if investing 37 years of my professional life as a high school teacher was worth it, I think of that box of letters, and relief and fulfillment soon follow.

Jake Soberal will always be a part of that legacy.


David Menendian

# EXHIBIT 46

Stephanie Moreno
847 E La Crosse Ave
Fowler CA 93625



8/12/24

To Whom It May Concern,

My name is Stephanie Moreno, and I am writing to provide a character reference for Jake Soberal. I have had the privilege of knowing Jake for 5 years, and in that time, I have witnessed firsthand the many positive qualities that make Jake a valued member of our community.

I first met Jake through working at Bitwise Industries. Over the years, we have developed a strong relationship, and I have come to deeply respect his commitment to family, kindness, and dedication to helping others.

One particular instance that stands out in my mind occurred in 2019 when I first began to work for Bitwise. I vividly remember watching him take a business call while his toddler son was at times walking around his dad and at other moments propelling up his dad while Jake held a full conversation with the person on the line. This was one of many instances where I got to bear witness to him balancing raising his 3 kiddos and the task of forging forward with making a place to work where we also saw ourselves working to strike that balance as well.

When I began to collaborate with Jake I was in the Workforce Training branch of the company. It was there that Jake made space for me to be confident in sharing my heart's work. I often met folx wanting to take our classes for an opportunity to upskill themselves and find an opportunity that would allow for them to make a livable wage. I built relationships with people needing a community of support and I know that I was only able to do that because of the support from Jake and other leadership provided to me.

Throughout the time I have known Jake, he has been involved in the community and especially in his church community. I have witnessed him building connections with young men in need of a kind ear to listen and an opportunity to support them by connecting them to resources. I recall a specific apprentice that came from a really rough home life and had no familial support or encouragement. Jake always made a point to check in on the young man and once he was done with our programs they continued to stay connected for additional community resources he and his family needed.

In closing, I firmly believe none of us are our greatest mistake and I would like to express my hope that the court will consider leniency in Jake's sentencing. I believe that he has a great deal to offer society and that, with the proper support, Jake will make positive and meaningful contributions to our community. I am confident that he will emerge from this experience as a stronger, wiser, and more responsible individual, ready to build a better future.

Thank you for your consideration.

Sincerely,

Stephanie Moreno

# EXHIBIT 47

August 6, 2024

Debbie Neufeld
Coordinator, Dissertation/Thesis Office
California State University, Fresno

710 E. Pine Ave., Fresno, CA 93728

████████████████

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

I have been Jake's neighbor and friend for the past 8 years, at which time we both moved into our current neighborhood. I am well aware of the events surrounding Bitwise and Jake's role leading to this point where he has pled guilty to a crime for which he has expressed both his responsibility of wrongdoing and his remorse related to his role in how his actions have affected others. Although there has been a lot of media attention covering Jake and his role throughout the rise and fall of Bitwise, I have gotten to know Jake and his family in a different and more personal context.  I know him as a neighbor, family friend, and someone who has a heart and passion to make the world around him a better place.

Shortly after moving in, I started a supper club with a total of six families of which Jake and his family were a part.  This group met regularly together over shared meals until it was derailed by COVID 19.  We enjoyed sharing our stories and getting to know each family. Jake was always enthusiastic related to meeting, hosting, and expanding the group to be inclusive of others. Sprouting from this initial connection, we have continued in our relationship with Jake, Sarah and their children.

We have enjoyed spending time with Jake and his family and watching him in the role as a dad.  In addition to spending time at each other's homes, we have vacationed together at our cabins in the High Sierra and have seen Jake as a hands-on dad where he is actively involved in the lives of his young children – patiently listening and honoring the presence of each of them whether it is helping with bedtime rituals or spending time kayaking and hiking always enthusiastically engaging with their questions and conversations.  Jake is an important presence in the life of his children and will always excuse himself from adult conversations or activities when it is time to pay attention to each one of them. Again, bedtime rituals come to mind – when the clock strikes, he exits quickly to attend to their needs.

Jake is a giving person and is always ready to share and help where needed. For example, our car was giving us issues, and he immediately offered the use of one of his cars in case we needed it.  In addition, when our car charger stopped working, we offered to buy Jake's charger, which he was no longer using. He refused to take any money for it and insisted on gifting it to us. In addition, Jake is a considerate neighbor. When he needed to add some topping to his fence to accommodate pets in

his backyard, he was concerned that we were okay with how it looked as the fence was visible through our windows.

Jake is a joy to have as a neighbor and our interactions with him are genuine. We have been pleasantly surprised on multiple occasions when our doorbell rings only to find Jake on the porch, with a smile on his face, wanting us to try his freshly made salsa or homemade blackberry cobbler and ice cream. Jake is an avid gardener and frequently checks in with us to compare notes on plants and gardening strategies. Jake and I have connected specifically regarding books, and we are always passing recommendations back and forth and discussing authors and books we are currently reading. I also like how he pushes me to expand my reading genres (e.g., Project Hail Mary, which is outside my comfort zone of historical fiction).

Throughout the rise of Bitwise, we did not see Jake's core values change. We saw him continue being attentive to his family and his friends – always willing to spend time with his children and share parental responsibilities and always checking in and spending time with us, as friends. We shared the joy he felt with helping others through the growth of the business. He often shared updates on how things were going, the exciting experiences he was having and the people he was meeting, and we felt his passion for helping the underserved. And with the fall of Bitwise, we saw Jake stay the course and adapt. We never saw him angry or defiant. Instead, we saw him pick up the slack as Sarah studied for courses and ultimately started working full time. With Jake no longer involved in the business, he immediately started taking care of his own yard and pool and picked up tasks and responsibilities around the house.  This was all done with a positive attitude and not begrudgingly in any way. With Jake's enthusiasm to help others, he also has willingly jumped into roles where he can provide his knowledge to local non-profit organizations.

Finally, we feel blessed that Jake, Sarah, Tinsley, Hazel, and Huxley came into our lives, and we love having them as neighbors. Jake and his family are a pleasure to interact with whether it is swimming with the kids, baking with the girls, playing games together, watching TV/movies, eating together, planning neighborhood events, or exchanging random encouraging text messages.  We love it that we are comfortable enough to contact each other any time whether it is related to feeding each other's pets, borrowing ingredients from each other's kitchens, picking up packages from each other's porches, or sharing fruits and vegetables from our gardens. Jake's positive attitude is highly contagious, and his presence continues to be a positive impact in our lives. We are committed to stand with Jake, Sarah and family during this time as supportive friends.

I would like to thank you, the Honorable Judge and the U.S. Probation Office for taking the time to read these words and for your careful consideration of this matter, which will affect not only Jake, but his family, close friends, and the community at large. I truly believe Jake wants to right his wrongs and has the passion to serve and the expertise to help those less fortunate than himself. I believe he understands the consequences of his actions, and he wants to do what he can to make things right. Throughout this entire last year, I have never seen Jake angry or blame others for anything related to the events that occurred. Instead, he has taken ownership of the consequences and, as he has already shown, he has focused on using his skills to work with nonprofits in the

community. I know that he will continue to share his expertise and lessons learned as that is just part of his character.  Finally, he has a wonderful family, and his three young children will be affected immensely while their dad may be gone from their lives for a time. Based on these thoughts, and fully understanding that penalties should be paid, I would ask that you consider leniency in Jake's case, so that he can move on more fully in a way where he can continue providing service to his family and his community.

Please feel free to contact me if you have any questions or need any further verification related to the contents of this letter.

Sincerely,

DocuSigned by:

*Debbie Neufeld*

2B49E9E2EE854EF...

Debbie Neufeld

# EXHIBIT 48

Philip Neufeld
Executive Officer, Information Technology
Fresno Unified School District
710 E Pine Ave, Fresno, CA 93728



July 31, 2024

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

I have personally known Jake Soberal since 2016 - as a friend, my neighbor, a regional tech leader, a businessperson (Bitwise was a vendor to Fresno Unified), and as colleagues involved in community economic development.

I was at the court in support of Jake and Sarah when Jake pled guilty.  Jake, in numerous conversations in my back yard, expressed that he was fully responsible for the wrongdoing.

I am writing this letter to share my authentic and fuller picture of Jake.  I know Jake as an encouraging friend who challenges me to be my best person both professionally and spiritually, a neighbor who shows up to support those in need and doesn't expect to be treated differently, a father who invests in his children, a committed husband and life-long friend to his wife Sarah, a person engaged in a humble yet inspiring manner within his community, and as a visionary inspiring the best with and for underserved communities.

I wish to share several stories that reflect Jake's character and contribution to communities.

I have been engaged as an information technology leader in Fresno and the region since the 1990s – as co-founder of the Central California Society for Information Management and founder of the Fresno Coalition for Digital Equity, serving in technology management in the ag industry, at California State University, Fresno, and at the Fresno Unified School District. Fresno has been an underdog city with digital disinvestment impacting low-income residents and a malnourished tech ecosystem (such as high-cost fiber and no co-location facilities) affecting businesses.  Most problematic was its low self-image and limiting imagination. It was in this social context and tech/business ecosystem that Jake and Irma launched Bitwise. As a result of their leadership over the next ten years, there was substantial upskilling of talent, increase in tech jobs that fit the region's talent, and meaningful work by tech firms that addressed regional problems like water.  There was also a renaissance in our downtown buildings and lived-spaces that continues to this day.  Most importantly, there was a transformation of peoples' perspectives about Fresno and our imagination of what was possible for our region. This is a tribute to Jake's leadership and character – to cast an asset-based, inspiring vision that was realized in the built-

environment, upskilled people, and improvements in the economic ecosystem.  Jake remained humble along the way and showed generative leadership that allowed others to own their contribution to improvements in their respective communities.

I have served on governance bodies whose mission is economic and community development and social-emotional wellness (Educational Employees Credit Union, Kings View Behavioral Health Systems, San Joaquin Valley Network partnership with California Emerging Technology Fund, Foundation for Central Schools, Fresno Interdenominational Refugee Ministries' ASSET micro-enterprise program, Habitat for Humanity, Regional Jobs Initiative, Mennonite Economic Development Associates).  So, I've had numerous conversations with Jake about economic and community development.  His vision for improvement is grounded in research, innovative business models (private/public partnerships), and best practices for community development (shared ownership with residents and tech workers, investments in built and lived space).  I look forward to ongoing conversations with Jake and upon his release re-imagining with Jake new possibilities for our community.

Jake continues to grow in wisdom while acknowledging his misdeeds and mistakes. This wisdom coupled with Jakes' pragmatic vision for a better reality for traditionally marginalized people and underdog communities will long-term yield invaluable improvements to communities where he serves.

In my role as Executive Officer, Information Technology, at Fresno Unified School District, I would recommend Jake for hiring as a high school teacher or within the District's Foundation. Jake would also make an effective and engaging faculty at a college or university. As a member of several community economic develop groups (FCDI, CVCF, EECU, etc.) I would recommend Jake as a consultant to non-profits or as a manager especially in a development role.

These last reflections are from times together with Jake, his family, our neighborhood and the larger community.  We invited Jake, Sarah and the children to join us for several days at a cabin up at Huntington Lake (7,000 ft elevation and south-east of Yosemite).  Debbie and I kayaked with Jake's family.  We had smoke at the lake from a nearby forest fire yet we all made the best of our time together.  I noted Jake's character in his posture towards his children: attentive, patient, engaging, and honoring.  At our annual block party and annual porch fest, Jake is engaged humbly as one among many neighbors, and serving others and the community as part of his natural ethos.  During a difficult business experience for me, I found Jake and Sarah to be kind listeners and wise counselors in ways that helped me choose a good and healthy path forward.  I have seen Jake address business challenges in a reasonable manner and reconcile with others when business matters might have been contentious.  Jake celebrated others' success and the community's well-being regardless of who was being honored or what gave rise to the occasion.  Jake has demonstrated a healthy, self-aware ego not driven by his own needs but rather serving the greater good.

I thank the Honorable Judge and US Probation Office for your careful consideration of this matter and taking the time to read my letter.

I would ask the court for leniency in sentencing for several reasons:

- Jake is a compassionate, caring, and encouraging friend
- Jake is a committed husband and friend to his wife
- Jake is a father who provides attention, affirmation, and love to his three young children
- Jake is a contributing member of our neighborhood, our tower district community, and his church.
- Jake has enormous potential to recast people's images of underdog communities and disinvested cities into visions of wellness and social mobility for all residents as well as economic resilience for a thriving business ecosystem. And he has the intellectual capacity and personal charisma to mobilize people to better their communities.
- Jake is a person who has learned from this experience and will transform this learning into discipline to slow down where necessary, courage to say no to investors and board members ensuring prudent fiscal outcomes for employees and customers, wisdom to know to quit, and generative energy to keep contributing to healthy communities, resilient economies, and peoples' lives in ways far more than more than we could yet imagine today.

Debbie and I are committed to supporting Jake and his family both during his custody and as he re-enters the community.

I invite you to reach out to me at the contact information provided above to verify the contents of this letter or ask any follow-up questions you might have.

Sincerely,

*P Neufeld*

Philip Neufeld

3

# EXHIBIT 49

Michael L. Nicholls, Ph.D.
CLO and Director of Leadership Development and Curriculum Design
Team Concepts, Inc.

3205 43rd Ave. S.
Minneapolis, MN 55406



To the Honorable Judge Hearing this Case and the U.S. Probation Office:

I am a former collegiate rowing coach who was first introduced to Jake when he was a sophomore student athlete at the University of North Carolina in 2008. I was not Jake's coach but like to think that we had a mentor/student relationship that extended for over a decade.

When I first heard from Jake that he had pleaded guilty to wire fraud and conspiracy to commit wire fraud, it was reason for great pause. Previously and based on internet documents, interviews of Jake posted on YouTube and comments from mutual friends, I understood that Bitwise was struggling. When I received a letter from Jake admitting both his mistakes and his guilty pleas, it was clear why he had not been in contact.

Here are some details around the Jake Soberal that I know.

In 2008, Jake and another university Crew Club president approached me about helping raise money to establish an endowment. The endowment was to be used to pay for a permanent coach. In contrast, what made Jake stand out amongst his peers is that most poorly funded club athletes are looking for immediate, personal financial relief: they want the alumni to reduce their financial personal burden and frankly, they can see no further into the future than the end of their current season or at best to when they graduate.

When I asked the two what they wanted, the President was virtually silent. He was more focused on being deferential given our difference in age than answering my direct question. Jake, the Vice President, wasted no time in getting to the point. He told me that he wanted to rebuild the program to the glory of the previous coach who had recently left the university for another professional position. Jake understood that in order for the club athletes to increase their odds of winning another national championship, the club needed to focus on attracting a top coach who would stay for an extended period of time. If they hired the right coach, the coach, in turn, could help raise money to reduce the individual financial burdens. Jake was playing the long game.

Establishing an endowment that could grow over time and help pay a new coach's salary was a great idea that has been considered by many a club rowing program and by even more athletic department-funded programs. While there has been a lot of endowment success with revenue-generating sports like football, basketball, and soccer, an endowment for an unequivocal non-revenue-generating club sport at virtually any university in the nation was completely unheard of at that time. Within two years the endowment was attracting attention within the university and real funding from the alumni.

Many donors like to take credit for organizational success simply by writing a big check. What most people don't see is that writing a check is the easiest part of the transaction. Many organizers like to take credit for organizational success due to their management skills. In my opinion, the heavy lifting is done in getting people into alignment. This is done primarily by people with a vision who can convince followers

that they can take them to a better place. This is what Jake did so well. He got the current rowers to stop acting like they were a bunch of poor kids standing around begging for travel money and rowing in sub-par equipment. He convinced university officials to take a chance on the club program to try something that (i) had never been done before, and (ii) could easily have failed. He reached out to key alumni with a focus on leveraging them all in appealing to their own former classmates to invest not in just the program but in future rowers at UNC.

The culmination of Jake's focus came at the 40th Anniversary reunion in 2010. Deemed an "affinity reunion" by the university, it attracted 255 people for a formal dinner. To put this in perspective, affinity and class reunions only attract an average of 26 people annually. The fact that the event was ten times larger than the average meant that the Men's Crew Club was the talk of the university community.

Announcing the size of the growing endowment changed the landscape for campus clubs and organizations. The university development office moved Men's Club Crew from being an inconvenient distraction to assigning dedicated development officers to help. The alumni association lauded the club as a model for the Carolina experience, for what could be done by the university's motivated student leaders.

The beauty of all of it was that never once did I hear Jake ask anyone for money. Where most college kids would have sought the easier, selfish route (again, "please help reduce my personal financial commitment to participate"), Jake led his club down the selfless path. He aligned people by asking for their time and commitment to build something that would hopefully serve generations of student athletes at UNC. He convinced them all to give their best selves to a cause that was much bigger than his current team, something they could all take pride in. I remember telling some other alumni that I never heard Jake take any credit. It really was "Hey, look what we did!" coming from Jake. Most would have taken the credit. Not Jake. He proved through his words and actions that what he was trying to build was way more important and bigger than Jake Soberal.

I remained in contact with Jake after he graduated from UNC. We would usually speak every year and talk about the differences between leadership and management as related to our own jobs. He kind of dropped off my radar around 2019 as things were getting bigger with Bitwise. I would hear from his former boatmates how busy things had gotten for Jake. While disappointed, I took the silence in stride as part of the ebb and flow of a younger man's life.

When Jake recently reached out to ask for a Character Reference Letter to be included as information related to his sentencing, I was again struck with great pause. How do you describe your understanding of a man (pre-Bitwise) for whom his efforts and personal qualities have tipped towards hubris in the public eye?

I did my own sleuthing around the fall of Bitwise and what Jake did. Beyond what was written in the press, I watched several interview videos over time on YouTube. What I saw was the transformation of Jake Soberal from being super confident to trying to hold it together, to a desperate man trying to keep his head (and everyone at Bitwises' heads) above water.

In short, my personal belief in Jake was well-earned. He was a young man who took big swings when his peers would have chosen to simply limp along. He was committed to this cause and he did so in the absence of selfishness. He demonstrated exceptional leadership skills at a young age. He inspired his peers to want something better when most would have been content with accepting what had been handed down from others. I always saw him take responsibility for his actions and encourage others to do the same. As he got older, he made some big mistakes. From what I can tell, he is still owning them.

Jake pled guilty. He communicated to me that he is guilty. He knows he will pay for the crimes he committed. I believe that in whatever life he has after likely serving his sentence, it is my hope and belief that what makes Jake such a great leader will re-emerge to benefit another group of deserving people who lack the confidence to do more than accept what has been handed down to them. I won't know how much risk aversion medicine Jake will swallow as a result of his conviction but I am convinced that he is smart enough and conscientious enough to never try something like this again.

I want to thank the Honorable Judge and US Probation Office for considering this letter. If you have any additional questions, I would be more than happy to carve out additional time to discuss Jake's character. Sincerely,

Michael L. Nicholls

# EXHIBIT 50

12 August 2024
Sandi L Olguin
Senior Program Manager
Richard Heath & Associates

2164 Cromwell Ave Clovis Ca 93611



To the Honorable Judge, the U.S. Probation Office, and all parties involved in the sentencing of Jake Soberal,

My name is Sandi Olguin, and I have had the privilege of knowing Jake both personally and professionally since 2013. I first met him through my sister, Irma Olguin, Jr., who introduced us at her co-working space, The Hashtag. Our paths crossed again in 2016 when I interviewed for a position at Bitwise, where Jake would become my boss for the first several years of my tenure.

I am aware that Jake and Irma have pled guilty to the charges related to the fall of Bitwise, and I commend them for taking full responsibility for their actions. However, I would like to take this opportunity to share a deeper understanding of who Jake is beyond the mistakes made. He is not a bad person; rather, he has been a compassionate leader in our community, a devoted father and husband, and a friend to my family for over a decade.

One instance that truly illustrates Jake's character occurred when I tore my ACL while dancing. The day after my injury, Jake was one of the first people to reach out to check on me. A few days later, a mutual friend faced an urgent situation that required her to move in with me. I felt guilty that I couldn't assist her during her move, but Jake took it upon himself to gather a group and borrow a truck to help her relocate her belongings. When I offered to buy them pizza and fill the tank of the borrowed truck, Jake simply replied, "This is what we do for each other." This act of kindness is just one example of Jake's generosity and commitment to those he cares about.

Recently, my family faced a challenging time when our mother suffered a stroke, shortly after the collapse of Bitwise. Despite his own difficulties, Jake reached out to me, my brother, and my sister multiple times a week to check on our well-being and offer support. His kindness during this particularly stressful period spoke volumes about his character.

In his role as co-CEO of a rapidly growing tech company, Jake was always on the go, juggling countless responsibilities. I had the opportunity to sit in on many meetings, where I would take notes and often have questions afterward. Jake consistently responded with patience and grace, never showing frustration or annoyance. Although he is younger than me, he took me under his wing and helped me build my confidence. He believed in me even when I doubted myself, guiding me into the leader I am today. My experience at Bitwise changed my life, and I

would jump at the opportunity to work with Jake and Irma again once they have faced the consequences of their actions.

To those responsible for the fate of Jake and Irma, I sincerely thank you for allowing me to share my perspective on Jake. He is genuinely a good person at his core, and I respectfully urge you to consider leniency in his sentencing. If you have any follow-up questions or require further clarification, please do not hesitate to contact me.

Thank you for your time.

Sincerely,
Sandi L. Olguin

# EXHIBIT 51

August 31, 2024

Michael Pierrie
Charlotte, North Carolina

To the Honorable Judge and the U.S. Probation Office:

I previously prosecuted cases resulting in people going to prison. I read letters like this as a former state prosecutor in Mecklenburg and Wake Counties, North Carolina. I never imagined writing one on someone's behalf. I still have difficulty comprehending the fact that I am writing one for Jake Soberal. I believe the conflict arises in my attempt to reconcile things I know to be true. First, crime is bad. Second, Jake committed a crime. Third, Jake Soberal is not bad.

I prosecuted crimes in North Carolina from 2012, shortly after I graduated law school, until 2018, when I began working for a federal law enforcement agency. I have overseen convictions resulting in people going to prison. For example, for nearly three years, I prosecuted drug felonies, including trafficking offenses where convictions could result in a defendant's imprisonment up to a maximum possible term of "of 282 months in the State's prison[.]". N.C. Gen. Stat. §90-95(h)(4)(c) (mandating the sentence for violations of the offense of "trafficking in opium."). Currently, I work as a lawyer for a law enforcement agency with the federal government. I discussed writing this letter with my agency's ethics attorneys and was advised writing a letter on Jake's behalf is permissible, but I must clearly state the following:

1. The stories and opinions expressed in this letter are personal only;
2. I have used no government resources in producing or sending this letter;
3. I have not had dealings with Jake in the course of federal employment;
4. I may not use my official title in this letter; and
5. I must sign this letter in my personal capacity.

From 2009 to approximately 2015, Jake and I were close friends. I was honored to have Jake serve as the best man at my 2009 wedding. We lived together as roommates for the 2008 to 2009 academic year at Carolina. We spoke more days than not during our law school tenures from one coast to another between 2009 and 2012. I still wonder how Jake and I lost touch. I imagine the three time zones and two thousand five hundred miles between Charlotte and Fresno, five children between our families, and professional obligations largely contributed to this reality. Regardless, when I learned Bitwise failed, I was shocked. When I learned Jake was the subject of a federal criminal prosecution, I was shocked and confused. In the single conversation we shared following his federal investigation and subsequent guilty plea, Jake has never asserted anything but his guilt to me. Nonetheless, the Jake I know is a dedicated individual committed to leaving the world a better place than he found it.

Jake is a selfless person. The first time I met Jake, he opened his apartment to me and let me sleep on his couch. I learned about the University of North Carolina's Men's Crew Club and took interest in joining. My wife's uncle, a rowing coach, put us in contact in the middle of the season just before before winter training and Jake opened his doors to me without hesitation. This began

my introduction to the reality that Jake was different. From June 2007 to June 2008, we were roommates in Chapel Hill. Rowers rise early. Jake was no different; however, Jake's day didn't end after we went to bed. He often stayed up managing our club team's administrative matters so we could continue to compete on a national level. Laypersons may not realize that men's rowing at most universities, including UNC-Chapel Hill, remains a club sport due to Title IX issues. As the club's president, Jake tirelessly dedicated himself to ensuring my teammates and I could compete at the highest level possible despite a dearth of university funding and administrative support.

Jake is driven to succeed. Frankly, in my efforts to reconcile the Jake I know with the position I know Jake to be in now, I believe this to be his biggest error. More specifically, Jake failed to fail. Although not a corporate attorney, I understand our laws include incentives for corporate ventures by limiting liability upon those venture's failure. I know this from the rudimentary perspective of a second year law student's business organization's class. But Jake passed the bar too. Surely, he knew that if he let Bitwise fail, then his children, Tinsley, Hazel, and Huxley, would not see their father facing a term of imprisonment. Unfortunately, Jake never tolerated failure. Jake exhibited discipline in pursuing excellence and was never too busy to provide mentorship to those coming up behind him. Jake's discipline in entering law school a year ahead of me aided me in adopting better study habits, excelling in moot court, and graduated in the top third of my law school class.

Jake wants to make the world a better place. Between 2006 and 2012, Jake and I spent more hours together than I care to count. We debated everything from the nonsensical to changing the world. The setting did not matter. Whether it was in our university's dining hall or driving across the country together, our worldviews left us optimistic that we could influence positive change in our communities. Something I gathered from these conversations was Jake's sincere desire to make the world a better place. As much as I wanted Jake to stay on the east coast, he sincerely believed he could have the biggest impact by moving back to Fresno. As we discussed his career with Bitwise in its early years, I believe Jake thought he was on track to accomplish his ambitious if naïve goal of changing the world. He was in his element creating something from the ground up. I know Jake sacrificed to achieve this goal—friendships such as ours, to say the least. I suspect Jake believed Bitwise was doing a good thing and felt that, if he could just get over the next financial hump, the company would continue to impart a positive impact on their community.

Sending a person to prison is no small task. When that time frame shifts from months to years, the task is unenviable. Regardless, Jake broke the law and will likely go to prison for a long time. Candidly, I do not grieve for someone I considered a brother more than I grieve for his wife and children. Sarah, Tinsley, Hazel, and Huxley will suffer more than Jake. They committed no wrong deed. They will lose daily access to someone who loves them unconditionally and wants them to pursue their dreams with unbridled zeal. For their part, I urge you to consider a term of imprisonment as a minor tool in the proverbial toolkit of justice.

As for Jake, my estimation is he will succeed. Whether he is sentenced to five years, or twenty, I suspect Jake has already begun his transformation. He will be punished; he must be for our society to succeed. But he will learn from his errors at Bitwise. I trust Jake will continue to put others before himself. I trust he will strive to figure out what success looks like as an incarcerated and

convicted felon and pursue that with unmatched vigor.  Most importantly I trust Jake will find a way to take this incomprehensible life experience and utilize it to effect positive change.

I welcome the opportunity to discuss my knowledge of Jake and  his potential for positive impact in our society in my personal capacity.  I am available by phone at ███████████ or by email at ███████████

Sincerely yours,

Michael Pierrie

# EXHIBIT 52

August 12, 2024

Thomas Revelle
Senior Associate
Delegate Advisors

123 Ivy Brook Lane
Chapel Hill, NC 27516

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

Jake Soberal and I met in 2005 at the start of our sophomore year of college at the University of North Carolina at Chapel Hill. Our initial interactions were as teammates on the Men's Rowing team, but over following 3 years we became close friends, and lived together for our final two years of college. After we graduated in 2008, Jake moved to California and I remained in North Carolina. We did not have regular contact, but we talked occasionally and our bond from college was strong enough that we were groomsmen in each other's weddings.

I initially followed the Bitwise case through the news, but a few months ago Jake and I reconnected by phone. In that conversation, and in subsequent follow-ups, Jake acknowledged that he made some serious mistakes and broke the law. I am writing this letter not to refute any wrongdoing, but to help paint a picture of who Jake is as a person.

I first got to know Jake through the lens of rowing. He was a dedicated oarsman who prioritized working hard every day to make himself and the team better. Rowing at the collegiate level is an extremely demanding sport. In general, we would practice twice each weekday and on Saturday mornings. Getting up at 5:30am to practice before class, then going back to the boathouse or weightroom in the afternoon meant that Jake had to be disciplined with his studies, his health, and his time management. I can't recall Jake ever missing a practice. Beyond just showing up, Jake always put his all into each workout. His attitude and work ethic were infectious and certainly made me a better rower and person.

The Men's Rowing program at UNC is a club program, so most of the funding comes from rower dues and fundraising. Jake recognized this as a huge challenge, and over the course of his three years at UNC, he helped start an endowment for the program that is still helping to support today's student athletes. This initiative required organizing alumni, networking with local supporters, and working with the University. In addition to starting the team endowment, Jake organized annual alumni dinners. His blueprint for alumni gatherings is still used today. Jake saw a problem – lack of team funding – and worked tirelessly to help improve the situation, not just for himself but also for the generations of rowers that came after him.

As a teammate and friend of Jake's I saw his passion, dedication, and hard work. I saw him care about me. I saw him be a leader and I looked to him as someone to emulate. I realize that he has made mistakes in life, and I believe he fully accepts responsibility for his actions. I think he regrets what he did and will accept his punishment and learn from it. I ask that in sentencing him to his punishment, you would be lenient. I look forward to supporting Jake now and into to future, and would be happy to speak further if you have any questions about the contents of this letter. I can be reached using the contact information above.

Sincerely,

Thomas M. Revelle

# EXHIBIT 53

8/19/2024

Jessica Sabbatini
Speech-Language Pathologist

1741 Glen Dunbar Lane, Clovis, CA 93619

██████████████████

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

My name is Jessica Sabbatini, and Jake Soberal is my brother-in-law. I've known Jake for approximately 23 years, having first met him during the early stages of his relationship with my sister, when they were in high school and I was around four years old. I am aware that Jake has recently pled guilty to two felonies. Throughout this challenging period, he has been forthright and sincere with me about his actions, taking full responsibility for his mistakes. He has frequently expressed deep remorse for the impact his decisions has had on our family and other members of the community. He has been open to answering any questions I've had or addressing any concerns. I am writing this letter to shed light on Jake's character beyond this situation. Jake is a devoted husband to my sister, a loving father to my nieces and nephew, and a supportive big brother to me. I have seen Jake as caring, intentional, passionate, selfless, and hard working. He is also supported by a broad community of people. I believe that these qualities truly represent Jake's character.

Having known Jake since I was a young child, I have always seen him as an older brother. He consistently showed me kindness and support by attending various events, from birthday parties to soccer games and track meets. What stands out most in my memories of Jake when I reflect on my childhood is the immense love he demonstrated for my sister. He always treated her with the utmost respect and care, never speaking unkindly of her. Jake provided me with a powerful example of a healthy relationship, setting a standard I aspired to when I grew up.

When Jake married my sister, it was evident he would be an exceptional husband. I had the honor of standing by their side as a bridesmaid on their wedding day, celebrated by over two hundred guests who also cherished their union. Shortly after their wedding, Jake and my sister welcomed their children. I was privileged to be present at the births of one of my nieces and my nephew, witnessing firsthand Jake's unwavering support and love for my sister during delivery. For the past eleven and a half years, Jake has been a devoted and loving father, just as he has always been to my sister. Through these experiences, I know that Jake would do anything to support his family.

In addition to being a devoted husband and father, Jake is always ready to lend his support to others in need. For instance, when I was applying to graduate school, I turned to him for help with my Letter of Intent, knowing his exceptional writing and speaking skills. Without hesitation, Jake assisted me in brainstorming ideas to include in my letter, demonstrating his selfless mentorship. He offered his assistance generously, expecting nothing in return.

Furthermore, given the deep respect and admiration my husband and I have for Jake, we asked him to officiate our wedding in 2022. Jake invested countless hours crafting a heartfelt ceremonial speech, ensuring it reflected what was most important to us. His delivery was exceptional, and many of our guests praised his performance. Jake's dedication and thoughtfulness greatly contributed to making our wedding day unforgettable.

Thank you, Honorable Judge and U.S. Probation Office, for your thoughtful consideration of my letter. I respectfully request leniency in Jake's sentencing, as I believe it is crucial for him to return to his children and support my sister in raising them. Research highlights the vital role a father plays in a child's development, and his absence will significantly impact my nieces, nephew, and sister.

I am confident that Jake's strong educational background, professional experience, intrinsic motivation, and the support he has from his community will enable him to contribute positively to society after sentencing. His deep love for his family and his steadfast Christian faith are strong motivators that will guide him to avoid repeating this mistake.

Please feel free to contact me using the provided information if you have any questions or require further verification. Thank you for your consideration.


Sincerely,

Jessica Sabbatini

# EXHIBIT 54

Dear Judge and Probation Office,

I am writing this character letter on behalf of my client, Jake Soberal who has been under my care since July 15, 2021. Jake has attended weekly therapy sessions with me, demonstrating consistent engagement and commitment to personal growth and accountability.

Throughout our time together, Jake has shown a deep understanding of the gravity of their actions and the impact they have had on others. He has expressed genuine remorse and have taken full responsibility for the offense. From the beginning of our sessions, Jake has been open and honest about their behavior and has actively sought ways to make amends.

A significant focus of our therapy has been on improving Jake's emotional regulation and decision-making skills. He has worked diligently to understand and manage their emotions, which has led to better control over impulses and reactions in challenging situations. For example, Jake has developed techniques for managing stress and anxiety, allowing him to respond more calmly and thoughtfully. This progress is evident in his ability to navigate daily challenges with greater patience and understanding.

To support Jake in their journey toward rehabilitation, we have implemented several therapeutic strategies, including cognitive-behavioral therapy (CBT), mindfulness practices, EMDR, and skill-building exercises. Jake has actively participated in these interventions and has demonstrated significant progress in developing healthier coping mechanisms and decision-making skills. He has shown marked improvement in making more thoughtful and responsible choices, both in personal and professional aspects of their life.

In addition to our sessions, Jake has taken steps outside of therapy to further their rehabilitation. He has become involved in community service, particularly through volunteering to coach children and assist at their local church. Jake has found these activities rewarding, as they provide an opportunity to give back to the community and serve as a positive role model. Additionally, he has engaged in other volunteer work, helping at various community events and organizations. These experiences have been instrumental in reinforcing his commitment to personal growth and community contribution.

Based on my professional assessment and the consistent effort shown by Jake, I believe that he is genuinely committed to making positive changes in his life. Jake has demonstrated a sincere understanding of the consequences of his actions and has taken concrete steps to ensure that such behavior will not be repeated in the future.

I understand the seriousness of the charges against Jake and the importance of accountability. However, I also believe that he has the potential to rehabilitate and contribute positively to society. Jake has shown a willingness to learn from this experience and to grow into a more responsible and empathetic individual.

In conclusion, I respectfully ask the court to consider the progress Jake has made in therapy and his commitment to change when determining an appropriate sentence. I am confident that with continued support and guidance, Jake can move forward in a constructive and meaningful way.

Thank you for your time and consideration.

Sincerely,

Johnny Simmons
Licensed Marriage and Family Therapist
Simmons & Simmons Wellness Center
Fresno, Ca



# EXHIBIT 55



August 23, 2024

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

My name is Phil Skei. I am one of the founding pastors of On Ramps Covenant Church and Assistant Director of the Planning & Development Department at the City of Fresno. The intersection of the two roles I play in our city has forged a perspective that leads me to write this character letter on behalf of Jake Soberal.

I have known Jake for six years, having first been introduced to him as co-founder of Bitwise. As we became acquainted, I discovered Jake's faith was an integrated element of both his personal and professional life. In addition to the ways he expresses his faith through his devotion to his family, I discovered how Jake also, through Bitwise, was seeking to make our city better, starting with those on the margins.

My first introduction to Jake was at an event Fresno Pacific University was hosting, where Jake was serving as a volunteer guest panelist. Fresno Pacific was awarding cash prizes to social enterprises seeking to make a difference in our city, similar to Bitwise. Jake participated in this event annually for several years coaching and investing in the next generation of entrepreneurs. I later found myself working with one of Jake's close friends trying to develop some projects in our downtown neighborhood and we needed Jake's counsel. On multiple occasions Jake generously made himself available to meet with prospective sellers and lend his credibility to projects our non-profit development corporation could not do alone.

In 2020, our church purchased a downtown property for use by our congregation, but also to provide below-market office space to small businesses, and to serve as a community center for the neighborhood. However, due to the effects of the pandemic our budget became inflated, and we needed additional funds to complete the work. I still did not know Jake particularly well at that time but reached out to him because I knew how much he cared about downtown and believed in our church's model dedicated to making Fresno better. In the final days of 2020, I sent Jake a text message requesting his financial support; shortly thereafter, our church received an encouraging card accompanied by a check. Anyone who knows Jake, knows him to be an incredibly generous person.

This is what made Bitwise so unique! Though Bitwise itself was a business, the person behind the company was led by deep convictions that extend well beyond profit. Though I consider these convictions to be one of Jake's greatest assets, we have all perhaps learned that they became a liability as he was driven to help others to such a degree it led to some unsound decision-making.

In my faith tradition a parable is told of a Good Samaritan who encountered a brutally beaten Jewish man left for dead on the side of the road. Prior to the Samaritan arriving

balance. They were busy. They were concerned about their own uncleanliness. They had chosen to pass by on the other side of the road. When the Samaritan arrived, he also had concerns about helping someone whose people had not been kind to Samaritans, but in that moment the Samaritan's humanity determined his response as he transported the Jewish man to the nearest hotel, bandaged his wounds, and made certain to pay for any additional costs his medical care would require.

As a pastor who regularly works alongside developers and decision makers in our local Government, striking a balance between my duties as a public servant and my Christian faith is not always easy, and I am not alone in this endeavor. Most people are trying to balance their values against their vocation, but what I believe makes Jake extraordinary is the bold way in which he seeks to do both simultaneously. Bitwise was a bold vision being pursued with a bold strategy; and Jake is a deeply committed man of Christian faith whose sense of calling compelled him to regularly donate his time and money to things that he knew would help people.

There is no doubt Jake got this balance wrong, and he faces prison time as a result of hurting many, many people. My hope is that the judicial system will be lenient recognizing how much Jake Soberal has to contribute to our city. Jake is who he represents himself to be—talented, bright, broken, and profoundly repentant. The greater good to society will not be served through an extended prison sentence, but if Jake is able to live out his faith and commitment to make communities better.

Jake is one-of-a-kind. It breaks my heart to see how much he has hurt those who trusted him, but it also breaks my heart imagining Jake incarcerated, not being able to pay for his mistakes in the most meaningful ways—by repaying those who were financially harmed and by creating more opportunity for those who find opportunity to be elusive. I am confident the mistakes Jake made are mistakes he will never make again.

Please receive this letter affirming Jake Soberal's character as a representation of my personal knowledge of him. Despite his mistakes, he retains my full trust as a pastor, public servant, and member of our community.

Sincerely,

Phil Skei
Pastor

*A Healing Community Healing Its Community*
1955 Broadway Street, Fresno, CA 93721 • ███████████

# EXHIBIT 56

August 26, 2024
Sarah Soberal
Occupation: Human Resources, Golden Charter Academy K-6th (Fresno)
Home: 660 E Pine Ave, Fresno, CA 93728
█████████████████

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

My name is Sarah Soberal and I have been married to Jake for 15 years, however, we have been best friends for 23  - since we were 15 years old.  Anyone that has met Jake can easily speak to his character because he truly wears his heart on his sleeve, but I will go ahead and lay claim to knowing him better than anyone.  I hope that this letter can help you in getting to know who he truly is.

When we were 18, Jake's excitement and energy for life pushed me to consider going to college on the other side of the country.  I had never even been on an airplane. But he challenged me to see the possibilities and gave me the confidence to face the unknown, and the summer after high school I found myself with 3 full suitcases flying to New York.

Over the years, that has become one of Jake's biggest gifts; to help others see life's abundance of opportunities and help them take the first steps towards them.  Our community today turns to Jake as the one for motivation, support, and strategy to accomplish their dreams.

"What are the two most important things?  Love God, Love Others."   These are the words I listen to Jake say to our 6 year old as he leaves the house for school each morning.  Though these are truly values he wants to instill in our kids, he also lives by these 2 things himself.  I'll be the first to admit he is not perfect, but Jake is the man who will take the shoes off his own feet to give to a stranger.  He is the man that will give his last dollar to someone that needs it.

My husband is a 3 on the enneagram:  ambitious and charitable in health, and terrified of failure in unhealth.  But he is also the best qualities of a 2, 6, 7, 8 and 9:  loyal, reliable, grateful, spontaneous, merciful, confident, harmonious, and creative.

The greatest qualities that he has brought into our marriage are honor, loyalty, patience, and love. I was a "stay-at-home-mom" for 10 years while Jake worked long days to develop a company that brought hope to our city and jobs to the overlooked. There were many days he came home to an exhausted wife who had spent too many hours juggling pacifiers and cheerios. He never went straight to the couch after his own long day, but jumped in and cooked dinner, played with the toddler, or started in on dishes from breakfast.  On more than one occasion he came home on a Friday and sent me to the beach alone while he stayed back with our 3 little ones.

I could not have asked for a better partner in marriage and parenting, and my kids couldn't have gotten a better dad.  From the early days when he was up in the night rocking each of our babies, to kneading dough with them at Thanksgiving, to coaching their U6 soccer teams in the fall,  digging the most gigantic holes with them at the beach, and saying prayers with them at bedtime.  Twice Jake even took a young child with him on an out-of-state work trip.

I want my kids to be more like Jake than me.  He loves God and loves others better than I ever will.

I have already mentioned, like everyone, he is not perfect. Jake is certainly going to mix the whites with the darks in the laundry room - but he is also going to put a lien on his whole house because he believes in you. Jake is going to forget to lock the back door at night - but he is the guy that opens the front door and says yes to the teenager wanting to wash his car. Jake is going to procrastinate getting the oil changed - but he will be there in 15 minutes if you break down on the way to work.  Jake is surely going to spend too much at the grocery store - but he is going to write you a check with no questions asked when you need help.

Jake takes your call, no matter what.  He says yes when you need a babysitter.  He builds a fence with you in the pouring rain.   He loves others with all his soul.

Jake didn't start Bitwise to fill our bank account. He started Bitwise to bring wealth to our city.

Unfortunately, the speed in which the company grew turned this pure desire into an impossibly heavy burden that lead to extreme levels of stress and pressure.  He made desperate decisions that he so badly wishes he could go back and do differently.

I can say with confidence that Jake won't make this type of mistake ever again.  Jake has learned that even the best of intentions doesn't make something right. He has learned that he is capable of doing really great things- but the value of trust and integrity outweighs everything. He has gained wisdom from these mistakes that he will never let go of.   In this past year after Bitwise collapsed, Jake has found peace in this quiet.  He has learned what the warning signs of unhealthy speed and overcommitment look like, and how to change course when it happens.

With respect,

Sarah Soberal

# EXHIBIT 57

August 12, 2024
Jason Staicer
Professional Civil Engineer
849 N. Rogers Avenue, Clovis, CA, 93611
████████████

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

I am Jake Soberal's brother-in-law. I have known Jake since my sister, Sarah, his wife, became good friends with him in the early 2000's. I'm 35 years old and have known him for around 20 of those. He is my sister's husband, the uncle of my two sons, and the father of three of my nieces and nephews. He is my friend and a loved member of our family. He is an organizer and the planner of many of our family's regular gatherings and traditions. He is someone who demonstrates what it means to value community and family. That is how I know Jake. I understand what he has recently pled guilty to. I also understand who he is and what his character is from an additional 20 years of experiences with him.

From those experiences, I have come to understand that Jake places enormous value on family and community.

My sister and Jake have brought our families together more times than I can count and more than anyone else has. They invite our families together for holidays and random football games. When my mother, who lives in southern California, comes to visit, she stays with them and we all go to the Soberal house to see everyone. Jake is one of the most generous and welcoming people that I know. He removes barriers that can keep people apart, making sure food, a ride to his house, a place to sleep, or any other need is provided. Years ago when our families and my mother's family were planning to get together at a more central location in the state, Jake personally offered his help with some of the expenses of the trip if we needed it, saying he just wanted to make sure everyone could be there.

My wife and I have gathered and met so many good people at the Soberal house. Early birthday parties for my nieces and nephews featured two dozen kids and a kiddie pool of soapy water for making bubbles. They were simple and centered less around one kid or another, and more around the friendships of the kids and parents. More recently, Jake and Sarah hosted a music recital for their kids' music teacher and students. Families brought lawn chairs and beach towels and spread out on the front yard, while the kids took turns performing a piece of music that they had been working on. My oldest son was only just starting to walk but I jumped at the chance to show him what it looks like to celebrate

community and family and music. I'm grateful for Jake for experiences like those for myself and my kids.

I have also come to understand Jake as a deeply caring person.

Jake is one of the most caring fathers and husbands I know, and he talks openly about his feelings for his family and how much he loves them. I have learned a lot about being a father from watching him and the way he interacts with his kids. We talk about the books we're reading with our kids and which ones we have memorized. He encourages them to have confidence and be good people. For years I've heard him explain to his kids how they should behave and why it matters. He talks to them about the importance of kindness and treating people with compassion and respect. I recall one instance where his oldest daughter was having trouble with another child at school and was upset and frustrated with them. He told her that he understood why she felt that way but that it is important to treat them kindly regardless. Instead of solving their problems, I have watched how he builds them up and empowers them. Jake lives for his family. I've watched him apply his competitive nature and ambition to his family, working to provide the best that he can for them and working to improve himself to be a better father and husband.

Jake's compassion extends well beyond his own household. When my first child was only two weeks old, my wife had to be taken to the emergency room and received emergency surgery. I had never made a bottle or been alone with our child for more than a few minutes. It was an upsetting evening and I let my family know what was going on. Jake was the first person to reach out personally and offer his support and his help. He reminded me of my better qualities, encouraging me and giving me confidence to deal with the situation. He genuinely cares about people and wants to see things go their way.

I understand the importance of upholding laws and standards, and that there are reasons for their existence in the first place. I also believe, without a doubt, that my family and my community are better with Jake included. I trust that his punishment will be delivered fairly, but selfishly pray for one that allows for his positive presence in our lives for as much as possible. I look forward to a time where it is behind him so that he can continue to bring people together and build people up, which is how I have known him for so long.

I am grateful for the compassion and generosity that Jake has shown my family over the years and will to do whatever I can to support him and his family. I know that he will continue to dedicate his life to his kids and my sister. He has this to deal with, but he has me and the community he has invested in behind him to help him going forward; not because we owe him but because things are genuinely better when he is at his best.

I realize that the version of Jake I've described may seem inconsistent with the one that pled guilty in this case. But his character and his actions ever since I've known him are real and, I believe, who he is and who he wants to be. He has acknowledged personally to me the mistakes he made and the fact that he takes responsibility for what he did. But I have

witnessed so much more than that. I respectfully request that the Honorable Judge consider this in his or her sentencing. If I can provide any further information or be of any help, please don't hesitate to contact me.



Sincerely,

Jason Staicer

# EXHIBIT 58

# Jake Soberal Reference Letter from Sean Staicer

---

Sean Staicer



To whom it may concern,

My name is Sean Staicer, and I'm Jake Soberal's younger brother-in-law, though "brother" is the title that Jake has always insisted on. Our relationship began when I was about five years old, and Jake was a high school sophomore dating my sister, Sarah. Over the past 23 years, Jake has become more than just a familiar face at family gatherings—he's been a guiding light, a steady hand, and an integral part of our family's story.

Let me introduce you to the family Jake became part of. We're a big, boisterous, and loving bunch—my parents, my four siblings (Mike, Sarah, Jason, me and Jessica), and now, seven nieces and nephews, three of whom are Jake and Sarah's children. I've been there for the birth of each of their kids, standing by as life unfolded in beautiful and challenging ways. Through all of it, Jake has been there too, not just as an observer, but as someone who actively shaped our family's journey.

Our family, like any, has had its ups and downs, but it's always been filled with love and laughter. We've celebrated countless Christmas surf 'n turfs (Jakes favorite), Thanksgiving feasts, weddings, and more—all with Jake at the heart of it. Jake isn't just someone who shows up; he's someone who makes things happen. He knows that strong, loving families don't just appear—they're built with intention, care, and commitment. And that's exactly what Jake has brought to our family for more than two decades.

Jake has always been more than a brother-in-law to me. He's been a true older brother—someone who reaches out when you need it most, often before you even realize it yourself. Whether I was contemplating a career change, moving across

the country (twice), or dealing with the pain of a broken heart from a girl, Jake was there. He didn't just offer advice; he made sure I knew I wasn't alone. His support has been a constant in my life, and it's something I hold dear.

But if you really want to understand Jake, you have to look at the way he loves my sister and their children. Jake has built an incredible family, and he's one of the most dedicated, loving fathers and husbands I've ever seen. His love for Sarah is deep, unwavering, and it shows in everything he does. They've created a family that is strong, united, and full of love, and that's a testament to Jake's character.

One of the most touching things about Jake is a ritual he and Sarah have with their children. Every night at dinner, they go around the table and share how they saw Jesus working in their lives that day. It's a small, beautiful way to keep their family grounded in faith and gratitude, and it speaks volumes about Jake's dedication to his family's spiritual growth and well-being.

Jake's involvement in his kids' lives is total. He's there for every tee-ball game, soccer match, track meet, and gymnastics competition. He organizes neighborhood gatherings, coaches teams, and even encourages his kids to pursue piano lessons with me over Zoom, turning it into a fun family activity. Jake's commitment to his family is profound, and it's something I deeply admire.

I could fill pages with stories of how Jake has been there for me, for Sarah, for our entire family. But the truth is, Jake's impact can't be summed up in a list of events. It's in the countless moments—big and small—where he's shown up, stepped in, and made a difference. As a Christian, I believe that our lives are made up of many chapters, and Jake's story is one of kindness, love, and faith. This past year has been incredibly difficult chapter for everyone involved with Bitwise—family, friends, investors, the community—but I truly hope that leniency can be shown in his sentencing. If Jake is sentenced to prison, I am committed to helping him reintegrate into the workforce, just as he has always supported me in my career. I'm in a position to hire and mentor, and I will do everything in my power to help Jake find his own way back to success.

Jake is so much more than the events of the past year. While his passion for Bitwise and the Fresno community was immense, his calling has always been as a brother, father, and husband. That's always been his true God-given vocation.

Thank you for taking the time to read my letter. I hope it's given you a glimpse into the love and strength that Jake has brought into our family. He is more than a man

caught up in a difficult situation—he is a devoted brother, father, and husband, and our family is better because of him.

Please feel free to reach out to me if you need any further information.

Thanks so much,

Sean Staicer

███████████

██████████

P.S. When Jake proposed to Sarah, he didn't just ask me to be a groomsman at their wedding—he asked me to be his brother. I was about 14 at the time, and I'll never forget the moment. He wrote me a poem, which I still have to this day, and it meant the world to me. I've attached a photo of the original letter, but if it's hard to read, here's what it says:

"To my new brother, Sean Robert Staicer. Long ago I met your sister. Once or twice I've even kissed her. She's my favorite, my best friend. But there's still more, that's not even the end. You see, she's got this great family. They once were a them, but soon will be a we. Your Mom, your Dad, Jason, Michael, and Jess too, have become dear to me, and that includes you. So now as I ask Sarah to be my wife, I also want you to be a big part of my life. I want us to hang out and do cool stuff. Like a big brother, you can always talk to me when things get rough. This all starts with one special day, of which you're a part in a very special way. There's one question I have to ask, is being my groomsman too big a task? If it's not it'd mean a lot, I'd sure like it if you gave it a shot. Sincerely yours, Jake A Soberal"



# EXHIBIT 59

Dr. Timothy M. Stearns
Emeritus Professor of Entrepreneurship
California State University

1101 Vega Way
San Marcos, CA 92078

████████████

To the Honorable Judge Hearing this Case and the U.S. Probation Office:
I am writing this letter on behalf of Jake Soberal, who I have had the privilege of knowing since
his return to Fresno as a newly minted intellectual property attorney. Jake's arrival in the Central
Valley was marked by his passionate desire to work with entrepreneurs and foster the growth of
startups in our region. His commitment to the community and dedication to creating positive
economic opportunities have been evident in his actions and contributions over the years.

**Commitment to Community and Entrepreneurship**
From the moment Jake returned to Fresno, he displayed an unwavering dedication to the local
community. As an intellectual property attorney, he recognized the potential for growth in the
Central Valley's entrepreneurial sector. Jake's vision was not only to provide legal support but
also to actively participate in the region's economic development. His goal was to help foster a
vibrant ecosystem where startups could thrive, and he was willing to put in the effort to make
meaningful connections with key leaders in the community. I had the pleasure of assisting him in
this endeavor, and it was clear that his intentions were always centered around contributing
positively to the area's growth.

**Supporting Future Generations of Entrepreneurs**
Jake's passion for entrepreneurship extended beyond his professional life. He often volunteered
his time to speak in my college courses, sharing his knowledge and experiences with students.
These presentations were not just lectures; they were interactive sessions where Jake engaged
with students, answered their questions, and provided valuable insights into the world of
business and law. His willingness to do this without any expectation of compensation
demonstrated his genuine commitment to supporting the next generation of entrepreneurs. Jake
believed in empowering young people to pursue their dreams and was always willing to offer his
guidance and support.

**Active Participation in the Entrepreneur Mentor Program**
Jake's involvement in my Entrepreneur Mentor Program was instrumental in the success of many
students. He regularly met with participants, offering one-on-one mentorship and legal advice to
help them navigate the complexities of starting their own businesses. His guidance was not
limited to legal matters; Jake provided a holistic approach to mentorship, addressing the various
challenges that new entrepreneurs face. His support helped many students overcome obstacles
and build a strong foundation for their ventures. Jake's dedication to the program was
unwavering, and his contributions significantly enhanced the learning experience for everyone
involved.

**Vision for Economic Development in the Central Valley**
One of Jake's most significant contributions to the community was the founding of Bitwise, a
company that arose from his vision of building an economic engine in the Central Valley. Jake
recognized a critical need for technology jobs in the region and sought to create opportunities

that would retain local talent. He believed that much of the technology work in the area was being done independently, and he aimed to create a collaborative environment where these efforts could converge. Through Bitwise, Jake provided a platform for aspiring technologists and entrepreneurs to develop their skills and pursue their careers without having to leave the region. This initiative not only created jobs but also fostered a sense of community and collaboration among local professionals.

**Impact on Students and the Community**

The impact of Jake's work at Bitwise was profound. Many of my students were able to launch their businesses within the Bitwise ecosystem, benefiting from the resources and support it provided. Others joined the Bitwise team, gaining valuable experience and contributing to the company's growth. Jake's efforts helped to create a thriving community of innovators and entrepreneurs in the Central Valley. His work provided a pathway for young talent to remain in the area, contributing to the local economy and reducing the need for them to seek opportunities elsewhere.

**Personal Reflection and Understanding of the Situation**

While our direct contact diminished during the years of Bitwise's expansion, Jake and I always shared a common belief in the power of entrepreneurship to transform the Central Valley. Throughout the years I have known him, Jake has consistently demonstrated good character and a genuine concern for the well-being of others. He has always been someone who put the needs of the community and those around him above his own.

It is with a heavy heart that I acknowledge the situation Jake now faces. I believe he made a series of egregious errors in judgment that have led to this unfortunate outcome. Jake is fully aware of his actions and has expressed a deep understanding of the consequences he must face. He does not seek to absolve himself of responsibility, and he acknowledges the seriousness of the charges against him.

As someone who has witnessed Jake's positive contributions to our community and his dedication to fostering economic growth, I am deeply saddened by the current circumstances. I believe that, despite his mistakes, Jake has the capacity to learn from this experience and contribute positively to society in the future.

**Conclusion**

In conclusion, I would like to reiterate that Jake Soberal has been a person of good character throughout the time I have known him. His contributions to the community, particularly in fostering entrepreneurship and economic development, have been significant. While he has made serious mistakes, I believe he is capable of recognizing his errors and taking steps towards redemption. I hope that the court will consider his positive contributions and potential for rehabilitation in its sentencing decision.

I would be happy to provide any additional information or clarification if needed. Thank you for taking the time to consider this letter as part of Jake's sentencing process.

Sincerely,


Dr. Timothy M. Stearns

**EXHIBIT 60**

September 25th, 2024

Ben Strickland

Owner @ Tink Construction

315 W Olive Ave. - Fresno, CA. 93728

███████████

██████████████

To whom it may concern,

It is my pleasure to write to you regarding my friend Jake Soberal. Over the last 3.5 years, I feel I've come to know him well on a professional and personal level. Before I even started my new job at Bitwise, my friend John Datson called me to congratulate me. Apparently, Jake (CEO at Bitwise) had called him shortly after I was interviewed for a job at Bitwise. My friend John, which owned the building that Bitwise originated, called me on Christmas to congratulate me on my new job. That gesture definitely made me feel welcome at my new place of employment.

I initially came to know Jake from the "All Company Zoom Meetings". Weekly, him and two other leaders of the Bitwise company would share updates on company events, touch on personal issues (to make themselves vulnerable) and relay information on the current Covid situation in the world. They would also discuss what direction we were going as a company. I very easily noticed his friendly demeanor and excellent communication skills. He seemed humble and forward moving in his tone. And from the get-go, I liked his attitude with progressing as a company and his appropriateness when he shared his take on things in relation to his Christian beliefs. It's always refreshing when someone has a strong dedication to a particular idea (way of thinking) and doesn't upset others when they share their opinion on things.

And so, time went on. I might have seen him here and there over the first year I was there. After maybe a year of my employment, we had a short conversation over a heavy topic. At his house, during a funeral gathering for a co-worker, he was clearly upset, because the man that had died was a good friend of his. I tried to sooth him the best I could, telling him that I don't believe that

souls necessarily die, that JP is still here in some sense. This conversation allowed me to see an even more vulnerable side to Jake. Jake impressed me with his caring for those around him and knowing that he cared about his employees as if we were family was very meaningful to all of us as a team.

A few months ago, I was hired to do a renovation project, working with Jake again. Seeing him several months after Bitwise filed bankruptcy, I expressed to him that my experience at Bitwise was a good one and positively impacted my career. Working with Bitwise I was able to foster an attitude of growth, optimism, and dedication, motivating me to start my own construction company.

And currently, working with Jake on a renovation project, I clearly see his ability to organize groups to do wonderful things and be successful in creating a great product. We have had weekly meetings at our job site, involving the 2 program managers and the designer. As a Program Manager, Jake has a huge involvement in brainstorming ideas & strategies, keeping accurate track of our progress and setting scope of future work. After 11 weeks of meetings, phone calls, texts, and collaboration I see his work ethic, heart, and willingness to get involved to get the job done. Not only has he coordinated vendors and collaborated with the owner of the business, but has kept accurate notes of our weekly meetings, scheduled deliveries, helped with some construction on site and even went on Home Depot runs. He has poured himself into the project, to say the least!

I look forward to working with Jake again as he has always set an example for the team and I to be reliable and proactive with getting things done. He is dependable and trustworthy and has obviously helped usher this project to a successful finish. I can only see him doing that again and again in the future.

Thank you for your time.

Please contact me if you have any questions.


Sincerely,

Ben Strickland

# EXHIBIT 61

August 12, 2024


Morgan Soberal-Terry

████████████████████████████

RE: Case against Jake A. Soberal


To the Honorable Judge hearing this case and the U.S. Probation Office:


    My name is Morgan Soberal-Terry, and I am Jake's younger sister. As of the posting of this letter, I have been existing in Jake's orbit for 36 years. In that time, we've both been many things and chased many dreams as we learned to exist in the world around us. We have not always run in the same circles or had the same interests, but we have both always shared something deeply powerful: our roots. I am writing this letter in support of Jake, but while many will write to tell you of his excellent character, I wish to describe to you those shared roots to help you understand Jake as I do.


    Over the years, I have watched Jake strive for great heights and do phenomenal things; Jake tends to pursue excellence in his every endeavor. From an early age, he was not ever quite satiated by the status quo. Jake strove to get the best grades, attend the best schools, lead in student groups, and push it to his limits in athletics. At just 13, a fellow classmate and bully disabled Jake in an attack that led to a dangerous surgery, Jake spending a year in a wheelchair, and having to learn to walk again. Though he had the opportunity to have the classmate expelled, he never had a desire for revenge for the pain that classmate caused him and chose forgiveness. He also showed grace to the many people who I watched mistreat him while he was maligned to his wheelchair. For the duration of his injury, Jake just wanted to stand again and start moving towards his goals. When the summer came that he did leave his wheelchair behind, Jake started running, literally and figuratively, to a better self.


    Growing up, my siblings and I did not usually have to want for anything physical, be it food or extras. My father made decent money and took care of making sure we had the things we wanted. For the longest time, I believed that meant we had an ideal childhood, and I believe both my brothers were under the same impression. It did not occur to me until I was an adult that children need far more than the things that money provides.

I do not wish to write this letter to tell you that our parents were bad people, which I do not believe to be the case, but that they were and are deeply broken people trying to recover from complex childhoods of their own. Whatever traumas they faced, the repercussions spilled over onto my brothers and I in ways that were hard to quantify as children. Largest among these is the inability to accept an average existence. Honestly, one of the first things I can ever remember my father saying to me is that I "was born to be a leader." Sure, it is a parent's job to push their children to great heights, but I believe my father's desires for the greatest accomplishments for his children went to a pathological level.

You see, we could not get good grades, we had to get perfect grades. It was never, "you did your best," but always, "here's why and how you could have done better." If we were to say, become a member of the student newspaper, the reaction was to criticize why we had not become the editor of the student paper. It would be hard to quantify and explain just how much nothing was ever quite good enough. There was always a current in the water that we had to be pushing to be the most excellent, most awarded, most seen people just to matter at all. Failure to comply with and push for these accomplishments would result in withheld affection, belittling language, and unusual punishments. My siblings and I, each being different people, responded quite differently to these methods. As an example, the burden of these expectations put me under near constant emotional turmoil, and I was constantly anxious. That permanent state of high pressure wreaked havoc on my body, and I have gone on to develop severe autoimmune diseases and lifelong disabilities that have no genetic origin. A fair number of medical research studies show that childhood trauma can lead people to develop health issues. But just like constant stress can disable the body, I believe it can break the soul in just as damaging of ways. As far as Jake is concerned, I believe he internalized the expectations so much that he went on to believe it was his job not to just live his life, but to live in a way as to perpetually be trying to save others and to absolutely never risk failure. I think that Jake believes he must carry the weight of the world just to justify his existence and I believe the desperation to succeed at that can lead one to make vast mistakes.

Beyond the excruciating push for perfection and leadership, our home had other markers of great strife. While I can say that my parents never physically hit each other, I cannot say that their marriage was absent of violence. Fights would get so loud that I would seek my brothers out in fear, and we would console each other as our parents would rip cabinets from walls and hurl them at each other, throw hot food, and create a very unstable environment. It was not until I was pursuing adopting kids of my own and taking classes to learn how young brains develop under trauma that I began to fully understand how terrible things truly were at times. A favorite lesson I

have heard over the years talks about how you cannot ask a fish to recognize water because they have had no other environmental experience as a counter reference and therefore the fish cannot understand what water is because the fish has never experienced what water is not. My brothers and I did not know we were growing up in abnormal trauma, and to compound matters, my parents presented as very normal outside of our home, so no one else knew either. We did not have many relationships outside of our parents, because our parents could not maintain healthy relationships, so we did not have many reference points for what a better home life could look like.

Jake carried the brunt of the perfectionism as the golden first child, and he carried the brunt of the abuses we experienced as the stronger older brother. He sheltered me and our little brother from more than we realized, which became noticeably clear when he left for college before my sophomore year of high school. He chose schools as far away as he could, and I spent a lot of time angry with him, because he was not there to soften the blows anymore. It took a long time for me to even consider what his childhood must have felt like if he was shielding our brother and me from a hurricane that we even still felt battered by.

When Jake told me he wanted to start Bitwise, I thought he was crazy! He had his first child on the way and was planning to leave a well-paid job as a lawyer… But I was never surprised by the business plan: of course Jake wanted to start a business to help people and maybe even help Fresno. And on June 1, 2023, when I learned alongside the world that Bitwise failed and later learned all the details, I was again not quite shocked; shocked that he failed, yes, but not shocked at the why behind the crime: Jake did not want to let people down. He did not enrich himself, there are no secret accounts and untapped riches hidden – believe me sometimes I wish that were the case, but no – he wanted to keep making payroll for the people who relied on him. And honestly, that tracks with the why behind what makes Jake tick.

It has been a wild time since that June 1st day. I have watched a man I once felt was infallible become more human. I have seen Jake's contrition and his regrets. I have also watched him finally go to therapy and contend with what our younger brother and I had never been able to get him to acknowledge prior – that we were raised under the pressure and in the shadow of unfair demands on our personhood. Dostoevsky wrote, "The greatest happiness is to know the source of unhappiness." The source of Jake's unhappiness and the root of his crimes have become clear to him, I believe, and my hope is that as he continues to heal emotionally and discover who he is without the demands of an unnecessary pursuit of greatness, he can build a life based on truth and strength of character, not an unrelenting need to save everyone but himself. Now he knows that, as Dostoevsky also wrote, his "worst sin is that [he has]

destroyed and betrayed [himself] for nothing." I believe Jake is now ready and able to do better, to be better.

I mention all of this because, to me at least, it does not just matter that a clock tells you the time. I find it fascinating, and very much of consequence, what makes a clock tick. As people, we are programmed by our childhoods, and it takes time to deconstruct what needs to be unlearned. Sometimes, finding success too soon in life prohibits the time needed to go through the necessary deconstruction that would allow you to be your best self. I do, however, want to be clear – I do not offer this information as an excuse or justification for Jake's admitted actions; rather, I think having a wholistic understanding of a person and what drives decisions can help determine whether someone would make the same mistake twice. In this case, I believe Jake has been wholly changed by his mistakes and the repercussions of his worst decisions. The why behind his worst mistakes has now become a leading reason he could never commit these mistakes again. I would like to live in a world where a person is more than their worst choices and where restitution leads to a chance of recovery, and that is the place I ask you to consider Jake's sentence from.

There is no question that Jake committed a crime, but judge I ask you to consider that background story that led Jake to those decisions. I beseech you to consider what a truly intelligent man, unburdened by the consequences of abuse he is healing from could go on to achieve. Just like Jake picked himself up out of that wheelchair and ran towards better days, I believe he can still do remarkable things, be they big or small; but I believe nothing can be done from a prolonged jail sentence. He owes restitution in some form to his family and his community, and I believe that can be sought out in the next endeavors he can pursue once his sentence of your choosing is served. I ask that you err on the side of less time behind bars and more time in front of the people he must repay.

Finally, I would speak to you of three of the most wonderful, kind, and smart children I have ever known and loved – Jake's three babies. While I continue to believe Jake will owe restitution, I believe an extended sentence away from his children creates even more victims in this circumstance. Children need their fathers when they have good ones, and Jake is an absolutely excellent father. I truly hope his errors do not remove him from his home and widen the ripples on the water he has already disrupted. I believe a sentence with reduced or no jail time in favor of restitution, a sentence that would keep him in his children's lives, is a better service of justice to the community at large. An absence of him in his role of father only serves to create another generation of wounded children.

I thank you for you time and consideration. I look forward to Jake's productive contributions to society upon release of whatever sentence you deem appropriate. My husband and I will be here to support him through his sentence and to offer support to him upon the conclusion of his sentence. One thing I know for certain is great men have rebuilt wonderful lives from bigger mistakes and I know Jake can do so as well.

Thank you,

Morgan Soberal-Terry

# EXHIBIT 62

August 26, 2024

**Slaten Richard Van Saun**
Global Director of Information Technology
Gulftech International Inc.

667 E Pine Ave
Fresno, CA 93728

███████████████

**Dear Honorable Judge and US Probation Office,**

I am writing to you on behalf of Jake Soberal, whom I have known for eight years. During the time I have known Jake, I have always found him to be a person of integrity, compassion, and dedication. While I am aware of the serious mistakes he has made, I believe it is important to provide insight into his character beyond the actions that have brought him before your court.

Jake and I first met when he and his beautiful family purchased the house directly across the street in 2016. What an incredible addition Jake and his family were (and are) to our Tower District neighborhood.  Over the years, I have seen him demonstrate an incredible commitment to his family, our neighborhood and our incredible city of Fresno.  Jake is the first person to step forward to offer help. He is the kind of neighbor that you can always rely on for support and guidance. He's a loving husband, father and friend. He's a natural leader bringing people together and fostering bonds and new relationships expanding an incredible network of friends. I have always found myself admiring Jake for how he has and still continues to make time for family, friends and neighbors despite all that is before him.

It is clear that Jake made grave errors in judgment, leading to the collapse of Bitwise Industries and his subsequent guilty plea. However, I believe these actions do not fully define the person Jake is. In my experience, he has always strived to be a better person, showing remorse and a willingness to take responsibility for his actions. His dedication to personal growth and his sincere efforts to make amends speak to the fact that he is more than the mistakes he has made.

I respectfully ask that you consider the person Jake has been throughout his life when determining his sentence. While he is prepared to face the consequences of his actions, I believe that leniency in his sentencing would allow him the opportunity to continue making positive contributions to society. Furthermore, Jake is incredibly committed to his family and has served as an amazing role model for his children. Although the magnitude of what happened is well beyond the comprehension of his three beautiful children, the cross that Jake will bear when he returns home carrying a "Scarlet Letter" on his heart and soul forever, will serve as a reminder of his actions for the rest of his life. I know Jake will work hard every day for the rest of his life to be that incredible leader, role model, neighbor, friend to all, and positive contributor to society.

Thank you for taking the time to read this letter and for your careful consideration of my thoughts.

Sincerely,

*Slaten R. Van Saun*
DocuSigned by:
92C67A62FCD54B4...
Slaten Richard Van Saun

# EXHIBIT 63

22 July 2024

Cami Vineall
Student

5325 Traci Drive, Santa Barbara, CA 93111



To the Honorable Judge Hearing this Case and the U.S. Probation Office:

My name is Cami Vineall, and I am a college student pursuing my bachelor's degree at California State University, Northridge. Jake Soberal is my brother-in-law. While I have not known Jake for his entire life, he has known me for mine. He has been there for me since the day that I was born, and I met him within the first few hours of my life. While he isn't my brother and was never asked to act as one for me, that is what he has been. Throughout my life, I have found solace in knowing that he and my sister, Sarah, are there for me. I understand that Jake pled guilty to this crime and is responsible for his own wrongdoing, as he has acknowledged in the past. I am writing this letter to share about who Jake is as a person, and who he has been for me for the past 21 years. He is one of the most devoted and caring people I know, and I have no doubt that many other people who know him view him in the same light.

Jake has been a stable force in some of my toughest times, never failing to show up for me. When I left for college for the first time, I was 18 years old and struggled with feeling alone and stuck in a town that I had no ties to. I felt constantly afraid, and Jake was one of my saving graces during that time. He helped me with nearly everything, from supporting my educational goals to finding me the nearest bus route home. When it became too much for me and I found myself in an awful environment and even worse headspace, he drove his whole family (including three very young kids) three hours, just to take me to lunch. The relief that I felt on seeing him, my sister, and my nieces and nephews parked outside in their red minivan is a feeling that I will never forget, and I remember immediately tearing up when I got in the car with them. Jake knew that I needed support, and he made sure to cheer me up in every possible way that day.

Jake has never failed to be generous. One exceptionally kind moment that stands out to me is when he drove all the way to San Diego from Fresno to help me move out of my dorm room. Despite the fact that my parents were also helping me and he could easily have stayed home and relaxed instead, he showed up and helped just because he could. His kindness is truly unmatched - I vividly remember Jake carrying a mini fridge down three flights of stairs for me (along with countless other items) and never asking for anything in return. Instead, if I remember correctly, he treated me to dinner later on.

Jake has also always emphasized the fact that his home is always open to me, and when I visit, I can count on him cooking dinner for everyone. He is one of the most giving people I have

been lucky enough to meet. Another instance in which he gave without a single thought for himself is when I started learning American Sign Language (ASL). I have been hard of hearing my entire life and no one else in my family knows ASL, but when I told Jake I was learning to sign, he was one of the first to try learning along with me. This action helped me feel less isolated and, once again, supported in every way. His character and kindness are truly remarkable, and I am confident that I can always depend on him.

I have only ever known Jake's actions to be done out of love, generosity, and kindness, and I am forever grateful. He is a pillar in my family, and I hope that I can one day extend him the same generosity and kindness that he has given me. A single letter cannot express his character. He is so much more than words on paper, and I wish I could provide a full understanding of who he is in just a few pages. Unfortunately, Jake made a huge, life changing mistake that impacts me, my family, and countless others. Despite his wrongdoing, he is one of the kindest people I have ever met and I find comfort in his presence in my life every day. I can honestly say that I would be worse off without him, and I am forever grateful to have such an incredible big brother.

I can only hope that Jake will not be absent from our lives for a long period of time due to this sentencing. I have never seen a more loving father, and he constantly proves himself to be the most committed and kind brother I could ask for. I look forward to Jake's continued kindness and support throughout and after his sentence, and I know that he will contribute to society as a loving father, dedicated member of the workforce, and incredibly supportive brother. I truly appreciate the Honorable Judge and US Probation Office for taking the time to read this letter and for their careful consideration of this delicate matter. Please do not hesitate to contact me using the information listed above with any questions or to verify this letter.

Sincerely,

Cami Vineall

# EXHIBIT 64

# YOUTH FOR CHRIST
## FRESNO/MADERA



# EXHIBIT 65

July 27, 2024

Rev. Dr. Randy White
Retired/Non-profit Consultant

3635 E Kerckhoff Ave.
Fresno, CA 93702
███████████████

To the Honorable Judge Hearing this Case and the U.S. Probation Office,

My name is Randy White. I am a retired non-profit ministry leader who has invested more than 40 years of service in Fresno, concentrating on social, physical, spiritual and economic transformation in some of our poorest and most neglected communities.

I have known Jake Soberal for 15 years, and have engaged him in many, many ways over the years in the process of carrying out my non-profit work in the community, including: training college students I was working with, helping them to understand the power of creating economic access for people on the margins; He helped the non-profit I led raise donations to carry on the work; He provided expertise vetting new social enterprises that were solving community problems via the vehicle of business; I know that his advice was crucial in the success of several small social businesses that got their launch through our non-profit.

I am writing to offer additional perspective on Jake's life, because although he has admitted that he is guilty as accused, the Jake Soberal that I know is more than the bad decisions he made. The contributions he has made to our community are real, and they don't get erased by those bad decisions. I know that Jake has much more to give to our community after he has paid his debt, and I would humbly ask the court to consider this.

On multiple occasions over the last decade, I asked for Jake's help in the courses I led focused on training emerging leaders in the skill-sets they would need to have a transformative effect in their community. I think it is telling that Jake never asked to be paid. Jake also spoke at our non-profit events, again, not asking to be paid. He made himself available for expert consulting at no cost to our leadership. I experience Jake Soberal as someone who is not personally motivated by money, but rather, by the chance to do things that are transformative in the community and individual lives, and as a collaborative encourager for anyone with that same passion.

Last month (July 9, 2024), I came to volunteer at a local nonprofit that was renovating a building to use, and realized that Jake Soberal was there. He had shown-up earlier and had already put in a couple of hours doing very heavy manual labor, before I got there, carrying out debris, taking out stud walls, etc.. He also stayed later than me until the job was done. It reminded me that though his training and professional career have been distinctly white collar, Jake pitches in where needed. I have seen his authentic love for the community of Fresno and the valley and his eagerness to come alongside worthy efforts.

I am also aware of a very large community of people in our community whose opinion of Jake has <u>not</u> been altered by the revelations of his bad decisions. Too often in our culture a person's mistakes that come to light often gets them "canceled," the stain on their legacy made permanent, and all the good they've done is belittled or forgotten. But the strength of Jake's track record of good deeds done is a measurable counter-balance to the consequences of his recent bad decisions, and for this reason, hundreds of our fellow community members are standing with him, believing that Jake's best contributions to our community are ahead of him. For this reason, once again, I humbly ask the court to be as lenient as possible in sentencing.

I will join the ranks of the many who will be offering our support to Jake as he re-enters the community, helping him to find positive ways to contribute to the health of the city we love, especially as it relates to the opportunities around non-profit service. Knowing the remorse Jake feels for his bad decisions and their consequences, and his intention to learn from this experience, I will be eager to engage him in various consulting opportunities, helping other leaders know how to avoid unethical compromise, and lessons learned from failure.

I greatly appreciate your Honor's care in this matter, and the US Probation Office as well, and for taking my perspective into account as you deliberate. Please feel free to contact me for clarification or further information if that would be helpful.

Sincerely,


Rev. Dr. Randy White

# EXHIBIT 66

July 24th, 2024

Naomi Wiens
Licensed Marriage & Family Therapist and Co-Founding Director
The Reclaim: A Therapy Collective


ra Ave

To the Honorable Judge hearing this case and the U.S. Probation Office:

My name is Naomi Wiens. I am a Licensed Psychotherapist, a mother, a wife, and a business owner. I am also a neighbor to Mr. Jake Soberal. I've known Jake since my spouse and I bought our home across the street from the Soberal family in April of 2020. I have interacted with Jake in several different settings and circumstances regularly, with our children attending school together, Jake serving as the coach to our children's soccer team, and local non-profit participation. I understand that Jake has pled guilty to wrongdoing in this case and was present to support him, as were many others in our shared community, when he did so. I would also like to acknowledge that Jake has been clear in communicating with me the responsibility he feels in this wrongdoing. I am hoping that I may give an additional perspective into the personhood and character of who Jake Soberal is and who my family has experienced him to be.

When we bought our home at the very beginning of the COVID-19 pandemic, we were not anticipating having to move while folks around us remained in the first wave of lockdown and quarantine. After several weeks of continued solitude, we received a text from the larger group of neighbors, suggesting we carefully and thoughtfully engage in community, allow our children to play. I state this because what we have experienced with our neighbors is a very special dynamic, and I see that as largely forged in the fire of a global pandemic. On any given day, you may witness the migration of children running from house to house, cutting across lawns with a parent in tow to see if someone can play. The sharing of meals and yards, and pools has been the norm now for many years. Jake and Sarah, along with their children, have been an irreplaceable part of our community. Jake approaches neighborly relationships with generosity and openness, willing to lend a hand or supplies, willing to ask for help when needed, and I have come to value the transparency and vulnerability with which Jake engages in this community.

It is due to this type of steady interaction that I would like to describe to you that in the months leading up to the dissolution of Bitwise Industries, I witnessed a change in Jake that can only be described as carrying immense mental weight and, what I perceived as, exhaustion. He never shared what was occurring with me, but it was clear it was a distressing burden he carried. I also would like to mention that I see Jake parent his 3 children regularly and, while this last year has no doubt been difficult to navigate, I have seen Jake return to a present, thoughtful, engaged way of being with his family, that external stressors seemed to have put in jeopardy. I think Jake has a gift of being present with those he is with, despite circumstance, and when it is his children, it's an incredible thing to see them feel so loved and attended to. Last year, Jake put on a birthday party for his son, Huxley, that my children attended. My oldest child still talks about this party because of the special touches Jake created to give Huxley and his friends such a special day. Jake became the camp counselor of their dreams for a day. Nothing was extravagant- it was just done with what was on hand and with intention- adding

each child's picture to a silly party itinerary so each child felt welcomed and important, making up games and obstacle courses, even letting the kids pie him in the face to their hearts' delight. The giggles could be heard throughout the neighborhood. He is a good sport, quick to elevate others' experiences over his own. This is who he is- he brightens the lives of his kids through the simplest of means.

Jake also volunteered as our children's soccer coach last fall. I had never witnessed his leadership in person, and he is obviously very gifted, but what struck me was the kindness and encouragement he gave to these kids, ranging in age from 4-7 years. My youngest son, Charlie, was especially fond of Coach Jake. Charlie is one to be more interested in a clover patch on the soccer field or being silly with a friend than to be interested in the actual game, which could be frustrating for most folks, but I witnessed again and again Jake's ability to engage my son with humor, patience, and encouragement. Jake was not concerned with winning the game- it became clear he was invested in giving the kids a good experience and in supporting their unique qualities.

Jake is generous with his time and knowledge for others' benefit. In January of this year I took the opportunity to enroll in a 7-week entrepreneurial support course call "Launchpad" put on by a local non-profit organization, The Center for Community Transformation. It was led by a friend, Bryan Feil, and I hoped to gain a more business-minded perspective that was sorely lacking from my clinical graduate program. As I jumped into the course, I was struck by how well ideas were communicated and how engaging the material was. I found myself laughing often at ways in which humor was incorporated and ideas were expressed with creativity that made such a foreign concept suddenly accessible. I came to find that Jake was the mind behind the written curriculum of the course. He is very gifted in breaking down complex concepts and creating access for others. He is humble about the knowledge he possesses and his experience.

Finally, I'd like to share about a very difficult season my family went through that I believe shows a glimpse of who we've experienced Jake to be. My husband, Rob Wiens, lost his job as a Director of Maintenance at a local flight school quite suddenly in May of 2016. We had just welcomed our first child and it was an extremely challenging time. The next six years brought several different vocational opportunities within the field of aviation, but left Rob feeling depleted and battling depression. We bought our home in the midst of this season and saw Rob's depression hit an all time high in the spring of 2021. Jake had been a friend to Rob since we moved, but as Rob's struggle increased, I witnessed moments of interaction with Jake that showed that Jake was trying to see Rob clearly, with empathy, and try to understand how his professional passion and zest for life had diminished. Through their casual conversations on their front porch or ours, I watched my husband become excited about new possibilities, about thinking outside the box he felt trapped in. This led to starting his own business, which Jake was a constant cheerleader in, as well as finding employment in a new field of aviation that he has found enriching and appreciated within. I know this would not have occurred without the presence of Jake Soberal walking with Rob through some very difficult spaces, leaving notes of encouragement and steadily showing his support through the process.

I want you to know that when I think of Jake, I see a helper, someone who desires to lift up and encourage those around him in whatever they may be passionate about. There are hundreds of other examples from so many others, because I know our experience of Jake is not singular. The actions to which he has pled guilty are what appear to be singular and out of character. I know well that the immense weight of stress and expectation can cause people to do incongruous things. I have witnessed and experienced Jake Soberal reorient his life in this last year in a way that acknowledges a breach and prioritizes connection with loved ones, giving of his time and effort, and the simplicity of centralizing the wellbeing of his family.

I appreciate the Honorable Judge and the U.S. Probation Office for taking the time to consider my letter and earnest account of the character of Jake Soberal. I do ask, if possible to consider leniency in his sentencing. Jake has so much to share with his community and I believe that there is immense restoration already being seen. My family will not waver in our support of Jake, no matter the outcome of this case, and will remain a support as he moves forward. Please reach out to me should you have questions or desire further clarity.

Sincerely,

Naomi Wiens

# EXHIBIT 67

August 12th, 2024

Robert Wiens
Specialist Aircraft Technician
Wisk Aero

707 E Floradora Ave


To the Honorable Judge hearing this case and the U.S. Probation Office:

My name is Robert Wiens, I am a father, husband, and neighbor to Jake Soberal.  I have known Jake since my family and I moved into the house across the street from the Soberal family in April 2020.  Our children attend school together, Jake was my children's soccer coach, and Jake and I regularly help each other with home and garden projects.  I understand that Jake has pled guilty to wrongdoing in this case, and while I was unable to support him in person, I know many in our shared community members were, when he did so.  I would also like to acknowledge that Jake has been clear in communicating with me the responsibility he feels in this wrongdoing. I am hoping that I may give an additional perspective into the personhood and character of who Jake Soberal is and who my family has experienced him to be.

When my wife and I bought our home at the beginning of the COVID-19 pandemic, we were not anticipating having to move while those around us remained in lockdown and quarantine. After weeks solitude, we received a text from the larger group of neighbors, suggesting we carefully and thoughtfully engage in community, and allow our children to play together. What we have experienced with our neighbors is very special and dynamic.

I see that as largely forged in the fire of a global pandemic. On any given day, you may witness the migration of children running from house to house, cutting across lawns with a parent in tow to see if someone can play. The sharing of meals and yards, and pools has been the norm now for many years. Jake and Sarah, along with their children, have been an irreplaceable part of our community. Jake approaches neighborly relationships with generosity and openness, willing to lend a hand and supplies.

Jake is also willing to ask for help when needed.  When engaged in a large home project Jake reached out to his community for help and there was no lack of neighbors signing up to help the Soberal family.  I have come to value the transparency and vulnerability with which Jake engages in this community.

Jake has volunteered as our children's soccer coach in the past. Up to that point I had not witnessed his gift of leadership in person.  Coaching U5 soccer is a challenge and could be frustrating for most folks, but I witnessed Jake's ability to engage the players

with humor, patience, and encouragement. Jake was never concerned with winning and it became clear he was invested in giving the kids a good experience and in supporting their unique qualities.

When I was going through a season of sever depression it was evident to me that friendship is Jakes greatest quality.  Though this time Jake was a constant.  He was always checking in with me and my family, and lending a hand or giving of his time when I needed someone to talk with.  He helped me see my own value.  This in turn gave me the courage to quit a job I hated and was a large cause of my depression. He then continued to encourage me to seek opportunities that have led me both out of depression and into places of stability in my mental, and physical health and well being.

Jake is a neighbor and a friend. He is a helper, someone who desires to lift up and encourage everyone around him. I know in my experience of Jake, he is not singular. The actions to which he has pled guilty are what appear to be singular and out of character. I know well that the immense weight of stress and expectation can cause people to do incongruous things. I have witnessed and experienced Jake Soberal reorient his life in this last year in a way that acknowledges a breach and prioritizes connection with loved ones, giving of his time and effort, and the simplicity of centralizing the wellbeing of his family.

I appreciate the Honorable Judge and the U.S. Probation Office for taking the time to consider my letter and earnest account of the character of Jake Soberal. I do ask, if possible to consider leniency in his sentencing. Jake has so much to share with his community and I believe that there is immense restoration already being seen. My family will not waver in our support of Jake, no matter the outcome of this case, and will remain a support as he moves forward.

Sincerely,

*Robert Wiens*

# EXHIBIT 68

08/11/2024

Steve Wilburn

717 E Carmen Ave
Fresno, Ca 93728

███████████
██████████████████

To the Honorable Judge Hearing this Case and the U.S. Probation Office:

I've known Jake Soberal for nearly 8 years. I know that he has recently pled guilty to crimes related to his position in Bitwise and I am writing here to hopefully contribute to a fuller picture of who he is as a man beyond his mistakes.

Based on some writing he'd done as part of Bitwise I identified Jake as an important person to seek out when I moved back to Fresno. In his writings there was a vision of Fresno as a community and what we could do together if we had a bit of foresight to handle common city-scale issues. I loved the idea of working together to build a better future aligned with his proposed vision. He also happened to be my neighbor and worked in the tech industry, like I did, and so it made sense to reach out. I feel lucky to have known Jake since then and I'm fortunate to count him as a friend and positive influence to both me and my children. In fact, I attribute to Jake what seems to me to be the healthiest activity I've had the privilege to share with my children.

As neighbors with similar interests, I eventually befriended a group of fellow local dads and was extended an invitation to a Dads Camping Trip that had started a few years prior. Jake explained to me that the guiding thought for the event was that it is important for kids to have a positive male influence in their lives other than their own father. On that first trip it became clear to me that he was correct – but not only for the kids' sake! I got to experience a supportive and sensitive group of adult men who were genuinely interested in how to be better men for their children, for their partners, and for each other. And they spoke about this out loud where other men could hear it! The kids each get to commemorate the trip via painted rocks that the dads make and award to them on the final day based on unique experiences they've shared over the course of the trip. We proudly display in our home the painted rocks that other dads have made

for my kids, a lasting monument to Jake's espoused vision of positive experiences with other adult men that we all appreciate.

I am glad to have found an intelligent and emotionally aware group of men to share life with and to help each other as part of a community. I cherish the example that Jake and our friends set for our kids. I look forward to the Dads Camping Trip each year and often tell other friends about just what a positive experience it is, often referring to it as the single healthiest thing I've done as a parent with my kids.

On our most recent outing I happened to speak at length with Jake about the ongoing lawsuit. I tried to explain my understanding, informed by my own years of experience with tech startups and venture capitalist funding, of how I hoped his ongoing Bitwise situation was a big and complicated misunderstanding. Jake was very clear with me. He thanked me for my attempt at being compassionate and assured me that it was actually much simpler than I was making it out to be: he'd made mistakes and was going to be serving jail time for them. As I processed this reality for my friend we went on to talk about growing up and maturing and learning about ourselves and the motivations that propel us through life. We both talked about beginning to understand the roles we've tried to achieve and why we felt compelled toward them and ultimately the consequences wrought from them. I admired the fortitude it must take to not only deal with the personal growth (that most of us get to do in private) but also the integrity to own his very public mistakes with no appeals to excuses or self-pity. For the rest of that trip I admired that my friend seemed even more committed to playing an actively positive role in the lives of all the campers around him. I found it an honor that at the end of the trip it was Jake presenting my son with a painted rock acknowledging a memory they'd created together.

I'm grateful for an intelligent friend who has been a positive influence in my (and my family's) life. I look forward to sharing more time with my friend, hopefully soon. I'm sure that this letter is only one of many such testimonials to Jake's character that the court will receive, but if you require any clarifications or further information I'm happy to respond to any questions sent to the above contact information and I appreciate your taking the time to read this letter.

Sincerely,

Steve Wilburn

# EXHIBIT 69

**Michael L. Wilhelm**
**11621 Desert Shadow Drive**
**Sparks, Nevada 89441**

Re: Jake Soberal

To the Honorable United States District Court and the Probation Department:

I have been an attorney since 1981, with my whole career in Fresno until I retired in 2023. I have recently moved out of state.  The majority of my career was spent at the largest law firm in the San Joaquin Valley where I served as managing partner for 13 years.

I have known Jake Soberal since 2011 when he was hired as an associate attorney at Walter Wilhelm Law Group.  In an interesting career loop, I was first his boss and then ultimately, he was mine. In my career I have worked for three different law firms prior to joining Bitwise in 2022. Due to this I have had the opportunity to work with hundreds of different attorneys and staff.

Jake, from early on in his career, showed a strong desire to succeed.  Unlike many young attorneys he turned his intention immediately to building his own practice area by seeking and serving clients in the area of intellectual property. He handled himself well, earning the confidence of people many years his senior.

At the same time, he also served many of our firm's current clients. I worked closely with him on a number of matters. He learned quickly and took criticism in stride on the rare occasion when criticism was warranted. He worked well with staff and I cannot remember ever getting any complaints about him at any time.

He was not intimidated to take on tough clients or tough judges. I can remember the time he got ripped up one side and down the other by a judge in Modesto while handling a matter for another attorney in the firm. Despite the fact that he had done nothing to deserve the treatment, he was ready to go back for the follow up hearing even after I volunteered to handle it.

After a few years of practice at Walter Wilhelm he felt a strong desire to spread his wings and try something new in the technology arena. While I was sorry to see him go, I had to salute his guts and vision to leave a solid paying position and start something from the

ground floor. From my discussions with him he was clearly motivated by something he saw both as exciting and an opportunity to do something good for the community in general.

His enthusiasm was clearly real and for a long time Bitwise looked like the Fresno success story of the last decade. I was constantly impressed with what Jake and his partner Irma were accomplishing.  I represented them from time to time in legal matters and was always felt the excitement of everyone I worked with at Bitwise. Jake had clearly created something that people wanted to be a part of.

I was just about to retire when Jake approached me about coming on board Bitwise for a short period of time to help them with a multi-state expansion that was ongoing. I certainly liked all the people I had met at Bitwise and figured it would be a nice way to bring my career to a conclusion.

I joined up and found great morale and drive to accomplish things at Bitwise, The excitement among the people was contagious.  However, the longer I was there the more concerned I became that the economics might not be sustainable.  Unfortunately for a lot of people my inklings turned out to be reality.

There was some hubris involved in what happened to Bitwise. But I think that is only a small part of it. Sometimes a person can get so caught up in the thing they are doing that they forget to keep the normal ethical guardrails up. The vision of what can be, starts to cloud the vision of what is.  In all of that Jake obviously made some very poor judgment calls.

I have had a few conversations with Jake since the house of cards collapsed. What I look for when someone has screwed up badly is, can they honestly assess their wrongdoing and take personal responsibility? Do they learn from their past? Jake has clearly done that and that is a major step forward in rehabilitating anyone's personal life and character.

Both with me personally and to the community generally, he has not pointed finger one at anyone but himself for what Bitwise became. He clearly has pain for what is happening to him, but he has enough empathy to clearly also feel pain for all those people who Bitwise left in the lurch. He has stood up and been an adult about the entire matter.

Fortunately, for Jake he has a strong family around him and a group of supportive friends. He is bright and talented, and I have no doubt he will eventually find a way to move forward with his life. Hopefully, all of that will be taken into consideration as his immediate future is weighed in the balance.

If I was still running a law firm today, I would certainly consider hiring Jake once he gets through with whatever he is facing from the criminal justice system. In fact, I would be willing to provide him with a letter of reference for whatever career he seeks down the road.

Even with this speed bump in this life, I personally believe that Jake still has quite a bit to offer this world and given a chance he will do so.

If you have any additional or follow-up questions about anything in this letter, please do not hesitate to contact me at any time.

Very Truly Yours,


Michael L. Wilhelm

# EXHIBIT 70

August 10, 2024

Linda Yacoub
CEO/Founder
FyrstUp LLC

2023 N Inverness Lane
Clovis, Ca 93619



To the Honorable Judge Hearing this Case and the U.S. Probation Office:

I am writing to you today with a deep sense of respect on behalf of Jake Soberal. I have had the privilege of knowing Jake for 4 years, most recently as a Product Officer/CEO of Bitwise portfolio company, Listing Alert and I wish to offer my perspective on his character and the profound impact he has had on those around him.

To me, Jake Soberal is a person of remarkable integrity and vision. As the former CEO of Bitwise, Jake demonstrated an extraordinary commitment to innovation, ethical leadership and stewardship to the community that he not only showed by his years spent with local organizations, but also by building up and raising his family in this community. His time at Bitwise was marked not only by significant business achievements but also by a dedication to fostering a positive and inclusive work environment for everyone.

Beyond his professional accomplishments, Jake is a person who has always been deeply committed to his community. He has invested countless hours in mentoring young entrepreneurs, supporting local charities, and advocating for initiatives that promote social justice and economic equality. His personal values are reflected in his actions, and he has consistently sought to uplift and empower those around him.

Now, aside from 'Jake Soberal former CEO of Bitwise' I also get to see a side of Jake that most do not. Jake is not only a husband and a father, but also his daughter Hazels biggest fans when on the bleachers at her travel gymnastics competitions and those late afternoon gymnastics practices. For him to "show-up" publicly when most would hide, shows an enormous amount of humility and character. It shows who he is at his core... empathy, transparency, and an unwavering commitment to doing what is right, even when faced with challenging circumstances.

In this all, One of the most telling aspects of Jake's character is his willingness to take responsibility and learn from his mistakes. Jake has demonstrated a profound capacity for self-reflection and growth. As a former Bitwise Employee, I would say that Jake has faced this challenge in particular with a level of maturity and accountability that is truly commendable. He recognizes the gravity of

his situation and has expressed genuine remorse, coupled with a sincere desire to make amends and continue contributing positively to society.

I firmly believe that Jake's past actions should be viewed in the context of his overall character and contributions. His dedication to his family, his community, and his personal growth are all testaments to his fundamental decency and potential for rehabilitation. I truly believe that Jake has the capacity to continue making a meaningful difference to those around him and this community, and I am confident that he will use any opportunity for redemption to further his commitment to positive change.

In light of these considerations, I respectfully request that you take into account Jake Soberal's character, his contributions, and his genuine remorse as you deliberate on his case. I believe that a fair and compassionate resolution will not only benefit Jake but also allow him to continue his journey of positive impact and personal growth.

I thank you in advance for your careful consideration of this matter and taking the time to read my letter. Feel free to contact me with the contact information provided above to verify the contents of this letter or ask any follow-up questions that you may have.


Sincerely,

Linda Yacoub

# EXHIBIT 71

August 11, 2024

Steven Zook
Mathematics Instructor
Reedley College

1738 N Farris Ave
Fresno, CA 93704



To the Honorable Judge Hearing this Case and the U.S. Probation Office:

My name is Steven Zook, and I have known Jake Soberal and his family for over ten years, initially as an acquaintance through our involvement at the Well Community church in Fresno, and more closely as a friend through a group of families that desired to be intentionally involved in our neighborhood school as our children reached school age, starting in 2016. Currently, Jake and his family attend Midtown Vineyard church with my family and I in Fresno's Tower District, where we have continued to develop our friendship.

I am aware that Jake has pled guilty to a crime that he committed during his time in leadership of Bitwise Industries as co-CEO. This is something that Jake has not tried to hide, and he has taken full responsibility for his actions - in his public written apology and in his private interactions with friends like me. Because Jake is my friend and I know him beyond the headlines and news reports, I am writing this letter to offer a more complete picture of who Jake is as an individual; someone for whom I am thankful.

As I reflect on the years of knowing Jake, my thoughts first and foremost turn to our involvement with a group of families that gathered to intentionally invest in our neighborhood school, as mentioned above. Jake was instrumental in gathering these families together and casting a vision for involvement in our neighborhood school for the purpose of lifting up the community it served. In the end, a group of five families, my family included, committed to enrolling our children at Hamilton K-8 in the Fresno Unified School District. As part of this group, Jake committed his unique "time, talent, and treasure" to this community. In particular, I can recall that Jake advocated for needed infrastructure near the school to improve safety. Through his advocacy, a traffic light was installed to replace a crosswalk on Clinton Ave at Thorne Ave, helping meet a significant stated need. Additionally, I had the opportunity to serve alongside Jake on the Hamilton School Site Council during the 2018-2019 school year. I was able to observe his dedication to the school community and his thoughtful contribution to the council. Having experienced it personally, I know that this intentional investment in an under-performing school is not easy and requires sacrifice, especially when your own children are involved, and I am grateful for Jake's work alongside us and other families.

As of the last three years, Jake and his family again attend the same church we do. Although the church community is relatively small, the number of people who are supportive of Jake and his family is large. As the news reports about Bitwise Industries unfolded over the past year, I was impressed by the way our church community held two things in tension: upholding the truth of what happened and offering reconciliation and acceptance to Jake and support to his family. Through this time, Jake did not hide from the consequences of his actions, nor did he hide from the people in his community.

As a member of Jake's church community, I am committed to supporting Jake during his time in custody and upon its completion. As a follower of Jesus, I take seriously Jesus's words recorded in the gospel according to Matthew where he says "I was in prison and you came to visit me. [...] Truly I tell you, whatever you did for one of the least of these brothers and sisters of mine, you did for me" (Matthew 25:36,40). As I reflect on these words, I am reminded of the responsibility of those within the community of believers toward those on the margins. This extends to those who are in prison and those who have been released. Jake is no less my brother for having pled guilty to a crime, and I commit to supporting him and his family in the years to come.

I would like to thank the Honorable Judge and the US Probation Office for taking the time to read my letter and for taking all of these matters into careful consideration. I pray for wisdom and discernment for those making decisions concerning Jake and his future. I am available to answer any questions needed to verify the information I provided in my letter at the contact information that I provided above.

Sincerely,

Steven Zook